UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| The Roman Catholic Archbishop of Boston, a Corporation Sole,<br><br>          Plaintiff,<br><br>v.<br><br>Lumbermens Mutual Casualty Company,<br><br>          Defendant. | 04 10461 DPW<br><br>Civil Action No. |

**CORPORATE DISCLOSURE STATEMENT OF
PLAINTIFF ROMAN CATHOLIC ARCHBISHOP OF
BOSTON, A CORPORATION SOLE, PURSUANT TO LOCAL RULE 7.3**

The Roman Catholic Archbishop of Boston, a corporation sole (the "RCAB"), is a corporation sole organized under the laws of the Commonwealth of Massachusetts. The RCAB does not have any parent corporations and has no stock, therefore no publicly held company owns 10% or more of the RCAB's stock.

ROMAN CATHOLIC ARCHBISHOP OF
BOSTON, A CORPORATION SOLE

By its attorneys,

*/s/ Paul B. Galvani*

Paul B. Galvani (BBO# 183800)
Thomas H. Hannigan, Jr. (BBO# 220420)
Kate Cimini (BBO# 654336)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Dated: March 5, 2004