UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE ROMAN CATHOLIC ARCHBISHOP
OF BOSTON, A CORPORATION SOLE,

        Plaintiff,

v.

LUMBERMENS MUTUAL CASUALTY
COMPANY,

        Defendant.

Civil Action No. 04-10461-DPW

**DEFENDANT LUMBERMENS MUTUAL CASUALTY COMPANY'S
MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD IN
RESPONSE TO PLAINTIFF'S COMPLAINT**

In accord with the provisions of Fed.R.Civ.P. 6(b) and Local Rule 7.1 of this Court, Lumbermans Mutual Casualty Company ("LMC") hereby moves that its time to answer or otherwise plead in response to Plaintiff's complaint in this matter be enlarged by 30 days, up to and including April 28, 2004.

In support of its motion, LMC states that the Complaint in this matter concerns issues regarding insurance coverage allegedly provided by LMC to Plaintiff under a large number of insurance policies that plaintiff alleges provide coverage for events which occurred as long ago as 40 years, all of which concern claims of sexual misconduct by priests and other personnel employed by Plaintiff over this period.

Plaintiff's complaint contains 81 separate paragraphs and 7 separate Counts relating to alleged conduct spanning this 40 year period. Litigation counsel to LMC has only recently been

BOST1-823716-1

retained to represent it in this action, and the investigation necessary to respond to the allegations of the Complaint will, of necessity, be substantial.

No prejudice will be caused to the Plaintiff from the allowance of this motion, as Plaintiff seeks to recover for settlement payments and related costs and expenses stemming from Plaintiff's resolution of past claims asserted against it, and do not seek a determination whether LMC has a present duty to defend pending claims asserted against the Plaintiff.

LUMBERMENS MUTUAL CASUALTY COMPANY
By its attorneys,
ROBINSON & COLE LLP


_____s/_____
John E. Tener, BBO No. 563791


_____
Michael D. Lurie, BBO No. 553024
Robinson & Cole LLP
One Boston Place
Boston, Massachusetts 02108
(617) 557-5900

March 29, 2004

## Local Rule 7.1(A)(2) Certificate

I, John E. Tener, attorney for defendant Lumbermens Mutual Casualty Company in the above captioned matter, hereby certify that on March 29, 2004, I conferred with counsel for the plaintiff regarding the subject of the within motion and that we attempted in good faith to resolve or narrow the issues raised by the instant motion.

_____/s_____
John E. Tener