UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE ROMAN CATHOLIC ARCHBISHOP
OF BOSTON, A CORPORATION SOLE,

    Plaintiff,

v.

LUMBERMENS MUTUAL CASUALTY
COMPANY,

    Defendant.

Civil Action No. 04-10461-DPW

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please take notice that the undersigned hereby appear on behalf of Defendant Lumbermens Mutual Casualty Company ("LMC") in the above-captioned action.

    LUMBERMENS MUTUAL CASUALTY
    COMPANY
    By its attorneys,
    ROBINSON & COLE LLP

    /s/
    John E. Tener, BBO No. 563791

    Michael D. Lurie, BBO No. 553024
    Robinson & Cole LLP
    One Boston Place
    Boston, Massachusetts 02108
    (617) 557-5900

March 29, 2004

BOST1-823585-1