UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE ROMAN CATHOLIC ARCHBISHOP
OF BOSTON, A CORPORATION SOLE,

        Plaintiff,

v.

LUMBERMENS MUTUAL CASUALTY
COMPANY,

        Defendant.

Civil Action No. 04-10461-DPW

**DEFENDANT LUMBERMENS MUTUAL CASUALTY COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

In accord with the provisions of Local Rule 7.3 of this Court, Lumbermans Mutual Casualty Company ("LMC") states that it is an Illinois Mutual Insurance Company and a member of the Kemper Group of Insurance Companies, comprised of the following affiliates in addition to LMC:

| | |
|---|---|
| American Manufacturers Mutual Insurance Company | Kemper Comprehensive Insurance Company |
| American Motorists Insurance Company | Kemper Indemnity Insurance Company |
| American Protection Insurance Company | Kemper Surplus Lines Insurance Company |
| Eagle Pacific Insurance Company | Pacific Eagle Insurance Company |
| Kemper Casualty Insurance Company | Specialty National Insurance Company |
| Kemper Lloyds Insurance Company | Special Surplus Insurance Company |
| Kemper Commercial Insurance Company | Universal Bonding Insurance Company |

As a mutual company, LMC does not issue stock.

BOST1-823599-1

        LUMBERMENS MUTUAL CASUALTY
        COMPANY
        By its attorneys,
        ROBINSON & COLE LLP

        _____s/_____
        John E. Tener, BBO No. 563791

        _____
        Michael D. Lurie, BBO No. 553024
        Robinson & Cole LLP
        One Boston Place
        Boston, Massachusetts 02108
        (617) 557-5900

March 29, 2004