UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE,<br><br>Plaintiff,<br><br>v.<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-10461-DPW<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3), the undersigned, being, respectively, (a) an authorized representative of, and (b) counsel for the Roman Catholic Archbishop of Boston, a Corporation Sole (the "RCAB") herby certify that counsel and the RCAB have conferred

(a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the above-captioned litigation; and

(b) to consider the resolution of the above-captioned litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| By: __/s/ David Smith_____<br>David W. Smith<br>Chancellor<br>ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE<br>2121 Commonwealth Ave.<br>Brighton, Massachusetts 02135 | By: __/s/ Paul B. Galvani_____<br>Paul B. Galvani (BBO # 183800)<br>Thomas H. Hannigan, Jr. (BBO #220420)<br>Bryan R. Diederich (BBO # 647632)<br>Kate Cimini (BBO # 654336)<br>Ropes & Gray LLP<br>One International Place<br>Boston, Massachusetts 02110<br>(617) 951-7000 |

9451303_2