UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE,<br><br>    Plaintiff,<br>v.<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>    Defendant. | Civil Action No. 04-10461-DPW |

### DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

In accord with the provisions of Local Rule 16.1(D)(3), defendant Lumbermens Mutual Casualty Company and its counsel hereby certify that they have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

**Lumbermens Mutual Casualty Company**

Douglas Sean Andrews, its Acting Senior Vice President and Chief Operating Officer, and

Michael D. Lurie, BBO #553024,
Its counsel,
Robinson & Cole LLP
One Boston Place
Boston, MA  02108
617-557-5900

Dated: May 24, 2004

BOST1-828691-1