UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE,<br><br>               Plaintiff,<br>v.<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>               Defendant. | Civil Action No. 04-10461-DPW |

## NOTICE OF APPEARANCE

Anthony R. Zelle of the law firm of Robinson & Cole LLP, One Boston Place, Boston, Massachusetts, 02108 hereby notifies the Court and the parties of his appearance in this matter as counsel on behalf of defendant Lumbermens Mutual Casualty Company.

Respectfully submitted,

**NATIONAL UNION FIRE INSURANCE COMPANY,**

By it attorneys,

_/s/ Anthony R. Zelle_
Anthony R. Zelle BBO# 548141
**ROBINSON & COLE LLP**
One Boston Place
Boston, MA 02108-4404
Telephone: 617-557-5937
Fax: 617-557-5999

Date: June 3, 2004

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2004, a copy of the foregoing Entry of Appearance of Anthony R. Zelle was served upon counsel for plaintiff, Paul B. Galvani, Thomas H. Hannigan, Jr., Kate Cimini, Ropes & Gray LLP, One International Place, Boston, MA 02110, by electronic mail.

/s/ Anthony R. Zelle
_____
Anthony R. Zelle