UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE,<br><br>    Plaintiff,<br><br>v.<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>    Defendant. | Civil Action No. 04-10461-DPW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Attorney Michael D. Lurie hereby withdraws his appearance in the above-captioned matter as counsel to Defendant/Plaintiff in Counterclaim Lumbermens Mutual Casualty Company ("LMC"). Attorneys John E. Tener and Anthony R. Zelle and the law firm of Robinson & Cole LLP continue their representation of LMC in this matter.

 _____
Michael D. Lurie BBO#553024
Robinson & Cole LLP
One Boston Place
Boston, MA 02108-4404
Tel. (617) 557-5900

Dated: June 18, 2004