UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE,<br><br>        Plaintiff,<br><br>v.<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>        Defendant. | Civil Action No. 04-10461-DPW |

## NOTICE OF APPEARANCE

Mary L. Cataudella of the law firm of Robinson & Cole LLP, One Boston Place, Boston, Massachusetts, 02108 hereby notifies the Court and the parties of her appearance in this matter as counsel on behalf of defendant Lumbermens Mutual Casualty Company.

    Respectfully submitted,

    LUMBERMENS MUTUAL CASUALTY
    COMPANY
    By it attorneys,


    /s/ Mary L. Cataudella
    Mary L. Cataudella, BBO# 228660
    **ROBINSON & COLE LLP**
    One Boston Place
    Boston, MA 02108-4404
    Telephone: 617-557-5941

Date: July 2, 2004

BOST1-831666-1

## CERTIFICATE OF SERVICE

      I hereby certify that on July 2, 2004, a copy of the foregoing Entry of Appearance of Mary L. Cataudella was served upon counsel for Plaintiff, Paul B. Galvani, Thomas H. Hannigan, Jr., Kate Cimini, Ropes & Gray LLP, One International Place, Boston, MA 02110, by U.S. Mail.

      /s/ Mary L. Cataudella
      Mary L. Cataudella