UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE,<br><br>    Plaintiff,<br>v.<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>    Defendant. | Civil Action No. 04-10461-DPW |

## NOTICE OF APPEARANCE

Brian P. McDonough of the law firm of Robinson & Cole LLP, One Boston Place, Boston, Massachusetts, 02108 hereby notifies the Court and the parties of his appearance in this matter as counsel on behalf of defendant Lumbermens Mutual Casualty Company.

      Respectfully submitted,

      LUMBERMENS MUTUAL CASUALTY
      COMPANY
      By it attorneys,


      /s/ Brian P. McDonough
      Brian P. McDonough, BBO# 637999
      **ROBINSON & COLE LLP**
      One Boston Place
      Boston, MA  02108-4404
      Telephone: 617-557-5941

Date: July 2, 2004

BOST1-831686-1

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2004, a copy of the foregoing Notice of Appearance of Brian P. McDonough were served upon counsel for Plaintiff, Paul B. Galvani, Thomas H. Hannigan, Jr., Kate Cimini, Ropes & Gray LLP, One International Place, Boston, MA 02110, by U.S. Mail.


/s/ Brian P. McDonough
Brian P. McDonough