UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE,<br><br>Plaintiff,<br><br>v.<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Defendant. | Civil Action No. 04-10461-DPW |

## NOTICE OF APPEARANCE

Nancy M. Cremins of the law firm of Robinson & Cole LLP, One Boston Place, Boston, Massachusetts, 02108 hereby notifies the Court and the parties of her appearance in this matter as counsel on behalf of defendant Lumbermens Mutual Casualty Company.

Respectfully submitted,

LUMBERMENS MUTUAL CASUALTY COMPANY
By its attorneys,

_____
Nancy M. Cremins, BBO# 658932
**ROBINSON & COLE** LLP
One Boston Place
Boston, MA 02108-4404
Telephone: 617-557-5971

Date: August 26, 2004

BOST1-831937-1

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2004, a copy of the foregoing Entry of Appearance of Nancy Cremins was served upon counsel for Plaintiff, Paul B. Galvani, Thomas H. Hannigan, Jr., Kate Cimini, Ropes & Gray LLP, One International Place, Boston, MA, 02110, by U.S. Mail.

Nancy M. Cremins