UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Roman Catholic Archbishop of Boston, a Corporation Sole, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 04-10461-DPW |
| Lumbermens Mutual Casualty Company, ) ) ) | |
| Defendant. ) ) | |

**ASSENTED TO MOTION FOR THE ENLARGEMENT OF TIME**

The Roman Catholic Archbishop of Boston, a Corporation Sole, with the assent of Lumbermens Mutual Casualty Company, hereby moves for an enlargement of the time in which to respond to Lumbermens Mutual Casualty Company's Motion to Compel Production of Documents from August 30, 2004 until September 1, 2004.

Assented to:

| LUMBERMENS MUTUAL CASUALTY COMPANY | ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE |
|---|---|
| /s/ Nancy M. Cremins | /s/ Kate Cimini |
| By its attorneys, | By its attorneys, |
| John E. Tener (BBO No. 563791) | Paul B. Galvani (BBO No. 183800) |
| Mary L. Cataudella (BBO No. 553350) | Thomas H. Hannigan, Jr. (BBO No. 220420) |
| Anthony R. Zelle (BBO No. 548141) | Bryan R. Diederich (BBO No. 647632) |
| Brian P. McDonough (BBO No. 637999) | Kate Cimini (BBO No. 654336) |
| Nancy M. Cremins (BBO No. 658932) | Ropes & Gray LLP |
| Robinson & Cole LLP | One International Place |
| One Boston Place | Boston, Massachusetts 02110-2624 |
| Boston, Massachusetts 02108 | (617) 951-7000 |
| (617) 557-5900 | |

Dated: August 30, 2004