# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                 )
THE ROMAN CATHOLIC       )
ARCHBISHOP OF BOSTON,     )
A CORPORATION SOLE,        )
               Plaintiff,       )
                      v.    )     C.A.04-10461-DPW
                                )
LUMBERMENS MUTUAL       )
CASUALTY COMPANY,        )
             Defendant.   )
_____)

## ASSENTED TO MOTION FOR LEAVE TO FILE A REPLY BRIEF

Lumbermens Mutual Casualty Company, with the assent of the Roman Catholic

Archbishop of Boston, a Corporation Sole, hereby requests leave of Court to file a Reply Brief

by September 8, 2004.

Respectfully submitted,            Assented to:

LUMBERMENS MUTUAL         THE ROMAN CATHOLIC
CASUALTY COMPANY           ARCHBISHOP OF BOSTON

By its counsel,                   By its counsel,
ROBINSON & COLE LLP         ROPES & GRAY LLP


___s/ Brian P. McDonough_____   _____s/ Kate Cimini_____
John E. Tener, BBO No. 563791        Paul B. Galvani, BBO No. 183800
Anthony R. Zelle, BBO No. 548141     Thomas H. Hannigan, Jr., BBO No. 220420
Mary L. Cataudella, BBO No. 553350   Kate Cimini, BBO No. 654336
Brian P. McDounough, BBO No. 637999 Ropes & Gray LLP
Nancy M. Cremins, BBO No. 658932    One International Place
Robinson & Cole LLP                Boston, MA 02110
One Boston Place                  (617) 951-7000
Boston, MA 02108
(617) 557-5900

Dated:  August 30, 2004