UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE,<br>    Plaintiff,<br>v.<br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br>    Defendant. | C.A.04-10461-DPW |

## LUMBERMENS MUTUAL CASUALTY COMPANY'S MOTION FOR PROTECTIVE ORDER AND FOR THE RETURN OF AN INADVERTENTLY PRODUCED DOCUMENT

Defendant, Lumbermens Mutual Casualty Company ("LMC"), hereby move to for a Protective Order and for the Return of an Inadvertently Produced Document from Plaintiff, the Roman Catholic Archbishop of Boston, a Corporation Sole ("RCAB").

The grounds for this motion are set forth fully in the accompanying Memorandum in Support of Lumbermen's Mutual Casualty Company's Motion for Protective Order and for the Return of an Inadvertently Produced Document. LMC inadvertently produced a single document comprised of two-pages in a production of approximately 73,000 documents. As a matter of law, the production of this document was inadvertent and did not result in a waiver of attorney client privilege or of attorney work product immunity. The RCAB should be compelled to return this inadvertently produced document, destroy all copies of said document, and be prevented from making use of said document.

WHEREFORE, defendant LMC, respectfully request that this Court:

1. ALLOW defendant's **Motion for Protective Order and Return of An Inadvertently Produced Document** and specifically order:

    a. That plaintiff return the document bates numbered LM 168380 – LM168381 and all copies thereof to the defendant, as well as all notes or other work product reflecting the contents of such materials, and purge all references of these privileged materials from plaintiff's files, including electronic databases;

    b. That plaintiff refrain from showing the document to anyone who has not yet seen it; and

    c. That no use shall be made of defendant's inadvertently produced document by plaintiff in this case.

Respectfully submitted,

LUMBERMENS MUTUAL CASUALTY COMPANY

By its attorneys,
ROBINSON & COLE LLP

*/s/ Anthony R. Zelle/*

September 3, 2004

John E. Tener, BBO No. 563791
Mary L. Cataudella, BBO No. 553350
Anthony R. Zelle, BBO No. 548141
Brian P. McDonough, BBO No. 637999
Nancy M. Cremins, BBO No. 658932
Robinson & Cole LLP
One Boston Place
Boston, Massachusetts 02108
(617) 557-5900

### Local Rule 7.1(A)(2) Certificate

I, Anthony R. Zelle, attorney for defendant Lumbermens Mutual Casualty Company in the above captioned matter, hereby certify that on September 2, 2004, I conferred with counsel for the plaintiff regarding the subject of the within motion and that we attempted in good faith to resolve or narrow the issues raised by the instant motion.

*/s/ Anthony R. Zelle/*

Anthony R. Zelle