## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE ROMAN CATHOLIC<br>ARCHBISHOP OF BOSTON,<br>A CORPORATION SOLE,<br>Plaintiff,<br><br>v.<br><br>LUMBERMENS MUTUAL<br>CASUALTY COMPANY,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A.04-10461-DPW |

## INADVERTENT DISLOSURE AGREEMENT

The parties to the above-captioned matter, by their counsel, hereby agree to the following:

1.    In the event that a document that is protected from disclosure by the attorney client privilege, the work product privilege, or any other privilege, is inadvertently produced by any party to this proceeding, the party may request that the document be returned.

2.    In the event that such a request is made, the party to whom the inadvertently disclosed document was produced and their counsel and any other person to whom a copy of the document was provided, shall promptly return all copies of the document in their possession, custody, or control to the producing party and shall not retain or make any copies.

3.    Such inadvertent disclosure of a privileged document shall not be deemed a waiver of any privilege with respect to that document or other documents involving similar subject matter.

LUMBERMENS MUTUAL
CASUALTY COMPANY

By its counsel,
ROBINSON & COLE LLP

_____
John E. Tener, BBO No. 563791
Mary L. Cataudella, BBO No. 553350
Anthony R. Zelle, BBO No. 548141
Brian P. McDounough, BBO No. 637999
Robinson & Cole LLP
One Boston Place
Boston, MA 02108
(617) 557-5900


THE ROMAN CATHOLIC
ARCHBISHOP OF BOSTON

By its counsel,
ROPES & GRAY LLP

_____
Paul B. Galvani, BBO No. 183800
Thomas H. Hannigan, Jr., BBO No. 220420
Kate Cimini, BBO No. 654336
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7000


Dated: July    , 2004

ANTHONY R. ZELLE

One Boston Place
Boston, MA 02108-4404
Main (617) 557-5900
Fax (617) 557-5999
tzelle@rc.com
Direct (617) 557-5937

July 8, 2004

*__Via e-mail only__*

Paul D. Galvani
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

Re:   *__RCAB v. Lumbermens Mutual Casualty Company__*
      **U.S.D.C., D.Mass. Civil Action No. 04-10461 DPW**

Dear Paul:

I have confirmed that the week of July 26th is available for the Rule 30(b)(6) deposition of LMC at the Kemper corporate offices in Long Grove, Illinois. Accordingly, we can agree to your request to reschedule that deposition as well as the Rule 30(b)(6) of the RCAB, which will now commence on August 2nd. We will also agree to waive the Rule 30(b)(2) time limit for the parties' respective 30(b)(6) depositions. In addition, although I disagree with your suggestion that Rule 30(b)(6) requires a party to identify the individuals who will testify on the subjects delineated in the deposition notice prior to the deposition, as a matter of professional courtesy, I will let you know who will be designated on behalf of LMC as soon as it has been determined.

In connection with a separate matter that we discussed, I have attached a copy of a draft agreement relating to the inadvertent disclosure of privileged or otherwise protected documents. After you have had an opportunity to review it, please let me know whether it is acceptable in the present form.

Very truly yours,

Anthony R. Zelle

cc.    John E. Tener