# ROBINSON & COLE LLP

ANTHONY R. ZELLE

One Boston Place
Boston, MA 02108-4404
Main (617) 557-5900
Fax (617) 557-5999
tzelle@rc.com
Direct (617) 557-5937

August 23, 2004

*Via e-mail only*

Paul D. Galvani, Esq.
Kate Cimini, Esq.
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

Re: *RCAB v. Lumbermens Mutual Casualty Company*
U.S.D.C., D.Mass. Civil Action No. 04-10461 DPW

Dear Paul and Kate:

In connection with the subpoena served by the RCAB on Sidley Austin Brown & Wood LLP, Lumbermens Mutual Casualty Company joins and hereby incorporates by reference the objections set forth in the August 23, 2004 letter from J. Randal Wexler to Kate Cimini. In addition, Lumbermens objects to the production of documents sought by the subpoena insofar as it seeks materials that exceed the scope of the Phase I discovery prescribed by the Court's Scheduling Order.

The RCAB's efforts to pursue information concerning reinsurance through this subpoena and through the deposition examination of Mssrs. Maloney and Vega, in particular the questions seeking the opinion of counsel relative to reinsurance, has led us to discover of an inadvertently produced document entitled *Payment/Reserve Information*, which bears the bates numbers LM 168380-81. In accordance with the parties' agreement and general principles concerning inadvertently disclosed discovery materials, we request that you immediately delete this document from the any electronic media on which you are maintaining the documents produced by Lumbermens on disks and that you destroy all hardcopies of this document.

Do not hesitate to contact me or John Tener if you have any questions or concerns.

Very truly yours,

*Anthony R Zelle*

Anthony R. Zelle

Paul D. Galvani, Esq.
Kate Cimini, Esq.
August 23, 2004
Page 2


cc.     John E. Tener, Esq.    (by e-mail only)
        J. Randal Wexler, Esq. (by e-mail only)