Exh. 3

# ROPES
# &GRAY

ROPES & GRAY LLP
ONE INTERNATIONAL PLACE    BOSTON, MA 02110-2624    617-951-7000    F 617-951-7050
BOSTON    NEW YORK    SAN FRANCISCO    WASHINGTON, DC

August 25, 2004

Paul B. Galvani
(617) 951-7543
pgalvani@ropesgray.com

**BY FACSIMILE**

Anthony R. Zelle, Esq.
Robinson & Cole LLP
One Boston Place
Boston, MA 02108-4404

Dear Mr. Zelle:

This is in response to your letter of August 23 in which you assert that Lumbermens inadvertently produced the document which bears Bates No. LM 168380-81. I am constrained to reject your request that we delete this document from our files. The circumstances surrounding the production of this document demonstrate that it cannot possibly qualify as "an inadvertent production" as that term has been defined by the courts. Moreover, the conduct of Lumbermens -- including its production of the Morrison Mahoney and Miller opinions and related correspondence -- constitutes a waiver of the attorney-client privilege, as previously asserted. Finally, even though the document refers to reinsurance, it is clearly applicable to Phase I discovery because of the comment it contains regarding the "lack of applicable aggregates in the primary and excess policies."

Very truly yours,

*Paul B. Galvani*

Paul B. Galvani

PBG:kdr

cc: John E. Tener, Esq.

9523480_1