# vol I part 1

# 180 014775

LM 168379