## Payment/ Reserve Information

With respect to the claims arising from the RCAB's negligent hiring, supervision, and retention of priests who allegedly sexually abused children in their parishes, Kemper has paid/ reserved the amounts set forth in the table below.

| Policy Description | Paid Loss | Paid Expense | Loss Reserve | Expense Reserve |
|---|---|---|---|---|
| Primary Institution | 3,824,387 | 149,531.63 | 0 | 0 |
| Primary Parish | 2,239,642 | 129,349.90 | 0 | 0 |
| 1973 – 1977 Excess | 2,500,000 | 0 | 0 | 0 |
| 1977 – 1983 Excess | 12,913,707.70 | 283,511.61 | 22,824,205.89 | |

*12500046*

## Reinsurance Coverage Analysis

1. **Applicable Retention/ Limits**

The Global Slip Treaty was in place between July 1, 1967 and June 30, 1986. For the treaty periods potentially implicated by this loss (1977 – 1982), the following limits were available on the first and second layers:

| Policy Period | First Layer Limits | Second Layer Limits |
|---|---|---|
| 7/1/77 – 6/30/78 | $8 MM xs $2 MM | $7.5 MM xs $10 MM |
| 7/1/78 – 6/30/79 | $8 MM xs $2.5 MM | $9 MM xs $10.5 MM |
| 7/1/79 – 6/30/80 | $8 MM xs $2.5 MM | $10 MM xs $10.5 MM |
| 7/1/80 – 6/30/81 | $8 MM xs $2.5 MM | $10 MM xs $10.5 MM |
| 7/1/81 – 6/30/82 | $8 MM xs $3 MM | $10 MM xs $11 MM |
| 7/1/82 – 6/30/83 | $8 MM xs $3 MM | $10 MM xs $11 MM |

Between September 23, 1980 and September 23, 1982, Kemper also had the following facultative reinsurance coverage for the RCAB excess policies:

| Policy Period | Certificate Numbers | Reinsurer | Limits |
|---|---|---|---|
| 9/23/80 – 9/22/81 | CF 612771 | Buffalo Re | 20% of $5MM xs underlying |
| 9/23/81 – 9/22/82 | CF 618651 | | $600,000 p/o $3 MM xs $2 MM xs underlying |
| 9/23/80 – 9/22/81 | FC 80138 | SCOR | $600,000 p/o $3 MM xs $2 MM xs underlying |
| 9/23/81 – 9/22/82 | FC 80907 | | Same |
| 9/23/80 – 9/22/81 | 62 080 004 | Allstate | $600,000 p/o $3 MM xs $2 MM xs underlying |
| 9/23/81 – 9/22/82 | 62 081 673 | | Same |
| 9/23/80 – 9/22/81 | FRC 033157 | INA | $600,000 p/o $3 MM xs $2 MM xs underlying |
| 9/23/81 – 9/22/82 | FRC 037597 | | Same |
| 9/23/80 – 9/22/81 | 261344 | New England Re | $600,000 p/o $3 MM xs $2 MM xs underlying |
| 9/23/81 – 9/22/82 | 262754 | | Same |
| 9/23/80 – 9/22/81 | CA 3864 – A | General Re | $600,000 p/o $3 MM xs $2 MM xs underlying |
| 9/23/81 – 9/22/82 | CA 3864 – A | | Same |

2. **Cession Methodology**

Given the lack of applicable aggregates in the primary and excess policies, we retained the firm of Sidley & Austin to assist us in evaluating the cession of this loss to the Global Slip and

LM  168380

Facultative Reinsurers.[1] For reasons set forth in detail by Sidley & Austin in its October 9, 2003 opinion, Kemper should not cede the amounts paid under the 1980 and 1981 excess policies to the Facultative Reinsurers, given (1) the lack of an applicable aggregate extension clause in the certificates, and (2) the fact that the certificates will likely follow form with respect to the definition of "occurrence" in the underlying policies and case law supports an occurrence per child or per molestation. Instead, Kemper should cede the entire RCAB loss to the Global Slip Reinsurers under a single occurrence per treaty period basis. Although the Global Slip treaty applies on either an occurrence or aggregate basis, the Global Slip Reinsurers are likely to resist and prevail against Kemper's cession of the RCAB loss on an aggregate basis, given the lack of an applicable aggregate in the underlying primary and excess policies as originally written. While we can expect the Global Slip Reinsurers to challenge the single occurrence theory, the plain language of the Global Slip supports the theory and should be pursued.

Kemper's cession of the entire RCAB loss to the Global Slip treaty under a single occurrence per treaty period theory results in a Gross Ceded Recoverable from the Global Slip Reinsurers participating on the 1977 through 1982 treaty periods in the amount $23,993,298.00, which is $1,530,430 less than the Gross Recoverable that would arise from a cession to both the Global Slip treaty and the Facultative Certificates.

---

[1] Notwithstanding the fact that Kemper and the RCAB have been operating under the assumption that the primary and excess policies have an aggregate limit, the Policy information that has been located reflects aggregate limits that apply with respect to "(1) all bodily injury included within the completed operations hazard and (2) all bodily injury included within the products hazard."

LM    168381