## Cimini, Kate

**From:** McDonough, Brian P. [BMcDonough@rc.com]
**Sent:** Monday, August 09, 2004 4:35 PM
**To:** Cimini, Kate
**Subject:** RE: Document Production

Hi Kate:

Unfortunately, we sent our only other numbered set of these documents to our vendor for coding, etc.; they're returning our hardcopies by courier today. I'll email you the ranges as soon as I have the documents. Sorry for the inconvenience.

Brian

>  -----Original Message-----
>  **From:** Cimini, Kate [mailto:KCimini@ropesgray.com]
>  **Sent:** Monday, August 09, 2004 2:32 PM
>  **To:** McDonough, Brian P.
>  **Subject:** Document Production
>
>  Brian,
>
>  We received from you on August 4, 2004 an additional production of documents. While your letter indicated that some of the documents were documents forwarded by Paul Meany and others were documents recently uncovered by Augie Vega, you did not in your letter specifiy which documents came from which source. Could you identify by bates number the respective sources of the documents?
>
>  Thanks,
>  Kate
>
>
>  KATE CIMINI
>  ROPES & GRAY LLP
>  ONE INTERNATIONAL PLACE
>  BOSTON, MA 02110-2624
>  T 617.951.7167
>  F 617.951.7050
>  KCIMINI@ROPESGRAY.COM

---

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-275-8200, or e-mail at it@rc.com and immediately delete this message and all its attachments.

---


EXHIBIT A

9/10/2004