UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE,<br>　　　　　Plaintiff,<br>　v.<br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br>　　　　　Defendant. | C.A.04-10461-DPW |

## JOINT MOTION FOR LEAVE TO EXTEND TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S RESPONSE

The Parties Roman Catholic Archbishop of Boston, a Corporation Sole and Lumbermens Mutual Casualty Company jointly request that this Court extend the time for Plaintiff to file its Motion for Summary Judgment up to and including September 17, 2004 and for Defendant to file its response up to and including October 8, 2004.

Respectfully submitted,

| LUMBERMENS MUTUAL CASUALTY COMPANY | THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON |
|---|---|
| By its counsel,<br>ROBINSON & COLE LLP | By its counsel,<br>ROPES & GRAY LLP |
| /s/ Mary L. Cataudella<br>John E. Tener, BBO No. 563791<br>Anthony R. Zelle, BBO No. 548141<br>Mary L. Cataudella, BBO No. 553350<br>Brian P. McDonough, BBO No. 637999<br>Nancy M. Cremins, BBO No. 658932<br>Robinson & Cole LLP<br>One Boston Place<br>Boston, MA 02108<br>(617) 557-5900 | /s/ PBG<br>Paul B. Galvani, BBO No. 183800<br>Thomas H. Hannigan, Jr., BBO No. 220420<br>Kate Cimini, BBO No. 654336<br>Ropes & Gray LLP<br>One International Place<br>Boston, MA 02110<br>(617) 951-7000 |

Dated: September 14, 2004

BOST1-837587-1