UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 04-10461-DPW |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Plaintiff, the Roman Catholic Archbishop of Boston, a Corporation Sole (the "RCAB"), moves for partial summary judgment against the defendant, Lumbermens Mutual Casualty Company ("LMC"). In support of this motion, the RCAB submits the accompanying Statement of Undisputed Material Facts pursuant to Local Rule 56.1, the Affidavit of Bryan R. Diederich, Esq. with attached exhibits, the Affidavit of Dennis R. Connolly with attached exhibits, and a Memorandum of Law in Support of its Motion.

As these materials demonstrate, there is no genuine issue of material fact, and the RCAB is entitled to judgment as a matter of law, as follows: (1) a primary comprehensive general liability ("CGL") policy was issued by LMC in favor of the RCAB from March 31, 1961 to March 31, 1964 in the amount of no less than $100,000 per accident; (2) primary CGL policies were issued by LMC in favor of the RCAB from March 31, 1964 to March 31, 1983 in the amount of $300,000 per occurrence; (3) an additional set of primary CGL policies was issued by LMC in favor of the RCAB from September 23,

1971 to March 31, 1983 in the amount of $300,000 per occurrence; (4) umbrella policies were issued by LMC in favor of the RCAB from 1973 to 1980 in the amount of $5 million per occurrence, excess of the primary policies; (5) umbrella policies were issued by LMC in favor of the RCAB from 1980 to 1982 in the amount of $10 million per occurrence, excess of the primary policies; (6) an umbrella policy was issued by LMC in favor of the RCAB from 1982 to 1983 in the amount of $2 million excess of the primary policies; (7) no aggregate limits on recovery are applicable under any of the above-mentioned policies (or otherwise) for claims of clergy abuse or related negligent supervision asserted against the RCAB or its hierarchy; (8) the primary policies issued by LMC to the RCAB commencing in 1961 are in full force and effect and are not, as alleged by LMC, exhausted by payment of claims; (9) LMC improperly took the position that primary policies for the period prior to September 1977 were exhausted and has wrongly disclaimed claims arising before that date; (10) because of its wrongful disclaimers of coverage for events occurring prior to September 1977, LMC cannot assert defenses with respect to rejected claims, nor can it challenge the RCAB's handling of any such claims.

WHEREFORE, the RCAB respectfully requests that its Motion be allowed, and that the Court enter Judgment in its favor as set forth above.

Respectfully submitted,

THE ROMAN CATHOLIC ARCHBISHOP
OF BOSTON, A CORPORATION SOLE

By its attorneys,


/s/ Paul B. Galvani_____
Paul B. Galvani (BBO No. 183800)
Thomas H. Hannigan, Jr. (BBO No. 220420)
Bryan R. Diederich (BBO No. 647632)
Kate Cimini (BBO No. 654336)
  ROPES & GRAY
  One International Place
  Boston, Massachusetts 02110
  (617) 951-7000

Dated: September 15, 2004


**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

    I certify that I have conferred with counsel for the defendant, John E. Tener of Robinson & Cole, LLP, and have attempted in good faith to resolve or narrow the issues that are the subject of this motion, but was unable to resolve or narrow the issues.

    /s/ Paul B. Galvani_____
    Paul B. Galvani