## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE, )<br><br>Plaintiff, )<br><br>v. )<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY, )<br><br>Defendant. ) | Civil Action No. 04-10461-DPW |

## MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES

Pursuant to Local Rule 7.1(B)(4), the Roman Catholic Archbishop of Boston, A Corporation Sole (the "RCAB"), respectfully moves for leave to file a Memorandum of Law in Support of its Motion for Partial Summary Judgment in excess of twenty pages. As grounds therefore, the RCAB states that it cannot explicate the existence of more than twenty years of insurance coverage, the terms and conditions of coverage under those policies, and the failure of the defendant, Lumbermens Mutual Casualty Company, to honor its obligations under those policies, within the twenty-page limit set forth in Local Rule 7.1(B)(4). The RCAB, therefore, respectfully requests that the Court grant its motion for leave to file a Memorandum of up to 40 pages in support of the Motion.

9537537_3.DOC

Respectfully submitted,

THE ROMAN CATHOLIC ARCHBISHOP
OF BOSTON, A Corporation Sole
By its attorneys,


__/s/ Paul B. Galvani_____
Paul B. Galvani (BBO # 183800)
Thomas H. Hannigan, Jr.
  (BBO # 220420)
Bryan R. Diederich (BBO # 647632)
Kate Cimini (BBO # 654336)
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7000

Dated: September 15, 2004

9537537_3.DOC