UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
THE ROMAN CATHOLIC            )
ARCHBISHOP OF BOSTON,      )
A CORPORATION SOLE,            )
                                              )
                    Plaintiff,              )
            v.                                )          C.A. 04-10461-DPW
                                              )
LUMBERMENS MUTUAL       )
CASUALTY COMPANY,            )
                                              )
                    Defendant.           )
_____)

## TRANSMITTAL AFFIDAVIT OF BRYAN R. DIEDERICH

I, Bryan R. Diederich, hereby affirm as follows,

1. I am an attorney at the law firm of Ropes & Gray LLP, counsel to the Roman Catholic Archbishop of Boston, a Corporation Sole in this matter. I submit this affidavit solely to transmit to the Court the documents appended hereto.

2. Appended with this Affidavit are three volumes of documents.

**Exhibits to the Affidavit of Bryan R. Diederich**

3. The First Two Volumes are entitled "Exhibits to the Affidavit of Bryan R. Diederich." These volumes contain documents referred to in the RCAB's Memorandum of Law in Support of Its Motion for Partial Summary Judgment and the Plaintiff's Statement of Material Facts as to Which There is No Genuine Issue to be Tried in the format of **"Diederich Aff. Ex. ___."**

4. The documents included in the Volumes Entitled "Exhibits to the Affidavit of Bryan R. Diederich" are as follows:

5. Exhibit 1 is a copy of policy documents produced by LMC.

6. Exhibit 2 is a copy of policy documents produced by LMC.

7.  Exhibit 3 is a copy of policy documents produced by LMC.

8.  Exhibit 4 is a copy of policy documents produced by LMC.

9.  Exhibit 5 is a copy of policy documents produced by LMC.

10. Exhibit 6 is a copy of policy documents produced by LMC.

11. Exhibit 7 is a copy of policy documents produced by the RCAB.

12. Exhibit 8 is a copy of policy documents produced by LMC bates stamped.

13. Exhibit 9 is a copy of policy documents produced by LMC bates stamped.

14. Exhibit 10 is a copy a transcript dated 1955 and produced by the RCAB.

15. Exhibit 11 is a copy of a letter dated March 31, 1955 produced by the RCAB.

16. Exhibit 12 is a copy of an undated document produced by the RCAB.

17. Exhibit 13 is a copy of a document dated March 31, 1955 produced by the RCAB.

18. Exhibit 14 is a copy of an undated document produced by the RCAB.

19. Exhibit 15 is copy of a document dated April 15, 1964 produced by the RCAB.

20. Exhibit 16 is a copy of a letter dated May 18, 1964 produced by the RCAB.

21. Exhibit 17 is a copy of a letter dated May 29, 1964 produced by the RCAB.

22. Exhibit 18 is a copy of a letter dated June 1, 1964 produced by the RCAB.

23. Exhibit 19 is a copy of a letter dated June 3, 1964 produced by the RCAB.

24. Exhibit 20 is a copy a memorandum dated June 20, 1967 produced by the RCAB.

25. Exhibit 21 is a copy of an undated document produced by the RCAB.

26. Exhibit 22 is a copy of a memorandum dated December 20, 1971 produced by the RCAB

27. Exhibit 23 is a copy of a policy endorsement produced by LMC.

28. Exhibit 24 is a copy of a certificate of insurance issued to the Boston School for the Deaf.

29. Exhibit 25 is a copy of a certificate of insurance issued to the Congregation Sisters.

30.     Exhibit 26 is a copy of an insurance invoice dated July 12, 1973 issued to the Sisters of St. Joseph.

31.     Exhibit 27 is a copy of binding memoranda dated September 23, 1971.

32.     Exhibit 28 is a copy of an endorsement issued to St. Joseph's Parish.

33.     Exhibit 29 is a copy of endorsements issued to Most Precious Blood Parish.

34.     Exhibit 30 is a copy of an October 19, 1973 memorandum from the RCAB to Parishes and Institutions.

35.     Exhibit 31 is a copy of a binder dated September 1973.

36.     Exhibit 32 is a copy of an invoice issued to St. Colmans.

37.     Exhibit 33 is a copy of an invoice issued to Most Precious Blood Parish.

38.     Exhibit 34 is a copy of an invoice issued to St. Colmans Parish.

39.     Exhibit 35 is a copy of an invoice issued to St. Theresa's Parish.

40.     Exhibit 36 is a copy an invoice issued to St. Joseph's parish.

41.     Exhibit 37 is a copy of an invoice issued to St. Joseph's parish.

42.     Exhibit 38 is a copy of an invoice issued to St. Joseph's parish.

43.     Exhibit 39 is a copy of an invoice issued to St. Joseph's parish.

44.     Exhibit 40 is a copy of a letter dated March 25, 1983 produced by the RCAB.

45.     Exhibit 41 is a copy of an email dated March 30, 1993 produced by LMC.

