## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LUMBERMENS MUTUAL CASUALTY COMPANY, )<br>)<br>Defendant. ) | Civil Action No. 04-10461-DPW |

### NOTICE OF FILING WITH THE CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court, and are available in paper form only:

1. Affidavit of Bryan R. Diederich, with attached Exhibits and Materials; and

2. Affidavit of Dennis R. Connolly, with attached Exhibits.

The original documents are maintained in the case file in the Clerk's Office.

        Respectfully submitted,

        THE ROMAN CATHOLIC ARCHBISHOP
        OF BOSTON, A Corporation Sole

        By its attorneys,


        __/s/ Paul B. Galvani_____
        Paul B. Galvani (BBO # 183800)
        Thomas H. Hannigan, Jr.
          (BBO # 220420)
        Bryan R. Diederich (BBO # 647632)
        Kate Cimini (BBO # 654336)
        Ropes & Gray LLP
        One International Place
        Boston, MA 02110
        (617) 951-7000

Dated: September 15, 2004