UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE, )<br><br>Plaintiff, )<br><br>v. )<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY, )<br><br>Defendant. ) | Civil Action No. 04-10461-DPW |

## CERTIFICATE OF SERVICE

I, Paul B. Galvani hereby certify that, on September 15, 2004, I caused a true and accurate copy of the Affidavit of Bryan R. Diederich, with attached Exhibits and Motions, and the Affidavit of Dennis R. Connolly, with attached Exhibits, by hand delivery, on John Tener, Robinson & Cole, One Boston Place, Boston, Massachusetts 02109.


  /s/ Paul B. Galvani_____

Paul B. Galvani