## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE, Plaintiff, <br> v. <br><br> LUMBERMENS MUTUAL CASUALTY COMPANY, Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A.04-10461-DPW |

### AFFIDAVIT OF JOHN E. TENER

Now comes John E. Tener, Esq., and under oath hereby swear and state the following:

1.     I am a partner at Robinson & Cole LLP, and a counsel of record for the defendant, Lumbermens Mutual Casualty Company ("LMC"), in the above-captioned matter and an attorney in good standing in Massachusetts.

2.     Attached hereto as Exhibit A are relevant pages of the RCAB's 30(b)6) deposition taken by me on August 2, 2004.  Page 38, lines 18-23, Page 40, line 1, 10-14 are cited in LMC Memorandum of Law filed herewith.

3.     On August 4, 2004, the RCAB produced 392 pages of documents, the majority of which I had never seen before.

4.     The August 4, 2004 production included invoices and statements from a variety of parishes and institutions allegedly seeking reimbursement for insurance premiums.  The August 4, 2004 production also contained coverage forms issued by LMC.

6.     On September 3, 2004, the RCAB produced 225 pages of documents, the majority of which I had never seen before.

BOST1-838268-1

7.      The September 3, 2004 production included invoices and statements from a variety of parishes and institutions allegedly seeking reimbursement for insurance premiums. The invoices were from different parishes and institutions than those produced on August 4, 2004. The September 3, 2004 production also contained coverage forms issued by LMC.

8.      Attached hereto as Exhibit B is a letter which I sent to counsel for the RCAB requesting to resume the RCAB's 30(b)(6) deposition in light of the RCAB's recent production of documents.

9.      On September 13, 2004, I received an e-mail from RCAB's counsel denying my request to reconvene the RCAB's 30(b)(6) deposition.

SIGNED THIS 22rd DAY OF SEPTEMBER, 2004 UNDER THE PAINS AND PENALTIES OF PERJURY.

John E. Tener