Vol. 1 - 1

```
 1                                    Pages:   1 - 111
 2                                    Volume:  1
                                      Exhibits: 1 - 3
 3            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
 4                C.A. No. 04-10461-DPW

 5   * * * * * * * * * * * * * * * *
     THE ROMAN CATHOLIC ARCHBISHOP   *
 6   OF BOSTON, A CORPORATION SOLE,  *
                         Plaintiff,  *
 7   v.                              *
     LUMBERMENS MUTUAL CASUALTY       *
 8   COMPANY,                        *
                         Defendant.  *
 9   * * * * * * * * * * * * * * * *

10            DEPOSITION OF JOSEPH M. McENNESS,

11   JR., a 30(b)(6) DESIGNATED WITNESS of THE ROMAN

12   CATHOLIC ARCHBISHOP OF BOSTON, taken pursuant to

13   Notice under the applicable provisions of the

14   Federal Rules of Civil Procedure on behalf of the

15   Defendant, before Donna C. St-Aubin, Registered

16   Professional Reporter and Notary Public in and for

17   the Commonwealth of Massachusetts, at the offices

18   of Robinson & Cole, One Boston Place, Boston,

19   Massachusetts, 02108, commencing on Monday, August

20   2, 2004, at 10:00 a.m.

21         NEAL A. SALLOWAY - COURT REPORTERS
                   FIVE CARDIGAN ROAD
22         WEST PEABODY, MASSACHUSETTS 01960
     (781)581-3993 - (978) 535-0313 - FAX:(978)536-3142
23
```

Vol. 1 - 2

```
 1   APPEARANCES:
     PAUL D. GALVANI, ESQ.
 2   ROPES & GRAY LLP
     ONE INTERNATIONAL PLACE
 3   BOSTON, MA 02110-2624
           COUNSEL FOR THE PLAINTIFF
 4
     JOHN E. TENER, ESQ.
 5   ROBINSON & COLE LLP
     ONE BOSTON PLACE
 6   BOSTON, MA 02108-4404
           COUNSEL FOR THE DEFENDANT
 7
```

EXHIBIT
A

Vol. 1 - 3

```
 1                    I N D E X

 2   Deponent                  Direct    Cross
     Joseph M. McEnness, Jr.
 3   By Mr. Tener                 4

 4                    * * * * *

 5                 E X H I B I T S

 6   EXHIBIT NO.      DESCRIPTION       PAGE NO.
     1 -- 30(b)(6) Deposition Notice.............. 6
 7
     2 -- Document entitled "Notes - Insurance Review
 8       Committee - 10/26/82," RCA7003023 -
         RCA7003028 ........................... 95
 9
     3 -- Letter from Attorney Anthony Zelle
10       to Attorney Paul Galvani, 7/30/04 ...... 104

11

12

13

14                    * * * * *
```

Vol. 1 - 4

```
                              McEnness, Joseph M., Jr.
 1            P R O C E E D I N G S

 2         (Upon commencing at 10:00 a.m.)

 3

 4            JOSEPH M. McENNESS, JR.

 5         A 30(b)(6) Designated Witness of

 6   the Roman Catholic Archbishop of Boston,

 7   called on behalf of the Defendant, first

 8   having been duly sworn, under oath, deposes

 9   and says as follows:

10

11   DIRECT EXAMINATION:

12   Q.   (By Mr. Tener) Would you state your name for

13        the record?

14   A.   Joseph M. McEnness, Jr.

15   Q.   And where do you reside?

16   A.   Newport, Rhode Island.

17   Q.   And you're here on behalf of the RCAB, or the

18        Roman Catholic Archbishop of Boston; is that

19        right?

20   A.   Yes, that's correct.

21   Q.   Mr. McEnness, I would like to get an agreement

22        that when we, for shorthand purposes, use RCAB

23        instead of Roman Catholic Archdiocese or
```

Vol. 1 - 37
McEnness, Joseph M., Jr.

1  A.  If you could give me the contents, I might

2     recall, but I don't recall.

3  Q.  Who else did you talk to in connection with

4     preparation for your deposition besides Mr.

5     Powers and Fallon?

6  A.  I believe that was it, yes.

7  Q.  Mr. McEnness, I would like to ask you some

8     questions about the efforts of the RCAB to

9     locate liability policies that may have been

10    issued by LMC.

11 A.  Sure.

12 Q.  Have you personally been involved in any

13    efforts to locate policies?

14 A.  Yes.

15 Q.  What have you done?

16 A.  Requested the search for the archives,

17    requested that the archivers cooperate with

18    Robinson & Cole in their search.

19       MR. GALVANI:  You misspoke.  You

20    said you requested the archivers --

21       MR. TENER:  Well, maybe he meant

22    that.  Let the witness answer.

23 A.  Ropes & Gray, excuse me, in their search.

Vol. 1 - 38
McEnness, Joseph M., Jr.

1     We -- I questioned the people that were in

2     charge of the insurance department in the

3     office prior to my arrival.

4  Q.  Who was that?

5  A.  Arthur Power and Paul Fallon.

6  Q.  Anyone else?

7  A.  The people that work for me now, yes, that

8     were present at the time in the '90s prior to

9     my arrival.

10 Q.  Who would that be?

11 A.  The operations manager, the manager of risk

12    analysis and reporting.

13 Q.  And what are their names?

14 A.  Joan Marie Considine --

15 Q.  I'm sorry.  Joe Marie?

16 A.  Joan Marie Considine and David Huskins

17    (phonetic).  They were in the office for a few

18    years prior to me.  I also sent an inquiry

19    out -- we recently sent an inquiry out to

20    parishes and institutions under my name,

21    requesting a search of all documents that they

22    would have in their possession on a local

23    level and requesting that they forward any

Vol. 1 - 39
McEnness, Joseph M., Jr.

1     pertinent documents to Ropes & Gray.

2  Q.  Have you received any responses to the parish

3     or institution inquiries?

4  A.  Yes, we have.

5  Q.  And what were those responses?

6  A.  The responses to my office --

7     (Nodded head up and down.)

8  A.  -- were that they did conduct a search and

9     that some documents were secured.

10       MR. GALVANI:  Those documents, if I

11    may interject, Mr. Tener, have been dribbling

12    in over the last several days.  I'll be making

13    a supplemental production to you today of what

14    has been found so far.

15 Q.  Mr. McEnness, do you know what has been found

16    thus far from the parishes and institutions?

17 A.  Only in general terms.

18 Q.  What do you understand has been found?

19 A.  There have been a variety of documents

20    including invoices from the Archdiocese of

21    Boston, the insurance department, dating back

22    to the '60s and early '70s, along with

23    letters, a variety of documents, all of which

Vol. 1 - 40
McEnness, Joseph M., Jr.

1     were sent to Ropes & Gray.

2  Q.  Do you know if any actual policies were found

3     in any of the parishes or institutions?

4  A.  No actual policies -- excuse me.  There was

5     one policy that was found, yes.  I believe --

6     I don't recall if it was a parish or an

7     institution that found a policy.  Yes.

8  Q.  Can you tell me what that policy included?

9  A.  I haven't viewed it myself.  It's my

10    understanding that it's a copy of a policy you

11    already have, so it isn't a new document.

12    It's just --

13 Q.  What were the dates, or what are the dates of

14    those policies that have been turned up from

15    the parishes?

16       MR. GALVANI:  That misstates the

17    testimony.  I object.

18 Q.  Oh, I thought I understood you to say one

19    policy had been --

20 A.  Right.

21 Q.  What are the dates of that policy?

22 A.  I don't recall a specific date.  I believe it

23    was the late '70s.