# ROBINSON & COLE LLP

JOHN E. TENER

One Boston Place
Boston, MA 02108-4404
Main (617) 557-5900
Fax (617) 557-5999
jtener@rc.com
Direct (617) 557-5917

September 9, 2004

Paul D. Galvani, Esq.
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

Re: *RCAB v. Lumbermens Mutual Casualty Company*
    **U.S.D.C., D.Mass. Civil Action No. 04-10461 DPW**

Dear Paul:

    Based on the RCAB's recent productions of documents reflecting materials obtained from parishes and institutions which purport to relate to the existence and forms included in policies issued by Lumbermens to the RCAB, we would like to reconvene the 30(b)(6) deposition of the RCAB in connection with those topics on which Paul McEnness was the RCAB designee. In addition, insofar as Mr. McEnness may not be able to testify on the subject of the specific efforts undertaken by the parishes and institutions to locate the documents which were recently produced, additional designees should be made available for examination. We would like to proceed with the continuation of this deposition on September 13 or 14; however, if these dates provide scheduling conflicts for you or the witnesses, kindly let me know and we will work to arrange a mutually convenient date or time.

    I look forward to hearing from you in this regard.

Very truly yours,

*John E. Tener*

John E. Tener, Esq.

JET:dmb


EXHIBIT B

*Law Offices*

BOSTON
HARTFORD
NEW LONDON
STAMFORD
GREENWICH
NEW YORK
SARASOTA

*www.rc.com*

BOST1-835997-2