UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE ROMAN CATHOLIC ARCHBISHOP
OF BOSTON, A CORPORATION SOLE,

        Plaintiff,

v.

LUMBERMENS MUTUAL CASUALTY
COMPANY,

        Defendant.

Civil Action No. 04-10461-DPW

### TRANSMITTAL AFFIDAVIT OF BRIAN P. MCDONOUGH

I, Brian P. McDonough, affirm as follows:

1. I am an attorney at the law firm of Robinson & Cole LLP, counsel to Lumbermens Mutual Casualty Company in the captioned matter. I submit this affidavit solely to transmit to the Court the documents attached hereto.

2. Attached as Exhibit A hereto is a true and accurate copy of <u>Federal Deposit Insurance Corp. v. R.W. Beck, Inc.</u>, 2004 U.S. Dist. LEXIS 12128 (D. Mass. 2004).

3. Attached as Exhibit B hereto is a true and accurate copy of <u>Dedham Water District v. National Fire Insurance of Pittsburgh</u>, 2000 Mass. Super LEXIS 31 (Mass.Sup.Ct. 2000).

3. Attached as Exhibit C hereto are true and accurate excerpts from The Rogers Firm deposition transcript.

4. Attached as Exhibit D hereto is a true and accurate copy of <u>Hoecht Celanese Corp. v. National Union Fire Insurance of Pittsburgh</u>, 623 A.2d 1118 (Del.Sup.Ct. 1992).

BOST1-838337-1

Signed under the pains and penalties of perjury this 22nd day of September, 2004.

                                                /s/Brian P. McDonough
                                                Brian P. McDonough