UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

THE ROMAN CATHOLIC ARCHBISHOP
OF BOSTON, A CORPORATION SOLE,

        Plaintiff,

v.

LUMBERMENS MUTUAL CASUALTY
COMPANY,

        Defendant.

Civil Action No. 04-10461-DPW

---

### LUMBERMENS MUTUAL CASUALTY COMPANY'S MOTION TO COMPEL THE ROMAN CATHOLIC ARCHDIOCESE OF BOSTON, A CORPORATION SOLE, TO PRODUCE DOCUMENTS AND PROVIDE TESTIMONY REGARDING SUBJECT MATTERS PLACED "AT ISSUE"

Lumbermens Mutual Casualty Company ("LMC") hereby moves this Court to compel the Roman Catholic Archbishop of Boston, A Corporation Sole ("RCAB"), to produce certain documents which heretofore have been withheld pursuant to assertions of privilege and/or work product protection. As more fully set forth in the Memorandum of Law filed herewith, by filing this lawsuit--and as indisputably confirmed by it recent summary judgment filing--the RCAB, for its own benefit, has placed relevant information that might otherwise be protected from disclosure, squarely "at issue." Such information is so enmeshed with LMC's defenses to this lawsuit, that non-disclosure would cause manifest unfairness to LMC. As such, and regardless of any arguably available privilege or protection against disclosure, this Court should compel the RCAB to produce any and all documents which relate to those subject matters identified by this Court as Phase I discovery. Furthermore, as the RCAB's withholding of such documents has deprived LMC of a fair opportunity to conduct discovery on such subject matters, this Court

should also compel the RCAB to make its 30(b)(6) designees available for further questioning as to same.

**Wherefore,** for all of the foregoing reasons, LMC requests that this Court order that:

1. The RCAB must produce all documents previously withheld on the basis of privilege or work-product that contain information relating to those subject matters previously identified by this Court for Phase I discovery; and

2. The RCAB must make its 30(b)(6) designees available for further questioning as to such subject matters.

Respectfully submitted,

LUMBERMENS MUTUAL CASUALTY COMPANY,

By its attorneys,
ROBINSON & COLE LLP


       /s/    Brian P. McDonough
John E. Tener, BBO No. 563791
Mary L. Cataudella, BBO No. 553350
Anthony R. Zelle, BBO No. 548141
Brian P. McDonough, BBO No. 637999
Robinson & Cole LLP
One Boston Place
Boston, Massachusetts 02108
(617) 557-5900

September 22, 2004

## Local Rule 7.1(A)(2) Certificate

I, Brian P. McDonough, attorney for defendant Lumbermens Mutual Casualty Company in the above captioned matter, hereby certify that on September 20, 2004, I conferred with counsel for the plaintiff regarding the subject of the within motion and that we attempted in good faith to resolve or narrow the issues raised by the instant motion.

/s/ Brian P. McDonough
Brian P. McDonough