UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
THE ROMAN CATHOLIC                  )
ARCHBISHOP OF BOSTON,               )
A CORPORATION SOLE,                 )
                  Plaintiff,        )
                                    )
            v.                      )    C.A.04-10461-DPW
                                    )
LUMBERMENS MUTUAL                   )
CASUALTY COMPANY,                   )
                  Defendant.        )
_____ )

**DEFENDANT'S MOTION FOR LEAVE TO OBTAIN FURTHER
DISCOVERY PURSUANT TO FED.R.CIV.P. 56(F)**

Defendant Lumbermens Mutual Casualty Company ("LMC") requests this Court to permit additional discovery pursuant to Fed.R.Civ.P. 56(f) in connection with that portion of plaintiff's motion for partial summary judgment relating to the existence and terms of policies that may have been issued by LMC to the Roman Catholic Archbishop of Boston, A Corporation Sole (the "RCAB") prior to March 31, 1974. LMC also requests further discovery relating to the RCAB's agreement to apply the indemnity payments made for sexual abuse claims against the policies' stated aggregate limits.[1] Without additional discovery, LMC cannot present, by affidavit or deposition testimony, certain facts which are essential to justify its opposition on these issues.

---

[1] As detailed in its opposition to plaintiff's motion for summary judgment, LMC contends that the plaintiff has failed as a matter of law to establish that (1) the terms and conditions of policies issued by LMC prior to March 31, 1974; (2) the existence of any policy issued prior to March 31, 1964; and (3) that the indemnity payments should not be limited to $300,000 per year. Nevertheless, insofar as this court may find that plaintiff has put forth sufficient facts to reach any of these determinations, LMC submits this 56(f) motion to establish that it cannot present, by affidavit or by reference to deposition testimony, the facts essential to justify its opposition.

BOST1-838009-2

- 2 -

For reasons stated below and discussed in more detail in LMC's supporting memorandum and the Affidavit of Anthony R. Zelle, before the court issues any determination relating to the existence and terms of policies issued prior to 1974, LMC should be allowed to depose Dennis R. Connolly, the RCAB's purported expert witness. Connolly was not identified by the RCAB until it filed its motion for partial summary judgment two weeks after the close of Phase I discovery. LMC should also be allowed to continue the deposition of the RCAB's 30(b)(6) designee on subjects pertaining to the search for and location of documents that were produced to LMC on August 4, 2004 and September 3, 2004, the final day of Phase I discovery. In its motion for partial summary judgment, the RCAB relies upon secondary evidence to support its claims concerning terms and conditions of policies issued by LMC prior to March 31, 1974 and the existence of any policy issued prior to March 31, 1964. Such evidence may not be relied upon unless the RCAB can establish that it exercised due diligence in its efforts to search for LMC policies and secondary evidence of such policies. The discovery which LMC is requesting will establish whether the RCAB exercised the requisite diligence. Finally, LMC should be allowed to take a further deposition of the RCAB's 30(b)(6) designee on subjects pertaining to the RCAB's knowledge of and agreement to LMC's application of indemnity payments to exhaust the limits of the policies. As detailed in its pending motions to compel the RCAB has asserted the attorney-client privilege and has withheld documents and testimony pertaining to this subject, despite the fact that the RCAB has put the application of aggregate limits at issue.

- 3 -

                                                        Respectfully submitted,

                                                        LUMBERMENS MUTUAL
                                                        CASUALTY COMPANY

                                                        By its counsel,
                                                        ROBINSON & COLE LLP

Dated: October 1, 2004                 /s/ Mary L. Cataudella_____
                                                       John E. Tener, BBO No. 563791
                                                       Anthony R. Zelle, BBO No. 548141
                                                       Mary L. Cataudella, BBO No. 553350
                                                       Brian P. McDonough, BBO No. 637999
                                                       Nancy M. Cremins, BBO No. 658932
                                                       Robinson & Cole LLP
                                                       One Boston Place
                                                       Boston, MA 02108
                                                       (617) 557-5900