UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                )
THE ROMAN CATHOLIC                )
ARCHBISHOP OF BOSTON,          )
A CORPORATION SOLE,              )
              Plaintiff,                )
     v.                                    )    C.A.04-10461-DPW
                                                )
LUMBERMENS MUTUAL             )
CASUALTY COMPANY,                 )
              Defendant.            )
_____)

### AFFIDAVIT OF ANTHONY R. ZELLE

Now comes Anthony R. Zelle, Esq., and under the penalty of perjury affirms the following:

1.    I am one of the attorneys of record for the defendant, Lumbermens Mutual Casualty Company ("LMC") in the above-captioned matter and am an attorney in good standing in Massachusetts.

2.    This affidavit is made in support of LMC's Motion pursuant to Fed.R.Civ.P. 56(f) (hereinafter "the Motion").

3.    During the course of this litigation, the RCAB has withheld thousands of pages of documents (as evidenced by their privilege log which is the subject of one of LMC's pending motions to compel) and has objected to deposition questioning on the grounds of the attorney-client privilege and the work product doctrine.

4.    I have reviewed the RCAB's privilege log and can not determine, based upon the information provided therein, whether some or all of the documents may contain factual information that is material to the following matters which are the subject of the RCAB's Motion

for Summary Judgment: 1) whether LMC issued a primary policy to the RCAB for the period March 31, 1961 to March 31, 1964; and 2) the terms and conditions of any policy issued prior to March 31, 1974.

5.  In addition, between August 4, 2004 and September 3, 2004, the RCAB produced over 500 pages of documents which included numerous copies of the specific insurance policy form that the RCAB claims they had previously searched for and had been unable to locate.

6.  These documents were produced after my office had taken RCAB's 30(b)(6) deposition. The RCAB has denied LMC's request to reconvene the deposition.

7.  Questions concerning what efforts the RCAB previously and most recently have taken to search for these newly discovered documents and where they were located would yield information material to the question of the diligence of the RCAB's search. The fact that these documents have been produced indicates that they were most likely in possession of the RCAB all the time and therefore raises an issue of material fact regarding RCAB's diligence in search for lost policies.

SIGNED THIS 1st DAY OF OCTOBER, 2004 UNDER THE PAINS AND PENALTIES OF PERJURY.

*Anthony R Zelle*

_____
Anthony R. Zelle