UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
THE ROMAN CATHOLIC                  )
ARCHBISHOP OF BOSTON,               )
A CORPORATION SOLE,                 )
            Plaintiff,              )
                                    )
            v.                      )    Civil Action No. 04-10461-DPW
                                    )
LUMBERMENS MUTUAL                   )
CASUALTY COMPANY,                   )
            Defendant.              )
_____)

**ASSENTED TO MOTION FOR LEAVE TO FILE
MEMORANDUM IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(B)(4), Lumbermens Mutual Casualty Company ("LMC") respectfully moves for leave to file a Memorandum of Law in Opposition to Plaintiff's Motion for Partial Summary Judgment in excess of twenty pages.  As grounds therefore, LMC states that it cannot respond to the Plaintiff's Motion within the twenty-page limit set forth in Local Rule 7.1(B)(4).  LMC, therefore, respectfully requests that the Court grant its motion for leave to file a Memorandum of up to 40 pages in Opposition to Plaintiff's Motion.  Plaintiff has assented to this Motion.

BOST1-839069-1

- 2 -

                        <u>Respectfully submitted</u>,

                        LUMBERMENS MUTUAL
                        CASUALTY COMPANY

                        By its counsel,

                        */s/ Mary L. Cataudella*
                        John E. Tener, BBO No. 563791
                        Anthony R. Zelle, BBO No. 548141
                        Mary L. Cataudella, BBO No. 553350
                        Brian P. McDonough, BBO No. 637999
                        Nancy M. Cremins, BBO No. 658932
                        ROBINSON & COLE LLP
                        One Boston Place
                        Boston, MA 02108
                        (617) 557-5900

<u>Assented To</u>:

THE ROMAN CATHOLIC ARCHBISHOP
OF BOSTON, A Corporation Sole

By its attorneys,


/s/ Paul B. Galvani
Paul B. Galvani, BBO No. 183800
Thomas H. Hannigan, Jr., BBO No. 220420
Bryan R. Diederich, BBO No. 647632
Kate Cimini, BBO No. 654336
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000



Dated: October 1, 2004