UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE ROMAN CATHOLIC ARCHBISHOP
OF BOSTON, A CORPORATION SOLE,

        Plaintiff,

v.

LUMBERMENS MUTUAL CASUALTY
COMPANY,

        Defendant.

Civil Action No. 04-10461-DPW

### TRANSMITTAL AFFIDAVIT OF BRIAN P. MCDONOUGH

I, Brian P. McDonough, affirm as follows:

1. I am an attorney at the law firm of Robinson & Cole LLP, counsel to Lumbermens Mutual Casualty Company in the captioned matter. I submit this affidavit solely to transmit to the Court the documents attached hereto.

2. Submitted with this affidavit, and incorporated by reference, is the bound volume entitled "Exhibit A to Transmittal Affidavit of Brian P. McDonough" (hereafter, "Exhibit A").

3. Tab 1 to Exhibit A comprises true and accurate copies of excerpts from the deposition transcript of Mary Kay Reardon (as Rule 30(b)(6) designee of Lumbermens Mutual Casualty Company (hereafter, "LMC")).

4 Tab 2 to Exhibit A comprises true and accurate copies of excerpts from the deposition transcript of Wilson D. Rogers, Jr. (as Rule 30(b)(6) designee of the Roman Catholic Archdiocese of Boston, A Corporation Sole (hereafter, the "RCAB")).

5. Tab 3 to Exhibit A comprises true and accurate copies of excerpts from the deposition transcript of Christine M. Zinoman.

BOST1-838970-1

6. Tab 4 to Exhibit A comprises true and accurate copies of excerpts from the deposition transcript of Joseph McEnness (as Rule 30(b)(6) designee of the "RCAB").

7. Tab 5 to Exhibit A comprises true and accurate copies of excerpts from the deposition transcript of Paul Fallon.

8. Tab 6 to Exhibit A comprises true and accurate copies of excerpts from the deposition transcript of Arthur W. Powers.

9. Tab 7 to Exhibit A comprises true and accurate copies of excerpts from the deposition transcript of Paul D. Meany.

10. Tab 8 to Exhibit A comprises true and accurate copies of excerpts from the deposition transcript of Jeffrey A. Newman.

11 Submitted with this affidavit, and incorporated by reference, is the bound volume entitled "Exhibit B to Transmittal Affidavit of Brian P. McDonough" (hereafter, "Exhibit B").

12. Tab 1 to Exhibit B is a copy of certain documents produced by the RCAB, as well as the cover letter under which they were forwarded.

13. Tab 2 to Exhibit B is a copy of certain documents produced by the RCAB, as well as the cover letter under which they were forwarded.

14. Tab 3 is a copy of certain documents produced by the RCAB.

15. Tab 4 is a copy of certain documents produced by LMC.

16. Tab 5 is a copy of certain documents produced by the RCAB.

17. Tab 6 is a copy of certain documents produced by LMC.

18. Tab 7 is a copy of certain documents produced by LMC and the RCAB.

19. Tab 8 is a copy of certain documents produced by the RCAB.

20. Tab 9 is a copy of certain documents produced by the RCAB.

21. Tab 10 is a copy of a certain document produced by LMC.

22. Tab 11 is a copy of a certain document produced by LMC.

23. Tab 12 is a copy of a certain document produced by the RCAB.

24. Tab 13 is a copy of certain documents produced by the RCAB.

25. Tab 14 is a copy of a certain document produced by LMC.

26. Tab 15 is a copy of a certain document produced by the RCAB.

27. Submitted with this affidavit, and incorporated by reference, is the bound volume entitled "Exhibit C to Transmittal Affidavit of Brian P. McDonough" (hereafter, "Exhibit C").

28. Tabs 1 through 9 to Exhibit C comprise true and accurate copies of unreported decisions cited within LMC's opposition brief.

Signed under the pains and penalties of perjury this 1st day of October, 2004.

/s/Brian P. McDonough
Brian P. McDonough