UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE ROMAN CATHOLIC )
ARCHBISHOP OF BOSTON, )
A CORPORATION SOLE, )
           Plaintiff, )
    v. ) C.A.04-10461-DPW
)
LUMBERMENS MUTUAL )
CASUALTY COMPANY, )
           Defendant. )

## AFFIDAVIT OF CHRISTINE M. ZINOMAN

Now comes Christine Zinoman, and under oath hereby swear and state the following:

1. I am a former employee of Lumbermens Mutual Casualty Company ("LMC"), and was employed at LMC from 1990 to 2001.

2. From 1994 to 1996, during the course of my employment with LMC, I was involved in the handling of insurance claims submitted to LMC from the Roman Catholic Archbishop of Boston, a Corporation Sole (the "RCAB").

3. I had regular contact with individuals at the RCAB in the ordinary course of my claims handling responsibilities, particularly with their counsel Attorney Wilson Rogers, Jr.

4. In 1995, I informed Attorney Rogers that LMC had located underwriting dailies reflecting two sets of policies issued to the RCAB.

5.  At no time during my employment at LMC did Attorney Rogers, or any other individual from the RCAB ever request a copy of underwriting dailies or policy materials.

SIGNED THIS 29th DAY OF SEPTEMBER, 2004 UNDER THE PAINS AND PENALTIES OF PERJURY.

Christine M. Zinoman