UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE, <br> Plaintiff, <br> v. <br> LUMBERMENS MUTUAL CASUALTY COMPANY, <br> Defendant. | C.A.04-10461-DPW |

## AFFIDAVIT OF BENJAMIN F. BENNETT, III

Now comes Benjamin F. Bennett, and makes the following statements under the pains and penalties of perjury:

1. I was employed by Lumbermens Mutual Casualty Company ("LMC") 1975 to 1995.

2. During the years 1994 to 1995, I was the Division Claim Manager responsible for the claims submitted by the Roman Catholic Archbishop of Boston, a Corporation Sole (the "RCAB").

3. In connection with the sexual abuse claims for which the RCAB sought insurance coverage from LMC, I first met with the RCAB's General Counsel, Wilson D. Rogers, Jr., and its claim manager, Paul Fallon, in 1995. When I met with them, we discussed the manner in which LMC would handle the RCAB's sexual abuse claims.

4. Neither Mr. Rogers, Mr. Fallon, nor anyone else associated with the RCAB ever asked me for copies of LMC policies, underwriting dailies or any other policy related materials.

SIGNED THIS 30th DAY OF SEPTEMBER, 2004 UNDER THE PAINS AND PENALTIES OF PERJURY.

*Benjamin F. Bennett, III*