-----Original Message-----
**From:** Galvani, Paul B.
**Sent:** Monday, September 13, 2004 1:04 PM
**To:** 'Tener, John E.'
**Subject:**

John,
I received your letter of September 9 only this morning, stating that you would like to reconvene the 30(b)(6) deposition of the RCAB. The bulk of the documents to which you refer were hand delivered to your office on August 4, and were used by Tony Zelle at the depositions of Wil Rogers, Paul Fallon, and perhaps others. If you truly wanted further 30(b)(6) testimony from the RCAB, you could and should have asked long ago, and not waited for the completion of phase I discovery.



EXHIBIT 1