UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE, <br><br> Plaintiff, <br><br> v. <br><br> LUMBERMENS MUTUAL CASUALTY COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 04-10461-DPW |

## MOTION TO STRIKE AFFIDAVIT OF MARY KAY REARDON

For the reasons set forth in the accompanying Memorandum in Support of Motion to Strike Affidavit of Mary Kay Reardon, the Roman Catholic Archbishop of Boston, a Corporation Sole, respectfully moves this Court for an order striking the Affidavit of Mary Kay Reardon.

Respectfully submitted,

THE ROMAN CATHOLIC ARCHBISHOP
OF BOSTON, A CORPORATION SOLE
By its attorneys,

 /s/ Paul B. Galvani
Paul B. Galvani (BBO No. 183800)
Thomas H. Hannigan, Jr. (BBO No. 220420)
Bryan R. Diederich (BBO No. 647632)
Kate Cimini (BBO No. 654336)
 ROPES & GRAY
 One International Place
 Boston, Massachusetts 02110
 (617) 951-7000

Dated:  October 13, 2004

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

      I certify that I have conferred with counsel for the defendant, John E. Tener of Robinson & Cole, LLP, and have attempted in good faith to resolve or narrow the issues that are the subject of this motion, but was unable to resolve or narrow the issues.

                                        /s/ Paul B. Galvani_____
                                        Paul B. Galvani