1

```
          FOR THE UNITED STATES DISTRICT COURT
```

2

```
            FOR THE DISTRICT OF MASSACHUSETTS
```

3

4 THE ROMAN CATHOLIC ARCHBISHOP,
OF BOSTON, A Corporation Sole,    ORIGINAL

5          Plaintiff,

6      vs.                    C.A. No. 04-10461-DPW

7 LUMBERMENS MUTUAL CASUALTY,
COMPANY,

8

9          Defendant.
   ------------------------------

10

11              The deposition of **PATRICK E.**

12 **MALONEY**, taken before Renay Patterson-Sebanc,

13 Certified Shorthand Reporter, Registered

14 Professional Reporter, pursuant to the Federal

15 Rules of Civil Procedure for the United States

16 District Courts pertaining to the taking of

17 depositions for the purpose of discovery at 200

18 South Wacker Drive, Suite 3000, Chicago,

19 Illinois, commencing at the hour of 10:54

20 o'clock a.m. on the 17th day of August, A.D.

21 2004.

22

23

24

EXHIBIT
D

CAROL RABER & ASSOCIATES
(312) 446-6926

178

1    think the Rogers firm had put together with

2    recommendations as to settlement for each of

3    those cases.  He asked me to look at that.

4                    That's when I said, okay, I'll

5    get involved in those cases.  I called him up

6    and asked him where the materials were.  He

7    said they're out in Long Grove.  That's when I

8    went out to Long Grove.

9         Q.    Did you also go to Boston at that

10   time to look at the file on Father Geoghan?

11        A.    To look at the file on?

12        Q.    On Father Geoghan?

13             MR. ZELLE:  Objection.

14             THE WITNESS:  No, I didn't at that

15   time.  No.  The first time I was in Boston was

16   on the loss policies issue, and the second time

17   I was in Boston, I believe, was the mediation.

18   BY MR. GALVANI:

19        Q.    Did you ever look at the file that

20   Mr. Rogers had on Father Geoghan?

21        A.    Yes.  They had like a full ring

22   binder folder.  It had like twenty-eight or

23   thirty parts to it.  It was kind of in

24   chronological, not necessarily chronological,

179

1    but it had the letters about him when he was in

2    the seminary. It had letters about him when

3    somebody first accused him of stuff. It was

4    all like in order in that respect.

5         Q.    When did you see those binders?

6         A.    I don't remember the first time I saw

7    that. Maybe it was the day of the mediation.

8         Q.    Did you see them before the

9    settlement was reached?

10         A.    I don't recall.

11         Q.    Lumbermens participated in that

12    settlement, correct?

13         A.    Lumbermens participated in the

14    settlement, $10 million settlement.

15         Q.    Paid $2 plus million?

16         A.    Right. I'm sure I saw that before

17    the consummation of that settlement. Maybe I

18    was construing your question to mean did I see

19    it before that mediation. The mediation was in

20    October. The settlement ultimately took place

21    like ten months later, nine months later.

22         Q.    In any event before Lumbermens paid

23    its money, you had seen that Geoghan file?

24         A.    I think that's correct.

CAROL RABER & ASSOCIATES
(312) 446-6926