1

```
1              UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
2
     THE ROMAN CATHOLIC ARCHBISHOP
3    OF BOSTON, A Corporation Sole,    ORIGINAL

4           Plaintiff,

5       -vs-                 C.A. No. 04-10461-DPW

6    LUMBERMENS MUTUAL CASUALTY
     COMPANY,
7
            Defendant.
8    _____

9          The deposition of AUGUSTIN VEGA,

10   called by the Plaintiff for examination,

11   pursuant to notice and pursuant to the

12   Federal Rules of Civil Procedure for the

13   United States District Courts pertaining to

14   the taking of depositions, taken before

15   DIANE L. STODULSKI, Certified Shorthand

16   Reporter, Registered Professional Reporter,

17   and Notary Public within and for the County

18   of Cook and State of Illinois at 200 South

19   Wacker Drive, Suite 3000, Chicago, Illinois,

20   commencing at the hour of 9:00 o'clock AM on

21   the 18th day of August, A.D. 2004.

22

23

24
```



CAROL RABER & ASSOCIATES
(312) 446-6926

79

| | | |
|---|---|---|
| 1 | A. No. | 10:32:21 |
| 2 | Q. Now, before you authorized the | 10:32:24 |
| 3 | approval of 2.1 million dollars | 10:32:27 |
| 4 | approximately, I believe it was 2.16 maybe | 10:32:32 |
| 5 | for the Geoghan settlement, did you review | 10:32:36 |
| 6 | any files with respect to the claimants? | 10:32:39 |
| 7 | A. No, not any particular files, no. | 10:32:48 |
| 8 | Q. Did you review any files with | 10:32:53 |
| 9 | respect to the alleged perpetrators? | 10:32:53 |
| 10 | A. No. | 10:32:57 |
| 11 | Q. Do you know if anybody on behalf of | 10:32:57 |
| 12 | Lumbermens did? | 10:33:01 |
| 13 | A. Pat Maloney reviewed some files. I | 10:33:01 |
| 14 | don't know if it was before or after. We | 10:33:04 |
| 15 | met with some of the plaintiffs. | 10:33:06 |
| 16 | Q. Did you form a view as to whether | 10:33:10 |
| 17 | the settlement of $10 million was fair and | 10:33:14 |
| 18 | reasonable? | 10:33:17 |
| 19 | A. I thought it was, yes. | 10:33:21 |
| 20 | Q. You had sufficient information to | 10:33:22 |
| 21 | reach that conclusion? | 10:33:26 |
| 22 | A. We were given the information from | 10:33:26 |
| 23 | Rogers that we needed, yes. | 10:33:27 |
| 24 | Q. And that included information about | 10:33:36 |

```
                                                            80
 1   Father Geoghan?                                     10:33:38
 2        A.    Yes.                                     10:33:41
 3        Q.    Were you aware that Mr. Maloney had      10:33:43
 4   three binders of documents on Father                10:33:47
 5   Geoghan?                                            10:33:52
 6        A.    I know he had binders, yes.  I           10:33:52
 7   don't know how many, but I know he had              10:33:54
 8   information on Father Geoghan.                      10:33:55
 9        Q.    Did you review those binders as          10:33:58
10   well?                                               10:33:58
11        A.    No, I didn't.                            10:34:00
12        Q.    Did you ever go to Boston to the         10:34:00
13   office of the Rogers firm to review any             10:34:04
14   files?                                              10:34:08
15        A.    No.                                      10:34:11
16        Q.    Do you know if Mr. Maloney did?          10:34:11
17        A.    I believe he did, yes.                   10:34:12
18        Q.    Did he report to you on his              10:34:15
19   findings?                                           10:34:15
20        A.    I believe he did, yes.                   10:34:16
21        Q.    Do you recall what he said?              10:34:19
22        A.    Just in generalities.  I don't           10:34:21
23   remember exactly what he said, but I                10:34:25
24   remember he said --                                 10:34:30
```

92

| | | |
|---|---|---|
| 1 | Q. Did he say when it was reached? | 10:59:06 |
| 2 | A. No. | 10:59:09 |
| 3 | Q. Did he say who negotiated it? | 10:59:09 |
| 4 | A. No. | 10:59:10 |
| 5 | Q. Did he say whether there was a quid pro quo for the agreement? | 10:59:10 |
| 7 | A. No. | 10:59:16 |
| 8 | Q. Did he say if it was reduced to writing? | 10:59:16 |
| 10 | A. No. | 10:59:18 |
| 11 | Q. Did you ever ask him any of those questions? | 10:59:19 |
| 13 | A. No. | 10:59:22 |
| 14 | Q. Did you ever see anything that set forth this agreement? | 10:59:22 |
| 16 | A. No. | 10:59:27 |
| 17 | Q. To this day, you never have? | 10:59:34 |
| 18 | A. Nothing in writing, no. | 10:59:34 |
| 19 | Q. Do you know of any oral agreement that was reached between Lumbermens and the Archdiocese of Boston? | 10:59:35 |
| 22 | A. I don't know of any oral agreement, no. | 10:59:42 |
| 24 | Q. Now, are you aware that the | 10:59:52 |