```
 1              UNITED STATES DISTRICT COURT         FOR THE DISTRICT OF
 2   ---------------------------------------------
 3   ROMAN CATHOLIC ARCHBISHOP OFBOSTON, a Corporation Sole,
 4        Plaintiff,
 5      - against -
 6   LUMBERMENS MUTUAL CASUALTY COMPANY,
 7        Defendant.
 8   _____
 9
10         Deposition of Defendant, Lumbermens Mutual
11   Casualty Company, by its agent, employee or
12   representative, CHRISTINE ZINOMAN, taken pursuant to
13   Notice of Examination, held on Friday, August 27,
14   2004, commencing at 12:00 p.m., at the Desmond Hotel
15   and Conference Center, Albany, New York, before Marion
16   J. Eagan, a Shorthand Reporter and Notary Public of
17   the State of New York.
18
19
20
21
22
23
```

EXHIBIT G

8/27/2004  Zinoman, Christine

| | | |
|---|---|---|
| 1 | A. | No, I can't. |
| 2 | Q. | Why not? |
| 3 | A. | Other than the declaration page, this is |
| 4 | | not a certified copy of the policy. |
| 5 | Q. | So, you're saying the aggregates are |
| 6 | | contained in a part of the policy that we do not have? |
| 7 | A. | I do not know that.  This is not a |
| 8 | | certified copy of the policy.  This is a copy of an |
| 9 | | underwriting daily. |
| 10 | Q. | But you never had certified copies of the |
| 11 | | policies? |
| 12 | A. | Correct.  The declaration page, which is |
| 13 | | designated as LM 0017923 at the top of the page, it |
| 14 | | gives the limits of liability of $300,000 for bodily |
| 15 | | injury liability with each occurrence, for each |
| 16 | | occurrence, and a $300,000 aggregate. |
| 17 | Q. | And do you see the language that is |
| 18 | | directly above those numbers? |
| 19 | A. | Yes. |
| 20 | Q. | Could you read that for me, please? |
| 21 | A. | "The insurance afforded under this coverage |
| 22 | | part is only with respect to such of the following |
| 23 | | coverages as are indicated by entry of specific |

54

```
 1   advance premium in the schedule.  The limit of the
 2   company's liability against each coverage shall be
 3   stated herein, subject to all of the terms of the
 4   policy having reference thereto."
 5        Q.   Are you saying that this section where it
 6   says coverage A, bodily injury liability $300,000 per
 7   occurrence, $300,000 aggregate, is what you relied on?
 8        A.   No.
 9        Q.   What did you rely on?
10        A.   The information I believe that I relied on
11   was the information on the declaration page in
12   conjunction with information provided by the Stat
13   Actuarial department.
14        Q.   So, it was partially this section right
15   here?
16        A.   The declaration page, correct.
17        Q.   And partially information from Stat
18   Actuarial?
19        A.   Correct.
20        Q.   That sentence that you just read where it
21   says that this limit of liability is subject to all of
22   the terms of the policy --
23        A.   Yes.
```

55