```
                                                                    1
 1            IN THE UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF MASSACHUSETTS

 3

 4   --------------------------------X        CERTIFIED ORIGINAL
                                              LEGALINK BOSTON
 5   THE ROMAN CATHOLIC ARCHBISHOP   :

 6   OF BOSTON a CORPORATION SOLE,   :

 7              Plaintiff            :

 8       vs.                         :   Case No.: 04-1046-DPW

 9                                   :

10   LUMBERMANS MUTUAL CASUALTY      :

11   COMPANY,                        :

12              Defendant            :

13   --------------------------------X

14       CONFIDENTIAL PORTION PAGE 64 LINE 16 to PAGE 65 LINE 1

15

16           Deposition of BENJAMIN BENNETT, III

17                   Towson, Maryland

18              Monday, August 30, 2004

19                      10:07 a.m.

20

21   Job No.: 22-41220

22   Page Nos. 1-91                                    EXHIBIT
                                                          H
23

24   Reported by:  Henny Hunter Gerard, RPR-RMR
```

63

1    A.   Per occurrence, which I also was looking for
2 the definition of, is generally referred to as
3 something that happens at a certain point in time.
4 Aggregate limits typically apply to a policy period.
5    Q.   You told me you don't recall a conversation
6 in this meeting with the Archdiocese about aggregates.
7         Is that fair to say?
8    A.   That's fair to say.
9    Q.   Okay.  Is it also fair to say that you don't
10 recall any agreement being reached with the
11 Archdiocese at that meeting about the applicability of
12 aggregates?
13   A.   I don't recall any such conversation, no.
14   Q.   Are you aware of any agreement being reached
15 with the Archdiocese regarding aggregate limits at any
16 point in time?
17   A.   Between myself and the Archdiocese?
18   Q.   Let's start with you and yourself.  Yourself?
19   A.   I on behalf of myself, no.
20   Q.   What about with regard to Kemper?
21   A.   The policy.
22   Q.   Beyond the policy, are you aware of an
23 agreement that was reached with the Archdiocese
24 regarding aggregates?

64

1  A.  No.
2  Q.  You left Lumbermans in 1995, is that correct?
3  A.  That's correct.
4  Q.  Why did you leave Lumbermans?
5  A.  I had a dispute.
6  Q.  Can you tell me what the nature of the
7  dispute was?
8  A.  It was personal.  Personally related.
9     MR. DIEDERICH:  Mr. Zelle, I do want to
10 figure out what it was about, so maybe we could
11 designate this as confidential or something.
12    MR. ZELLE:  Sure.
13       *  *  *  *  *  *  *  *  *  *  *  *
14              CONFIDENTIAL
15 BY MR. DIEDERICH:
16 Q.  I want to be sure to be sensitive to your
17 sensitivity.
18      Can you tell me what the personal dispute
19 was about?
20 A.  Boiled down, didn't like my boss.
21 Q.  What was your boss's name?
22 A.  Lorraine Goldin.
23 Q.  Goldman?
24 A.  G-O-L-D-I-N.