```
 1                                                              1
 2   UNITED STATES DISTRICT COURT
     DISTRICT OF MASSACHUSETTS
 3   --------------------------------x
 4   THE ROMAN CATHOLIC ARCHBISHOP
     OF BOSTON, a CORPORATION SOLE,
 5
                  Plaintiff,
 6
          v.                              C.A. 04 10461-DPW
 7
     LUMBERMENS MUTUAL CASUALTY
 8   COMPANY,
 9                Defendant.
10   --------------------------------x
11
12                                        August 10, 2004
13                                        9:35 a.m.
14
15          Deposition of PAUL D. MEANY, taken by
16   plaintiff, pursuant to subpoena, at the offices
17   of Ropes & Gray, 45 Rockefeller Plaza, New York,
18   NY, before Joseph B. Pirozzi, a Registered
19   Professional Reporter and Notary Public of the
20   State of New York.
21
22
23
24                                              EXHIBIT
25                                                 I
```

```
1                        Meany                        39
2       A.   No.
3       Q.   Did she tell you what years were
4  covered?
5       A.   No.
6       Q.   Did she tell you whether there was any
7  agreement that had been reached with the
8  archdiocese?
9       A.   No.
10      Q.   Did she ever tell you that?
11      A.   I don't believe so.
12      Q.   Now, did Ms. Zinoman undertake to
13 submit periodic reports to you about this
14 insured?
15      A.   No.
16      Q.   Did you talk to her again after that
17 initial conversation?
18      A.   We had some conversations on and off
19 over the course of the next year.  If there were
20 problems or if she was setting up any new claim
21 files or if there were any situation she felt I
22 should be involved in.
23      Q.   Do you recall any of the specifics?
24      A.   No.
25      Q.   Did she tell you initially that
```