1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - -

THE ROMAN CATHOLIC ARCHBISHOP          :

OF BOSTON, a Corporation sole,         :

      Plaintiff,                       :

VS.                                    : CASE NO.

LUMBERMEN'S MUTUAL CASUALTY            : 04-10461-DPW

COMPANY,                               :

      Defendant.                       :

- - - - - - - - - - - - - - - - - -

    DEPOSITION OF WILSON D. ROGERS, III, a witness called by and on behalf of the Defendant, taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Sandra L. Bray, Registered Merit Reporter, CSR Number 103593, and Notary Public in and for Commonwealth of Massachusetts, at the offices of Robinson & Cole, LLP, One Boston Place, Boston, Massachusetts, on Tuesday, August 24, 2004, commencing at or about 10:00 a.m.

EXHIBIT J

NEAL A. SALLOWAY - COURT REPORTERS
FIVE CARDIGAN ROAD
WEST PEABODY, MA 01960
781-581-3993 - 978-535-0313 - FAX 978-536-3142

1  EXAMINATION BY MR. DIEDERICH:
2  Q. Sir, did you ever have an agreement with
3     Lumbermen's and/or Kemper regarding the
4     existence of aggregates in any insurance
5     policy?
6  A. No.
7  Q. Were you aware of any agreement between the
8     RCAB and Lumbermen's and/or Kemper regarding
9     the existence of aggregates in any insurance
10    policy?
11 A. No.
12 Q. Okay. Earlier today in your deposition, you
13    used the term "understanding." In the way you
14    used that term, is an understanding different
15    from an agreement?
16           MS. CATAUDELLA: Objection.
17 A. It can be. I guess you'd need to put it in
18    context for me.
19 Q. Okay. To the extent you had any understanding
20    prior to December 2002 with Lumbermen's and/or
21    Kemper with regard to aggregates, what was the
22    basis of that understanding?
23 A. Solely what they provided me by way of the
24    information what the starting aggregates were.