UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE,<br><br>           Plaintiff,<br><br>    v.<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>           Defendant. | Civil Action No. 04-10461-DPW |

### THE RCAB's MOTION TO SUPPLEMENT THE RECORD ON ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

The Roman Catholic Archbishop of Boston, a Corporation Sole, hereby moves to supplement the record on its pending Motion for Partial Summary Judgment by adding the attached "line card" to that record. The line card, which is an internal document of Lumbermens Mutual Casualty Company ("LMC"), corroborates that LMC sold general liability coverage to the RCAB for the period prior to 1964, as explained in the RCAB's accompanying Memorandum of Law. The line card was not produced by LMC in timely fashion, but, rather, was produced on September 22, well after the close of discovery and after the RCAB had submitted its Motion for Partial Summary Judgment. Moreover, in spite of its unmistakable

9558598_1.DOC

relevance, it was not produced or acknowledged by LMC in its Opposition to the RCAB's Motion for Partial Summary Judgment.

          Respectfully submitted,

          THE ROMAN CATHOLIC ARCHBISHOP
          OF BOSTON, A Corporation Sole
          By its attorneys,


          _/s/ Paul B. Galvani_____
          Paul B. Galvani (BBO # 183800)
          Thomas H. Hannigan, Jr.
           (BBO # 220420)
          Bryan R. Diederich (BBO # 647632)
          Kate Cimini (BBO # 654336)
          Ropes & Gray LLP
          One International Place
          Boston, MA 02110
          (617) 951-7000

Dated: October 13, 2004