UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE,<br><br>Plaintiff,<br><br>v.<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-10461-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THE RCAB's MEMORANDUM OF LAW IN SUPPORT OF ITS
MOTION TO SUPPLEMENT THE RECORD ON ITS MOTION FOR PARTIAL
SUMMARY JUDGMENT**

**INTRODUCTION**

This Memorandum of Law is submitted by the Roman Catholic Archbishop of Boston, a Corporation Sole (the "RCAB") in support of its Motion to Supplement the Record on its Motion for Partial Summary Judgment. By this motion, the RCAB seeks permission to present to the Court a copy of a "line card"[1] first produced by Lumbermens Mutual Casualty Company ("LMC") on September 22, 2004, a week after the Summary Judgment Motion was filed.

**STATEMENT OF FACTS**

The line card not only confirms that LMC issued a primary policy to the RCAB for the period March 31, 1964 to March 31, 1967, but it also confirms that such a policy was in place for the prior period as well – the very point that LMC continues unabashedly to dispute. The LMC line card apparently has been languishing in the files of Chicago counsel for LMC, Patrick Maloney. See e-mail messages of John E. Tener attached as Exhibit B. Ms. Reardon, the

---

[1] Attached hereto as Ex. A.

30(b)6) designee of LMC, testified that no line cards still existed.  (Reardon dep. 128:7-132:6, attached as Exhibit C).

The line card – though a copy and somewhat difficult to read (we have asked to see the original) – recites that policy 4LL64263A was sold to the RCAB with an effective (EFF.) date of March 31, 1964 and an expiration (EXP.) date of  March 31, 1967.  The policy number is the very number that Mr. Meany entered on his log, Reardon dep. Ex. 10, and was the basis of payments from LMC to the RCAB for sexual abuse claims arising out of that period.

More important for present purposes, the line card entries also reveal that the policy is a <u>renewal</u>, replacing policy 2LL64263 which, as the RCAB has argued (and LMC has tried to resist) in its Summary Judgment Motion is the prior policy that was in place from 1961 – 1964.  *See, e.g.,* Plaintiff's Statements of Fact, ¶¶ 12-15 and Defendant's Opposition at pp. 22-24.  The line card obviously was found by LMC before it submitted its Opposition to the Motion, yet it totally ignored it and, astonishingly, allegedly fails to see its significance.  It also now ignores Mr. Maloney altogether, even though he is the person who contrived the existence of an "agreement" concerning aggregates between the RCAB and LMC "superseding" the language of the policies.  (Maloney dep. 83:1-21, attached as Exhibit D).

The line card is particularly relevant in putting to rest any notion of an alleged agreement.  According to Mr. Maloney, the deal was struck with the RCAB's agreeing to aggregates in return for LMC's agreeing to cover claims prior to 1974.  As he testified, "…that was the basis for Kemper even agreeing to any policies existing prior to 1974." (Maloney dep. 33:14-17, attached as Exhibit E.)

"Q. What were the years that Lumbermens agreed to cover where there was no evidence of coverage?  A. Anything prior to 1974." (Maloney dep. 50:6-9, attached as Exhibit F.)

Yet now we learn that LMC, which actually acknowledged coverage beginning in 1964 in spite of Mr. Maloney's view (Reardon Ex. 7), in fact had documentary evidence all along that coverage existed even prior to 1964.  And Mr. Maloney, it turns out, had that documentary evidence in his own files even as he testified to the contrary.  The line card was not produced when mandated in this action.  In fact, current counsel inexplicably never even reviewed Mr. Maloney's files until September 20.  *See* Ex. B.

## **CONCLUSION**

For the foregoing reasons, the RCAB's Motion to Supplement the Record should be allowed.

Respectfully submitted,

THE ROMAN CATHOLIC ARCHBISHOP
OF BOSTON, A Corporation Sole
By its attorneys,


/s/ Paul B. Galvani
Paul B. Galvani (BBO# 183800)
Thomas H. Hannigan, Jr. (BBO# 220420)
Bryan R. Diederich (BBO# 647632)
Kate Cimini (BBO# 654336)
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7000

Dated:  October 13, 2004