# ROBINSON & COLE LLP

JOHN E. TENER

One Boston Place
Boston, MA 02108-4404
Main (617) 557-5900
Fax (617) 557-5999
jtener@rc.com
Direct (617) 557-5917

September 22, 2004

*Via Hand Delivery*

Paul D. Galvani
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

Re: **RCAB v. Lumbermens Mutual Casualty Company**
    **U.S.D.C., D.Mass. Civil Action No. 04-10461 DPW**

Dear Paul:

Please find enclosed document number LM 0168695, which is a copy of a copy of an undated line card with handwritten notations. In searching LMC's file for line cards, this is the only document found.

Very truly yours,

John E. Tener

JET:dmb
Enclosure

*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

GREENWICH

NEW YORK

SARASOTA

www.rc.com    BOST1-831650-1


EXHIBIT A



COV A  300,000 ea OCC  300,000 AGGR
COV B  100,000 ea OCC  100,000 AGGR
MED PAY HAS 5000 EACH PERSON
       25000 EACH ACCIDENT

NO POLICY INFORMATION PRIOR TO THIS ONE.

LM 0168695