# Galvani, Paul B.

| | |
|---|---|
| From: | Galvani, Paul B. |
| Sent: | Wednesday, September 29, 2004 5:23 PM |
| To: | 'Tener, John E.' |
| Subject: | RCAB v, LMC |

John,
You sent me document LM 0168695 by letter dated September 22, 2004. In that letter, you say, "In searching LMC's file for line cards, this is the only document found." Can you please tell me where, when, and by whom this document was located? Thanks. Paul



### Galvani, Paul B.

**From:** Tener, John E. [jtener@rc.com]
**Sent:** Tuesday, October 05, 2004 12:16 PM
**To:** Galvani, Paul B.; Tener, John E.; Zelle, Tony R.
**Subject:** RE: Line Card

Paul,

In response to your September 29 and October 4 emails, please be advised that the first mention of line cards came up in Mary Kay Reardon's 30b6 deposition on July 26, 2004. Following that testimony, our office sought to locate any line cards still in the files of LMC. None were located after an extensive search. Thereafter, we reviewed copies of documents previously provided by the Tressler firm to us, and located the line card copy on September 20.

We are presently seeking to confirm that the writing on the copy is that of Christine Zinoman. We have not located the original of the copy we forwarded to you.

> -----Original Message-----
> **From:** Galvani, Paul B. [mailto:PGalvani@ropesgray.com]
> **Sent:** Monday, October 04, 2004 9:29 AM
> **To:** Tener, John E.; Zelle, Tony R.
> **Subject:** Line Card
>
> John,
> I have received no response to my e-mail of Sept. 29 requesting information concerning the line card you sent to me on Sept. 22. As you know, the Court ruled that you have 72 hours to answer such a request. Please provide the information forthwith. Would you also please confirm that the writing on the bottom is that of Christine Zinoman. Finally, I want to see the original as soon as possible. When can that be produced?

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-275-8200, or e-mail at it@rc.com and immediately delete this message and all its attachments.

## Galvani, Paul B.

**From:** Galvani, Paul B.
**Sent:** Tuesday, October 05, 2004 12:23 PM
**To:** 'Tener, John E.'
**Subject:** RE: Line Card

John,
I questioned Ms. Reardon at length about line cards and she said there were none. I assume you had the Tressler materials even before her testimony. I do not understand, frankly, why it was not found until Sept. 20, approximately two months after her deposition and more than a month after Maloney's deposition) and not produced until Sept.22. When and where did Tressler get it? What did they copy? This is an important document, and I need answers to my questions immediately.

-----Original Message-----
**From:** Tener, John E. [mailto:jtener@rc.com]
**Sent:** Tuesday, October 05, 2004 12:16 PM
**To:** Galvani, Paul B.; Tener, John E.; Zelle, Tony R.
**Subject:** RE: Line Card

Paul,

In response to your September 29 and October 4 emails, please be advised that the first mention of line cards came up in Mary Kay Reardon's 30b6 deposition on July 26, 2004. Following that testimony, our office sought to locate any line cards still in the files of LMC. None were located after an extensive search. Thereafter, we reviewed copies of documents previously provided by the Tressler firm to us, and located the line card copy on September 20.

We are presently seeking to confirm that the writing on the copy is that of Christine Zinoman. We have not located the original of the copy we forwarded to you.

-----Original Message-----
**From:** Galvani, Paul B. [mailto:PGalvani@ropesgray.com]
**Sent:** Monday, October 04, 2004 9:29 AM
**To:** Tener, John E.; Zelle, Tony R.
**Subject:** Line Card

John,
I have received no response to my e-mail of Sept. 29 requesting information concerning the line card you sent to me on Sept. 22. As you know, the Court ruled that you have 72 hours to answer such a request. Please provide the information forthwith. Would you also please confirm that the writing on the bottom is that of Christine Zinoman. Finally, I want to see the original as soon as possible. When can that be produced?

---

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-275-8200, or e-mail at it@rc.com and immediately delete this message and all its attachments.

---

10/12/2004

## Galvani, Paul B.

**From:** Tener, John E. [jtener@rc.com]
**Sent:** Wednesday, October 06, 2004 2:16 PM
**To:** Galvani, Paul B.
**Subject:** Line cards

Paul:

I write to respond to the questions concerning the line card that are raised in your e-mails.

First, the writing on the line card is not Christine Zinoman's. The writing was on the card when Ms. Zinoman first saw it.

Second, your assumption that the line card was not withheld as privileged is correct.

Third, in response to your query as to when and how the copy of the line card became a part of the files maintained by the Tressler firm, Pat Maloney explained that while he does not remember seeing the line card before, he suspects that it was included in the materials that he received from LMC when he first became involved with the sex abuse claims. Pat said that he asked LMC to copy everything in the claim files and all of the underwriting dailies.

Finally, in your e-mail, you state that you believe the line card is an important document. We do not believe that the line card has any significance beyond its probative value in establishing the LMC issued a policy that was in effect from 1964-1967, an issue that has never been contested. However, if there is something you believe is important about the line card in some other respect, please let me know.

John Tener

------------------------------------------------------------------------

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-275-8200, or e-mail at it@rc.com and immediately delete this message and all its attachments.

------------------------------------------------------------------------

10/12/2004