128

| | | |
|---|---|---|
| 1 | department kept track of losses and would | 11:23:52 |
| 2 | confirm whether there was an erosion in the | 11:23:57 |
| 3 | aggregate or of the aggregate, but they did | 11:24:00 |
| 4 | not send notices out advising of an | 11:24:04 |
| 5 | aggregate issue. | 11:24:07 |
| 6 | BY MR. GALVANI: | 11:24:09 |
| 7 | Q.   But that department therefore you | 11:24:09 |
| 8 | say had to have the aggregate information in | 11:24:13 |
| 9 | its possession? | 11:24:19 |
| 10 | A.   Yes, on a line card, a coverage | 11:24:19 |
| 11 | card. | 11:24:23 |
| 12 | Q.   And where did it get that | 11:24:23 |
| 13 | information? | 11:24:24 |
| 14 | A.   That information would have come | 11:24:27 |
| 15 | from the underwriting department when the | 11:24:27 |
| 16 | policy was issued. | 11:24:32 |
| 17 | Q.   And did you check to determine | 11:24:35 |
| 18 | whether the underwriting department still | 11:24:35 |
| 19 | has any information with respect to the | 11:24:38 |
| 20 | policies it sold to the Archdiocese of | 11:24:41 |
| 21 | Boston? | 11:24:43 |
| 22 | A.   Yes, I did check and no one has any | 11:24:46 |
| 23 | information on these policies. | 11:24:47 |
| 24 | Q.   Well, apparently they did at one | |

CAROL RABER & ASSOCIATES
(312) 446-6926

EXHIBIT C

129

1  time?  11:24:52

2    A.  Yes.  11:24:52

3    Q.  As of when did they cease having  11:24:53

4  such information?  11:24:56

5    A.  Well, as far as the statistical  11:24:56

6  department, they may still have some  11:25:02

7  information on these policies and what was  11:25:02

8  paid.  11:25:06

9    Q.  I'm asking about the underwriting  11:25:06

10 department.  The underwriting department  11:25:06

11 was the source of the information.  The  11:25:11

12 statistical department, the underwriting  11:25:13

13 department had to have had the information  11:25:16

14 at some time?  11:25:19

15   A.  Yes, the underwriting department  11:25:19

16 had the information when the policies were  11:25:19

17 issued, and they would have transferred that  11:25:23

18 information to the statistical department;  11:25:24

19 however, the underwriting department would  11:25:30

20 not necessarily keep records.  Before 1976  11:25:30

21 there was no I believe official or corporate  11:25:33

22 guidelines for the retention of policies, so  11:25:38

23 the stat department would have kept that  11:25:38

24 information but not -- they would not have  11:25:42

130

| | | |
|---|---|---|
| 1 | had copies of policies or forms. | 11:25:45 |
| 2 | Q. So what was the mechanism that was | 11:25:53 |
| 3 | used by the underwriting department to relay | 11:25:53 |
| 4 | the information to the statistical | 11:25:53 |
| 5 | department for its reference? | 11:25:54 |
| 6 | A. It was what was referred to as a | 11:25:57 |
| 7 | line card would be produced. | 11:26:00 |
| 8 | Q. Produced by? | 11:26:01 |
| 9 | A. Produced by the underwriting | 11:26:02 |
| 10 | department, the office that issued the | 11:26:03 |
| 11 | policy. | 11:26:08 |
| 12 | Q. And that's -- that spelled out the | 11:26:08 |
| 13 | aggregates? | 11:26:08 |
| 14 | A. That would spell out the coverage | 11:26:10 |
| 15 | information, and yes, it should have | 11:26:11 |
| 16 | aggregate information on there. | 11:26:13 |
| 17 | Q. Describing the -- what the | 11:26:14 |
| 18 | aggregates applied to? | 11:26:17 |
| 19 | A. I don't know because I did not -- I | 11:26:20 |
| 20 | have not seen the specific line card. | 11:26:21 |
| 21 | Q. Have you ever seen the line card? | 11:26:24 |
| 22 | A. No. | 11:26:30 |
| 23 | Q. Do you know whether there were any | 11:26:31 |
| 24 | line cards in existence today within | 11:26:33 |

CAROL RABER & ASSOCIATES
(312) 446-6926

131

| | | |
|---|---|---|
| 1 | Lumbermens whether for the Archdiocese of | 11:26:36 |
| 2 | Boston or any other insured? | 11:26:39 |
| 3 | A.   As far as the Archdiocese of Boston | 11:26:42 |
| 4 | is concerned, we have looked and checked | 11:26:42 |
| 5 | with many people to see if there was any | 11:26:46 |
| 6 | information available at all on the | 11:26:47 |
| 7 | Archdiocese of Boston, and no one has any | 11:26:48 |
| 8 | information including -- I mean, the stat | 11:26:51 |
| 9 | department had also been inquired as to | 11:26:54 |
| 10 | whether they had any specific information | 11:26:56 |
| 11 | other than what was previously provided to | 11:27:00 |
| 12 | us which was the aggregate information. | 11:27:02 |
| 13 | Q.   They had to have had information at | 11:27:05 |
| 14 | some point in time? | 11:27:08 |
| 15 | A.   Yes. | 11:27:08 |
| 16 | Q.   Because if they, the stat | 11:27:09 |
| 17 | department, was the source of the | 11:27:13 |
| 18 | information provided Ms. Zinoman about | 11:27:17 |
| 19 | alleged erosion of policies, they had to | 11:27:21 |
| 20 | have some record that reflected payments | 11:27:23 |
| 21 | that had been made? | 11:27:24 |
| 22 | A.   Yes, they did. | 11:27:27 |
| 23 | Q.   What happened to that information? | 11:27:30 |
| 24 | A.   That information was transmitted to | 11:27:30 |

132

| | | |
|---|---|---|
| 1 | Ms. Zinoman, and what happened to that | 11:27:33 |
| 2 | particular documentation I don't know, such | 11:27:38 |
| 3 | as line cards.  I do not know.  I believe | 11:27:39 |
| 4 | you have instructed Mr. Zelle to look | 11:27:44 |
| 5 | further into locating to see if there are | 11:27:51 |
| 6 | any of those documents. | 11:27:51 |
| 7 | Q.   Because that information had to | 11:27:53 |
| 8 | have been in the possession of the stat | 11:28:00 |
| 9 | department at least as late as 1995 when | 11:28:00 |
| 10 | Ms. Zinoman first received it from the stat | 11:28:00 |
| 11 | department, correct? | 11:28:02 |
| 12 | A.   Yes, loss history, yes. | 11:28:03 |
| 13 | Q.   And you believe the line card or | 11:28:08 |
| 14 | whatever form their information was at the | 11:28:11 |
| 15 | time also would have reflected aggregates? | 11:28:12 |
| 16 | A.   Yes. | 11:28:15 |
| 17 | Q.   But you don't know whether it would | 11:28:16 |
| 18 | have reflected aggregates by type? | 11:28:22 |
| 19 | A.   I do not know. | 11:28:22 |
| 20 | Q.   Are you aware that the policies | 11:28:23 |
| 21 | provide different aggregates for different | 11:28:25 |
| 22 | types of claims? | 11:28:28 |
| 23 | MR. ZELLE:  Objection. | 11:28:33 |
| 24 | THE WITNESS:  For different types | 11:28:33 |