83

1    A.    Okay.  I would say that the agreement
2  superseded portions of those policies, yes,
3  just like I said.
4    Q.    And changed the language with respect
5  to the aggregates?
6    A.    I would say superseded.  I don't
7  think the parties got that precise with it.
8    Q.    Then it's your understanding that
9  that was a knowing --
10    A.    Yes.
11    Q.    -- willing change on the part of the
12  Archdiocese?
13    A.    It was a knowing position of the
14  Archdiocese.
15    Q.    It was a knowing change -- knowing
16  that it was superseding the language of the
17  policies?
18    A.    No.  I don't think they knew that
19  they were superseding.  Nobody was trying to
20  concentrate to that extent.  They knew what
21  they were agreeing to.
22    Q.    Did you know that the Archdiocese did
23  not have copies of those policies prior to
24  prior to 2000?

CAROL RABER & ASSOCIATES
(312) 446-6926


EXHIBIT D