33

1  firm and to Nancer Ballard, and some
2  representative of the Archdiocese was at a
3  meeting that we had at the Rogers firm office
4  in February of 2003.
5       Q.   What was the opinion that you
6  conveyed at that time?
7       A.   My opinion at that time was that the
8  conduct of the parties, the correspondence
9  between the parties, and the overall manner in
10 which these claims were handled made it clear
11 to me that the parties had addressed these
12 primary policies from 1993 or 1995 on the basis
13 that all primary policies had aggregate limits.
14              That was the basis for
15 negotiating claims.  That was the basis for
16 Kemper even agreeing to any policies existing
17 prior to 1974.  Even parts of any policies
18 prior to '74 had never even been located.
19 Communications received from the Rogers firm,
20 communications to the Rogers firm from Kemper.
21 The method in which the claims were handled and
22 settled by the Rogers firms over the years, the
23 representations made by the Rogers firm, and
24 the letter they drafted in 2000 to Attorney


EXHIBIT E