1 you expressed in early 2003 that there was an
2 agreement that in return for the limit on
3 aggregates, Lumbermens would cover years where
4 there was no evidence of coverage?
5     A.   Yes.
6     Q.   What were the years that Lumbermens
7 agreed to cover where there was no evidence of
8 coverage?
9     A.   Anything prior to 1974.
10     Q.   It's your understanding that that was
11 the agreement that was struck initially between
12 Ms. Zinoman and whoever she talked to at the
13 Archdiocese?
14     A.   It certainly appears that way to me,
15 yes.
16     Q.   Was the agreement that she was
17 proposing, as you understood it, the agreement
18 that the policies would be modified to impose
19 aggregates where none existed?
20     A.   The agreement was in the absence of
21 the policies that they would defend these cases
22 and provide coverage up to limits of $300,000
23 for each year prior to '74.
24     Q.   But is it your understanding she told