```
 1   Q   How were you involved in the efforts to
 2       locate policy information?
 3   A   I asked our people in the archives to make a
 4       diligent search.  I went through boxes upon
 5       boxes of folders in one of the basements of
 6       the chancery buildings and asking the
 7       brokerage if they had any information,
 8       correspondence and whatever, you know.
 9   Q   Did you ask people at the parishes?
10   A   If the occasion came up, if they had any
11       information concerning coverage.
12   Q   What did you ask them?
13   A   Did they know of what coverage was in
14       existence.
15   Q   What did -- What information did you get
16       through those channels?
17   A   They couldn't recall.
18   Q   Did you ask the parishes to look for
19       documents?
20   A   Yes.
21   Q   And did they find anything?
22   A   No, not that I'm aware of.
23   Q   Let me show you what's been marked as Exhibit
24
```



Powers, Arthur W., Jr.

```
 1        one of those years -- and I've forgotten
 2        which -- which gave evidence to the offer and
 3        our acceptance of an umbrella.
 4   Q.   Did you find the binder?
 5   A.   Did find a binder -- no, didn't find a binder.
 6        Found a cover letter that says, "Please see
 7        binder attached, which" -- and it went on
 8        to -- I can't recall precisely.  It went on to
 9        explain what the binder was.
10   Q.   Who was the cover letter from?
11   A.   James S. Kemper, and I don't know who might
12        have signed it.
13   Q.   Did you find any evidence of primary liability
14        policies from '73 on in your search?
15             MR. GALVANI:  Objection.
16   A.   I don't know what has been uncovered,
17        unearthed.
18   Q.   In your meeting with Mr. McEnness and
19        Mr. Fallon that you referred to, did anyone
20        suggest going back to Lumbermen's to determine
21        if it had policies?
22   A.   I don't know that it came up in that meeting.
23   Q.   Did anyone suggest going out to the parishes
24        and asking if any parishes had copies of
```

48

Powers, Arthur W., Jr.

1            policies?
2     A.     No, but I understand it was done.
3     Q.     And what do you understand was done?
4     A.     That some attempts at approaching some
5            parishes who may have had a more business-like
6            pastor that may have kept something that we
7            were looking for.
8     Q.     And when was that done?
9     A.     I don't know.  I don't know.  I don't know if
10           it hadn't been done.  Again, I'm on the
11           outside looking in.
12    Q.     What was the practice from '79 on in your
13           experience of providing parishes with policy
14           information?
15    A.     They did not receive much by way of policy
16           information.  They got a schedule of vehicles,
17           as I recall, of automobiles that were being
18           covered and a -- we tried to keep it brief --
19           a cover letter saying, "Here's your invoice
20           for policy number such and such for general
21           liability.  Here's your invoice for Policy 123
22           for automobile," and down the line.  And they
23           relied upon what they were receiving.
24    Q.     It was, as you understood it, the parish's