94

| | | |
|---|---|---|
| 1 | had some policy form information. | 10:45:20 |
| 2 | BY MR. GALVANI: | 10:45:24 |
| 3 | Q.   So you had enough in your view to | 10:45:25 |
| 4 | determine whether there was coverage? | 10:45:30 |
| 5 | A.   Actually, I'm a little concerned | 10:45:33 |
| 6 | after I reviewed the records on the coverage | 10:45:36 |
| 7 | prior to 1970, and what type of form the | 10:45:40 |
| 8 | policies were written on. | 10:45:48 |
| 9 | Q.   Well, Lumbermens acknowledge that | 10:45:49 |
| 10 | the coverage went back to at least '64? | 10:45:53 |
| 11 | A.   The policies went back to '64. | 10:45:55 |
| 12 | Q.   Are you saying that you are now | 10:45:57 |
| 13 | unclear as to what the form of the policies | 10:45:58 |
| 14 | were in the 60s? | 10:46:01 |
| 15 | A.   Yes. | 10:46:06 |
| 16 | Q.   What's the earliest policy that you | 10:46:07 |
| 17 | actually have in place in hand? | 10:46:08 |
| 18 | MR. ZELLE:  Objection. | 10:46:14 |
| 19 | THE WITNESS:  I believe 1974 where | 10:46:14 |
| 20 | we actually have a policy, perhaps not a | 10:46:17 |
| 21 | complete policy, but a part of a policy. | 10:46:26 |
| 22 | BY MR. GALVANI: | 10:46:26 |
| 23 | Q.   Part of a standard ISO form policy? | 10:46:28 |
| 24 | A.   There are some ISO forms on that | |

EXHIBIT 2