97

| | | |
|---|---|---|
| 1 | A. Correct. | 10:48:42 |
| 2 | Q. Claims were paid for those periods, | 10:48:46 |
| 3 | correct? | 10:48:47 |
| 4 | A. Under a reservation of rights, yes. | 10:48:47 |
| 5 | Q. As you sit here today, you don't | 10:48:50 |
| 6 | know whether they were OLT or CGL policies; | 10:48:52 |
| 7 | is that right? | 10:48:56 |
| 8 | A. I do not know. | 10:48:57 |
| 9 | MR. GALVANI: Would you mark that | 10:49:07 |
| 10 | as Exhibit 1, please. | 10:49:07 |
| 11 | (Said document was marked for | 10:49:07 |
| 12 | identification as Deposition | 10:49:31 |
| 13 | Exhibit No. 1.) | 10:49:31 |
| 14 | BY MR. GALVANI: | 10:49:51 |
| 15 | Q. Let me show you what has been | 10:49:54 |
| 16 | marked as Exhibit 1 for identification and | 10:49:54 |
| 17 | ask you whether you ever seen that document. | 10:49:56 |
| 18 | A. Yes, I have. | 10:50:05 |
| 19 | Q. When did you first see that? | 10:50:08 |
| 20 | A. I believe a couple weeks ago. | 10:50:11 |
| 21 | Q. And you understand that that is | 10:50:14 |
| 22 | what is called a 30(b)(6) deposition notice? | 10:50:18 |
| 23 | A. Yes. | 10:50:22 |
| 24 | Q. What is your understanding of a | |

EXHIBIT 3

CAROL RABER & ASSOCIATES
(312) 446-6926