

Lumbermens Mutual Casualty Company • American Motorists Insurance Company
American Manufacturers Mutual Insurance Company • American Protection Insurance Company

One New England Executive Park, Post Office Box 979, Burlington, MA 01803-5979 • 617|221-7000

March 16, 1994

Archdiocese of Boston
2121 Commonwealth Avenue
Brighton, Mass. 02135

ATTN: Arthur Powers

RE: Claim Number: 678LU-061341-X
    Date of Loss: 1/1/71
    Claimant:
    Insured: Roman Catholic Archdiocese of Boston

ARCHDIOCESE OF BOSTON
RECEIVED
MAR 17 1994
INSURANCE DEPT.

Dear Mr. Powers:

Investigation of this claim indicates that the above captioned policy does not cover this situation.

The reason for this disclaimer is that this claim does not constitute an "occurrence", "bodily injury" or "property damage" within the definitions of the policy in effect at the time of this loss.

These terminologies were defined as:

   "bodily injury" means bodily injury, sickness or disease sustained by any person;

   "occurrence" means an accident, including injurious exposure to conditions, which results, during the policy period, in bodily injury or property damage neither expected nor intended from the standpoint of the insured;

   "property damage' means injury to or destruction of tangible property.

In stating the above reason for disclaimer, we do no intend to waive any other defense we may have under this policy.

We recommend that you retain you own attorney to look after your interests and, if necessary, to defend you in the event any suits or actions are brought against you.

Very truly yours,                                                      REDACTED

LUMBERMENS MUTUAL CASUALTY

Thomas H. Thompson

H. Thompson
Branch Claim Manager         Copy sent to atty Rogers

cc: Paul Fallon, Claims Manager, Archdiocese of Bost., 2121 Commonwealth Ave., Brighton, Ma
    Wilson D. Rogers, Jr., Dunn & Rogers, 20, Beacon St., Boston, Ma. 02108

EXHIBIT 4