UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A Corporation Sole,

ORIGINAL

Plaintiff,

-vs-

C.A. No. 04-10461-DPW

LUMBERMENS MUTUAL CASUALTY COMPANY,

Defendant.

---

The deposition of AUGUSTIN VEGA, called by the Plaintiff for examination, pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before DIANE L. STODULSKI, Certified Shorthand Reporter, Registered Professional Reporter, and Notary Public within and for the County of Cook and State of Illinois at 200 South Wacker Drive, Suite 3000, Chicago, Illinois, commencing at the hour of 9:00 o'clock AM on the 18th day of August, A.D. 2004.

PENGAD-Bayonne, N. J.
EXHIBIT
5

A. Trying to find some of the old forms that were being used in those times. 09:39:52 09:39:52

Q. Standard forms? 09:39:57

A. That Kemper would be using, yes. 09:39:57

Q. And they used standard forms for excess policies in the 70s? 09:40:00 09:40:14

A. I believe so, yes. 09:40:14

Q. And also for primaries? 09:40:14

A. I believe, yes. 09:40:14

Q. And also in the 60s for primaries? 09:40:14

A. I would believe, yes, there were standard forms in the 60s. 09:40:20 09:40:20

Q. These were standard ISO approved forms? 09:40:20 09:40:22

A. In general, yes, I believe so. 09:40:24

Q. Do you recall that there was a change in the aggregate language in primary policies that came in in 1985 or '86? 09:40:26 09:40:28 09:40:33

A. I really don't recall that there was a change that came in. I don't know. I would have to say no, I don't remember. 09:40:40 09:40:40 09:40:42

Q. Now, when you went looking for these policies, you were attempting to establish that there were, in fact, 09:40:44 09:40:50 09:40:50

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE ROMAN CATHOLIC ARCHBISHOP
OF BOSTON, A Corporation Sole,

Plaintiff,

-vs- C.A. No. 04-10461-DPW

LUMBERMENS MUTUAL CASUALTY
COMPANY,

Defendant.

ORIGINAL

---

VOLUME I - Pages 1 - 314

The deposition of MARY KAY REARDON, called by the Plaintiff for examination, pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before DIANE L. STODULSKI, Certified Shorthand Reporter, Registered Professional Reporter, and Notary Public within and for the County of Cook and State of Illinois at 200 South Wacker Drive, Suite 3000, Chicago, Illinois, commencing at the hour of 9:00 o'clock AM on the 26th day of July, A.D. 2004.

I'm not sure what you are talking about. 10:44:20

BY MR. GALVANI: 10:44:20

Q. The policy that was issued by Lumbermens to the Archdiocese, would you say that there is a confusion about the aggregates? That policy, was that a standard form policy that was used uniquely by Lumbermens or was that a policy that was used by others in the industry? 10:44:24 10:44:24 10:44:28 10:44:31 10:44:35 10:44:36 10:44:39

A. I believe that was an ISO form, an insurance services office form used by the industry. 10:44:44 10:44:47 10:44:51

Q. Did you go to ISO to see if they have the policies? 10:44:51 10:44:54

A. I'm not sure what you are asking. 10:45:00

Q. ISO is here in Chicago, right? 10:45:00

A. No, I believe they are in Pennsylvania, but I could be wrong. 10:45:03 10:45:04

Q. Did you contact ISO and say do you have any of the standard policies from the 1980s or 70s? 10:45:06 10:45:08 10:45:14

MR. ZELLE: Objection. 10:45:14

THE WITNESS: No, we didn't. We had some of the forms, and we had a box that 10:45:14 10:45:16

Deposition of BENJAMIN BENNETT, III, held at:

Sheraton Hotel
903 Dulaney Valley Road
12th Floor - Goucher Room
Towson, Maryland 21204
410-321-7400

Pursuant to agreement before Henny Hunter Gerard, Registered Professional Reporter and Notary Public in and for the State of Maryland.

with Ms. Zinoman?

A. I don't recall, no.

Q. Did you ever see a box of policies related to the Archdiocese of Boston?

A. I don't recall having done so, no.

Q. And is it fair to say that when you made the determination that we were talking about earlier that the Syracuse division had incorrectly denied certain claims, you don't recall what policies you were looking at when you made that determination?

A. I don't recall which ones I was looking at, no.

Q. If you couldn't find policies that bore the name Archdiocese of Boston would you have looked at standard ISO forms to make a coverage determination?

A. If we were unable to find any such policies, we would have.

Q. And you would do that because Lumbermans generally used ISO forms, correct?

A. That's correct.

Q. Do you know when Lumbermans started using ISO forms?

A. That I don't know.

Q. Was it prior to 1975?

A. It could have been.

Q. But certainly by the time you were there in 1975 Lumbermans had begun using ISO forms?

A. They were used, yes.

Q. Setting aside the Archdiocese case, in your experience in handling claims for Lumbermans, did you ever encounter a case where policy forms could not be located?

A. Very, very seldom, but, yes.

Q. When you say "very seldom", I guess by my count you had about a 20-year career at Lumbermans, can you give me a ballpark of over those 20 years how many times that came up for you?

A. Maybe ten.

Q. Are you able to delineate within those ten or so occasions any specific cases of a specific client?

A. There was a point when we, or I in the division, we worked on pollution liability claims. Aluminum wiring liability claims. Some of those claims went back into the '50s and '60s, and did our best to try to retrieve any policy information that we could, either from our own records or from the records or at least we insured what they had.

Q. When you seek the retrieving of information