UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE,  Plaintiff,  v.  LUMBERMENS MUTUAL CASUALTY COMPANY,  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-10461-DPW |

## AFFIDAVIT OF KATE CIMINI

I, Kate Cimini, hereby affirm as follows,

1.  I am an attorney at the law firm of Ropes & Gray LLP, counsel to the Roman Catholic Archbishop of Boston, a Corporation Sole, in this matter.

2.  I have reviewed the reference guide known as the Adjusters' Reference Guide, which contains standard insurance forms and policies. The guide recites that it is updated quarterly. This guide is available at the Insurance Library Association of Boston, 156 State Street, Boston, Massachusetts 02109.

3.  Exhibit 1 to this Affidavit is the 1966 standard form Owner, Landlord & Tenant coverage part, which I obtained from the Adjusters' Reference Guide.

SIGNED UNDER PENALTIES OF PERJURY THIS 13th DAY OF OCTOBER, 2004

/s/ Kate Cimini
Kate Cimini