UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE,<br><br>Plaintiff,<br><br>v.<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-10461-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THE RCAB'S SECOND MOTION TO SUPPLEMENT
THE RECORD ON SUMMARY JUDGMENT**

For the reasons set forth in the accompanying Memorandum, the Roman Catholic Archbishop of Boston, a Corporation Sole hereby moves to supplement the record on its motion for Partial Summary Judgment with two letters dated February 3, 2003 and February 11, 2003, attached hereto as Exhibits 1 and 2, respectively.

Respectfully submitted,

THE ROMAN CATHOLIC ARCHBISHOP
OF BOSTON, A Corporation Sole

By its attorneys,

/s/Paul B.Galvani
Paul B. Galvani (BBO # 183800)
Thomas H. Hannigan, Jr. (BBO # 220420)
Bryan R. Diederich (BBO # 647632)
Kate Cimini (BBO # 654336)
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7000

Dated: November 12, 2004

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Bryan R. Diederich, hereby affirm that I have conferred with counsel for Lumbermens Mutual Casualty Company in a good faith effort to narrow or resolve the matters at issue in this motion and counsel for Lumbermens Mutual Casualty Company does not oppose this motion.

/s/Bryan R. Diederich_____