# Diederich, Bryan R.

| | |
|---|---|
| **From:** | Diederich, Bryan R. |
| **Sent:** | Monday, November 01, 2004 12:57 PM |
| **To:** | 'jtener@rc.com' |
| **Cc:** | 'Cataudella, Mary L.'; 'Zelle, Tony R.'; 'McDonough, Brian P.' |

Dear John,

I write to follow up on issues raised in the wake of last week's hearing. First, the Court has ordered the production of documents prior to August 2003 that touch on the topics covered in the Morrison Mahoney opnion letters. In order to provide us with a meaningful opportunity to review those documents prior to the next hearing, we ask that you provide documents (both internal to Kemper and those involving Kemper's various outside law firms, including the Tressler frim, Morrison Mahoney, Sidley Austin, and Gallagher & Gallagher) no later than November 9, 2004. In addition, we note that some of the documents already produced that predate August 2003 have been redacted and ask that your supplemental production include unredacted versions of those documents as well.

Second, with regard to the four-hour deposition of Mr. Connolly, we note that Mr. Connolly, who has agreed to be available on short notice, is based near New York and propose to proceed with his deposition in New York on November 9. I am working to establish availability for the RCAB's 30(b)(6) designee for one hour of deposition and will be back to you with a proposed date shortly.

Bryan

---

Bryan R. Diederich
T 617 951-7042
F 617 951-7050
bdiederich@ropesgray.com

**ROPES & GRAY LLP**
One International Place Boston Massachusetts 02110



EXHIBIT A