# ROBINSON & COLE LLP

NANCY M. CREMINS

One Boston Place
Boston, MA 02108-4404
Main (617) 557-5900
Fax (617) 557-5999
ncremins@rc.com
Direct (617) 557-5971

November 10, 2004

*Via Hand Delivery*

Bryan R. Diederich, Esq.
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

Re:  **RCAB v. Lumbermens Mutual Casualty Company**
     **U.S.D.C., D.Mass. Civil Action No. 04-10461 DPW**

Dear Bryan:

Enclosed please find a supplemental production of documents. These documents include communications between the law firm of Tressler, Soderstrom, Maloney & Priess and Lumbermens Mutual Casualty Company.

Please contact me with any questions.

Sincerely,

Nancy M. Cremins

Enclosures

cc:   John E. Tener, Esq. (w/o enclosures)
      Anthony R. Zelle, Esq. (w/o enclosures)

*Law Offices*
BOSTON
HARTFORD
NEW LONDON
STAMFORD
GREENWICH
NEW YORK
SARASOTA

*www.rc.com*

EXHIBIT C