```
                                                                    1

            FOR THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS


  THE ROMAN CATHOLIC ARCHBISHOP,
  OF BOSTON, A Corporation Sole,    ORIGINAL

           Plaintiff,

       vs.                          C.A. No. 04-10461-DPW

  LUMBERMENS MUTUAL CASUALTY,
  COMPANY,

           Defendant.
  _____


           The deposition of PATRICK E.
  MALONEY, taken before Renay Patterson-Sebanc,
  Certified Shorthand Reporter, Registered
  Professional Reporter, pursuant to the Federal
  Rules of Civil Procedure for the United States
  District Courts pertaining to the taking of
  depositions for the purpose of discovery at 200
  South Wacker Drive, Suite 3000, Chicago,
  Illinois, commencing at the hour of 10:54
  o'clock a.m. on the 17th day of August, A.D.
  2004.




                CAROL RABER & ASSOCIATES
                    (312) 446-6926
```

EXHIBIT D

83

1    A.    Okay.  I would say that the agreement
2 superseded portions of those policies, yes,
3 just like I said.
4    Q.    And changed the language with respect
5 to the aggregates?
6    A.    I would say superseded.  I don't
7 think the parties got that precise with it.
8    Q.    Then it's your understanding that
9 that was a knowing --
10   A.    Yes.
11   Q.    -- willing change on the part of the
12 Archdiocese?
13   A.    It was a knowing position of the
14 Archdiocese.
15   Q.    It was a knowing change -- knowing
16 that it was superseding the language of the
17 policies?
18   A.    No.  I don't think they knew that
19 they were superseding.  Nobody was trying to
20 concentrate to that extent.  They knew what
21 they were agreeing to.
22   Q.    Did you know that the Archdiocese did
23 not have copies of those policies prior to
24 prior to 2000?