# EXHIBIT 2

Case 1:04-cv-10461-DPW    Document 75-3    Filed 11/12/2004    Page 1 of 3

08/17/2004  14:16  7815452497           ST CABRINI CHURCH                    PAGE 02



ARCHDIOCESE OF BOSTON
2121 COMMONWEALTH AVENUE
BRIGHTON, MASSACHUSETTS 02135-3193
(617) 254-0100   FAX: (617) 746-5421

OFFICE OF RISK MANAGEMENT AND INSURANCE

July 19, 2004

Rev. Paul V. MacDonald
St. Frances Xavier Cabrini Parish
Hood Road
Scituate, MA 02066-2117

Dear Rev. MacDonald:

As you are aware, the Office of Risk Management and Archdiocesan counsel are currently attempting to obtain as much information and verification as possible relative to insurance coverage that had been in effect during the period of 1944 through 1984. As I am sure you understand, obtaining documentation relative to those time frames can be very difficult.

We are now expanding our search for records to include any records that may have been maintained at the parish level. Accordingly, it is vitally important that you conduct an immediate review of your files to determine whether the parish has any records from the period of 1944 through 1984 concerning insurance. Records which would be helpful include, but are not limited to, the following:

1. Copies of insurance policies;

2. Invoices from the Chancery Insurance Office or Chancellor's Office;

3. Checks issued to the Chancery Insurance Office;

4. Correspondence between your institution and the Chancery Insurance Office or Chancellor's Office concerning insurance matters;

5. Any files relating to claims brought against your institution with respect to the period 1944 through 1984;

6. Correspondence with the James S. Kemper, Inc., insurance brokerage agency, the Associated Mutuals Agency, the Kemper Insurance Companies, Lumbermens Mutual Casualty Company, Kaler, Carney, Liffler & Co. Insurance, or General Accident Fire and Life Assurance Corporation; and/or

7. Insurance certificates obtained by the institution for the period 1944-1984.

RCA 15000229

Any records that you may locate with respect to insurance during this period must be forwarded immediately to:

> Paul B. Galvani, Esq.
> Ropes & Gray LLP
> One International Place
> Boston, MA 02110.

The search must be completed, and any documents forwarded, as soon as possible but no later than Friday, July 23, 2004. If your search for records is not productive, you must return a signed copy of this letter via facsimile to 617-746-5421, stating the date of your search and the fact that it was not productive. The parishes that have not returned the acknowledgment form will begin receiving follow-up telephone calls from our office on Monday, July 26.

Your efforts and anticipated cooperation are greatly appreciated.

Sincerely,

Joseph F. McEnness
Director

JFM/dpr

REDACTED

RCA 15000230