# EXHIBIT 3



**ARCHDIOCESE OF BOSTON**
2121 COMMONWEALTH AVENUE
BRIGHTON, MASSACHUSETTS 02135-3193
(617) 254-0100    FAX: (617) 746-5421

OFFICE OF RISK MANAGEMENT AND INSURANCE

July 16, 2004

Hospital Chaplain (Fernald Sch. Waltham)
200 Trapelo Road
Waltham, MA 02154

Dear Administrator:

As you may be aware, the Archdiocese of Boston Office of Risk Management in conjunction with Archdiocesan counsel are currently attempting to obtain as much information and verification as possible relative to insurance coverage that had been in effect during the period of 1944 through 1984. As I am sure you understand, obtaining documentation relative to those time frames can be very difficult.

We are now expanding our search for records to include any records that may have been maintained locally by Institutional participants in any of our insurance programs. Accordingly, I would ask that you conduct a review of your files to determine whether the your institution has any records from the period of 1944 through 1984 concerning insurance. Records which would be helpful include, but are not limited to, the following:

1. copies of insurance policies;

2. invoices from the Chancery Insurance Office or Chancellor's Office;

3. checks issued to the Chancery Insurance Office;

4. correspondence between your institution and the Chancery Insurance Office or Chancellor's Office concerning insurance matters;

5. any files relating to claims brought against your institution with respect to the period 1944 through 1984;

6. correspondence with the James S. Kemper, Inc., insurance brokerage agency, the Associated Mutuals Agency, the Kemper Insurance Companies, Lumbermens Mutual Casualty Company, Kaler, Carney, Liffler & Co. Insurance, or General Accident Fire and Life Assurance Corporation; and/or

7. insurance certificates obtained by the institution for the period 1944-1984.

1

RCA 15000227

Any records that you may locate with respect to insurance during this period should be forwarded immediately to:

>   Paul B. Galvani, Esq.
>   Ropes & Gray LLP
>   One International Place
>   Boston, MA 02110.

Due to the important nature of this information, I would ask that your search be conducted as soon as possible, and preferably prior to Friday, July 23, 2004. In order to track this effort, I would also ask that in the event you are unable to locate any such records, you return via facsimile (617-746-5421) to my attention, an initialed copy of this letter noting that no documents were located.

With appreciation for your anticipated assistance and efforts, I remain,

Sincerely yours,

Joseph F. McEnness
Director

**REDACTED**

JFM/dpr