Cimini, Kate

-----Original Message-----
**From:** Zelle, Tony R. [mailto:tzelle@rc.com]
**Sent:** Monday, November 01, 2004 3:16 PM
**To:** Diederich, Bryan R.
**Subject:** Sidley & Austin Subpoena

Bryan:

I have reviewed the documents from the Sidley & Austin files that were prepared prior to July 23, 2003 and there are no documents that fall within the scope of discovery permitted by the court's October 28, 2004 ruling.

With respect to the Tressler Soderstrom files, although a number of documents have been provided to us and were listed on the privilege log, we feel that a more comprehensive review and production can be achieved by the Tressler firm itself and we have asked them to commence that review. However, the responsive documents will not be produced by November 9. The court did not order their production prior to the November 17th hearing, presumably because Judge Woodlock recognized that the coverage issues addressed in the Morrison, Mahoney & Miller coverage opinions have no bearing on the Phase I issues.

If there are any other documents concerning the issues addressed in the Morrison, Mahoney & Miller coverage opinions, whether prepared by the Morrison firm, Gallagher & Gallagher, or anyone else, we will provide them to you as soon as possible.

Best regards,

**Anthony R. Zelle** 

Robinson & Cole LLP
One Boston Place
Boston, MA 02108-4404
Direct (617) 557-5937 | Fax (617) 557-5999
tzelle@rc.com | www.rc.com
Bio | Contact Card

ROBINSON & COLE LLP
Boston  New London  Hartford  Stamford  Greenwich  New York  Sarasota

    -----Original Message-----
    **From:** Diederich, Bryan R. [mailto:BDiederich@ropesgray.com]
    **Sent:** Monday, November 01, 2004 12:57 PM
    **To:** jtener@rc.com
    **Cc:** Cataudella, Mary L.; Zelle, Tony R.; McDonough, Brian P.
    **Subject:**

    Dear John,

    I write to follow up on issues raised in the wake of last week's hearing. First, the Court has ordered the production of documents prior to August 2003 that touch on the topics covered in the Morrison Mahoney opnion letters. In order to provide us with a meaningful opportunity to review those documents prior to the next hearing, we ask that you provide


EXHIBIT A

documents (both internal to Kemper and those involving Kemper's various outside law firms, including the Tressler frim, Morrison Mahoney, Sidley Austin, and Gallagher & Gallagher) no later than November 9, 2004. In addition, we note that some of the documents already produced that predate August 2003 have been redacted and ask that your supplemental production include unredacted versions of those documents as well.

Second, with regard to the four-hour deposition of Mr. Connolly, we note that Mr. Connolly, who has agreed to be available on short notice, is based near New York and propose to proceed with his deposition in New York on November 9. I am working to establish availability for the RCAB's 30(b)(6) designee for one hour of deposition and will be back to you with a proposed date shortly.

Bryan

_____
Bryan R. Diederich
T 617 951-7042
F 617 951-7050
bdiederich@ropesgray.com

**ROPES & GRAY LLP**
One International Place Boston Massachusetts 02110

---

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-275-8200, or e-mail at it@rc.com and immediately delete this message and all its attachments.

---