# SIDLEY AUSTIN BROWN & WOOD LLP

| | | |
|---|---|---|
| BEIJING | BANK ONE PLAZA | LOS ANGELES |
| BRUSSELS | 10 S. DEARBORN STREET | NEW YORK |
| CHICAGO | CHICAGO, ILLINOIS 60603 | SAN FRANCISCO |
| DALLAS | TELEPHONE 312 853 7000 | SHANGHAI |
| GENEVA | FACSIMILE 312 853 7036 | SINGAPORE |
| HONG KONG | www.sidley.com | TOKYO |
| LONDON | FOUNDED 1866 | WASHINGTON, D.C. |

WRITER'S DIRECT NUMBER
(312) 853-7463

WRITER'S E-MAIL ADDRESS
jwexler@sidley.com

November 3, 2004

**BY: FACSIMILE & U.S. MAIL**
Kate Cimini
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
Fax #: 617-951-7050

Re:   The Roman Catholic Archbishop of Boston v. Lumbermens Mutual Casualty Company, 04-10461-DPW -- Third Party Subpoena to Sidley Austin Brown & Wood LLP Dated October 29, 2004

Dear Ms. Cimini:

Please consider this letter to be the written objections of Sidley Austin Brown & Wood LLP ("SABW") to the subpoena dated October 29, 2004, which seeks documents relating to legal advice that SABW provided to its client, Lumbermens Mutual Casualty Company ("Lumbermens") related to the primary and excess policies issued by Lumbermens to the Roman Catholic Archbishop of Boston ("RCAB"). These written objections are provided pursuant to Fed. R. Civ. P. 45(c)(2)(B).

SABW objects to the subpoena as follows:

(1) SABW has advised Lumbermens respecting its legal rights and obligations under its *reinsurance* contracts. The subpoena calls for the production of "[a]ll documents relating to any opinion or advice given to Lumbermens Mutual Casualty Company and/or Kemper Insurance Companies," and thus on its face seeks documents that are plainly protected by the attorney-client privilege.

(2) To the extent non-privileged documents are arguably called for in the subpoena, the request is duplicative of requests that have already been served upon Lumbermens in the litigation in Massachusetts.

(3) Given the above objections, the subpoena imposes undue burden and expense on SABW under Fed. R. Civ. P. 45.

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOO

EXHIBIT C

SIDLEY AUSTIN BROWN & WOOD LLP                              CHICAGO

Kate Cimini
November 3, 2004
Page 2

      Notwithstanding, and without waiving each of the preceding objections, SABW hereby answers the subpoena by stating that it has no documents responsive to the requests in Exhibit A of the subpoena.

      If you have any questions, please feel free to give me a call at (312) 853-7463 or you can contact William Sneed at (312) 853-7899.

Very truly yours,

J. Randal Wexler

cc:    William M. Sneed
        John Tener

CH1 3085266v1