**Cimini, Kate**

-----Original Message-----
**From:**     Galvani, Paul B.
**Sent:**     Tuesday, November 09, 2004 8:25 AM
**To:**       'Tener, John E.'; 'Zelle, Tony R.'
**Subject:**

Will you please advise me as to when we will receive the documents that you must produce by virtue of the Judge's ruling on waiver of the privilege? I include not only documents in the possession of outside counsel, but in the possession of LMC itself. These must be produced in time for Friday's supplemental submission. If you refuse to so produce them, I shall pursue all appropriate relief.



EXHIBIT D

1