## Cimini, Kate

| | |
|---|---|
| **From:** | Diederich, Bryan R. |
| **Sent:** | Wednesday, November 10, 2004 5:45 PM |
| **To:** | 'Cremins, Nancy' |
| **Cc:** | Cimini, Kate; Galvani, Paul B.; Hannigan, Thomas H. Jr.; Zelle, Tony R.; McDonough, Brian P.; Tener, John E.; 'Cataudella, Mary L.' |
| **Subject:** | FW: RCAB v. LMC |

Nancy,

Further to my previous email, we have now received the additional documents. I am confused by your cover letter. Are these the documents that were retrieved from the review of the Tressler files that Tony mentioned earlier this week, or the fruit of some other review? Also, have you undertaken a review of LMC's internal files for documents responsive to the Judge's order? Finally, as I mentioned in a prior email, we initially received a number of documents from LMC in a redacted form. Will we be receiving unredacted versions of those documents?

Thanks,

Bryan

-----Original Message-----
**From:** Diederich, Bryan R.
**Sent:** Wednesday, November 10, 2004 1:34 PM
**To:** 'Cremins, Nancy'
**Cc:** Cimini, Kate; Galvani, Paul B.
**Subject:** RE: RCAB v. LMC

Nancy,

Thank you for your letter. For planning purposes, could you please let us know what documents you are producing today?

Thanks,

Bryan

> -----Original Message-----
> **From:** Cremins, Nancy [mailto:NCremins@rc.com]
> **Sent:** Tuesday, November 09, 2004 5:12 PM
> **To:** Diederich, Bryan R.
> **Subject:** RCAB v. LMC
>
> Please see attached correspondence.
>
> 
>
> **Nancy M. Cremins**
>
> Robinson & Cole LLP
> One Boston Place
> Boston, MA 02108-4404
> Direct (617) 557-5971 | Fax (617) 557-5999
> ncremins@rc.com | www.rc.com
> Bio | Contact Card

ROBINSON & COLE



EXHIBIT
E

11/12/2004

Boston  New London  Hartford  Stamford  Greenwich  New York  Sarasota

---
This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-275-8200, or e-mail at it@rc.com and immediately delete this message and all its attachments.

---