46.     Exhibit 42 is a copy of a letter dated April 7, 1993 produced by LMC.

47.     Exhibit 43 is a copy of a letter dated April 26, 1993 produced by LMC.

48.     Exhibit 44 is a copy of a letter dated September 13, 1993 produced by LMC.

49.     Exhibit 45 is a copy of a memorandum dated September 27, 1993 produced by LMC.

50.     Exhibit 46 is a copy a letter dated October 14, 1993

51.  Exhibit 47 is a copy of a letter dated June 21, 1995 produced by LMC.

52.  Exhibit 48 is a copy of an email dated January 24, 1996 produced by LMC.

53.  Exhibit 49 is a copy of an email dated January 13, 1998 produced by LMC.

54.  Exhibit 50 is a copy of a letter dated July 14, 1998 produced by LMC.

55.  Exhibit 51 is a copy of a letter dated August 1, 2002 produced by LMC.

56.  Exhibit 52 is a copy of a letter dated February 24, 2003 produced by LMC.

57.  Exhibit 53 is a copy of a letter dated March 31, 2003 produced by LMC.

58.  Exhibit 54 is a copy of a letter dated April 17, 2003.

59.  Exhibit 55 is a copy of a memorandum dated July 23, 2003.

60.  Exhibit 56 is a copy of a letter dated July 23, 2004.

61.  Exhibit 57 is a copy of a letter dated July 23, 2004.

62.  Exhibit 58 is a copy of a letter dated September 8, 2004.

63.  Exhibits 59, 60, 61, 62 and 63 are printouts of notes apparently entered into the LMC "Focus" computer system.

64.  Exhibit 64 is a copy of a chart apparently prepared by LMC personnel.

65.  Exhibit 65 is a handwritten note produced by Morrison, Mahoney & Miller.

66.  Exhibit 66 is a set of policy documents produced by Morrison, Mahoney & Miller.

67.  Exhibit 67 is a set of policy documents produced by Morrison, Mahoney & Miller.

68.  Exhibit 68 is a letter dated February 15, 1995 produced by LMC.

69.  Exhibit 69 is an undated memorandum regarding reinsurance and aggregates produced by LMC.

70.  Exhibit 70 is a letter dated June 8, 1964 produced by the RCAB.

**Deposition Materials**

71.     Also appended to this affidavit is a compendium of materials labeled "Deposition Materials." This volume contain deposition materials referred to in the RCAB's Memorandum of Law in Support of Its Motion for Partial Summary Judgment and the Plaintiff's Statement of Material Facts as to Which There is No Genuine Issue to be Tried." Deposition transcripts are referenced by the deponent's last name, followed by a page and line reference, as in **"(Zinoman dep. ____.)"**. Documents marked as exhibits in depositions are referenced by the deponent's last name followed by an exhibit number, as in **"(Zinoman Ex. ___.)"**.

72.     The materials in the compendium are organized by deponent. For each deponent there are transcript excerpts which are, in some cases, followed by deposition exhibits. The materials included in this volume are as follows.

73.     Behind the tab labeled "Bennet" is a copy of excerpts from the deposition of Benjamin Bennett, followed by a copy of a document marked as exhibit 5 to the Bennett deposition.

74.     Behind the tab labeled "Fallon" is a copy of excerpts from the deposition of Paul Fallon.

75.     Behind the tab labeled "Meany" is a copy of excerpts from the deposition of Paul Meany, followed by copies of documents marked as exhibits 8, 10 and 11 to the Meany deposition.

76.     Behind the tab labeled "McEnness" is a copy of excerpts from the deposition of Joseph McEnnes, followed by a copy of a document marked as exhibit 1 to the McEnnes deposition.

77.     Behind the tab labeled "Powers" is a copy of excerpts from the deposition of Arthur Powers, followed by a copy of a document marked as exhibit 1 to the Powers deposition.

78.     Behind the tab labeled "Reardon" is a copy of excerpts from the deposition of Mary Kay Reardon, followed by copies of documents marked as exhibits 7, 10, 11, 12, 14, 15, 17, 18, 20, 25, 26, 29, 38, 39 and 42 to the Reardon Deposition.

79. Behind the tab labeled "Rogers, Jr." is a copy of excerpts from the deposition of Wilson D. Rogers, Jr.

80. Behind the tab labeled "Rogers III" is a copy of excerpts from the deposition of Wilson D. Rogers III.

81. Behind the tab labeled "Maloney" is a copy of excerpts from the deposition of Patrick Maloney.

82. Behind the tab labeled "Vega" is a copy of excerpts from the deposition of Augustin Vega.

83. Behind the tab labeled "Zinoman" is a copy of excerpts from the deposition of Christine Zionman, followed by copies of documents marked as exhibits 15 and 18 to the Zinoman deposition.

SIGNED UNDER PENALTIES OF PERJURY THIS 15th DAY OF SEPTEMBER, 2004

                 _____/s/ Bryan R. Diederich_____

                 Bryan R. Diederich