UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br>　　　　　Defendant. | C.A.04-10461-DPW |

## LUMBERMENS MUTUAL CASUALTY COMPANY'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION TO STRIKE THE AFFIDAVIT OF DENNIS CONNOLLY

Defendant Lumbermens Mutual Casualty Company ("LMC") submits this supplemental memorandum in support of its motion to strike the expert affidavit of Dennis Connolly ("Connolly") which the Roman Catholic Archbishop of Boston, A Corporation Sole (the "RCAB"), filed in support of its Motion for Summary Judgment. In support of this Motion, LMC states it recently deposed Connolly and, because he has no personal knowledge about the terms and conditions of the policies which LMC allegedly issued to the RCAB, he is simply not competent to testify that prior to 1974, LMC issued general liability policies to the RCAB which would have included Standard ISO Policy Forms. Connolly acknowledged in his deposition that he has never worked for LMC. (See Connolly Deposition Transcript, (hereafter "Connolly Tr.") attached hereto as Exhibit A, 11:12-16.) In addition, Connolly testified that he has never reviewed any policies or declaration pages for policies issued prior to 1974. (Connolly Tr., 54:23- 55:13.) Furthermore, Connolly testified that he has no personal knowledge regarding the limits of liability for that period of time. (Connolly Tr., 40:8 – 42:5.) For these reasons, as well as those set forth in LMC's initial Motion to Strike, LMC

requests that this Court strike Connolly's affidavit.

Respectfully submitted,

LUMBERMENS MUTUAL
CASUALTY COMPANY

By its counsel,

*/s/ Anthony R. Zelle*

---

John E. Tener, BBO No. 563791
Anthony R. Zelle, BBO No. 548141
Mary L. Cataudella, BBO No. 553350
Brian P. McDonough, BBO No. 637999
Nancy M. Cremins, BBO No. 658932
ROBINSON & COLE LLP
One Boston Place
Boston, MA 02108
(617) 557-5900

Dated: November 12, 2004

## Local Rule 7.1(A)(2) Certificate

I, Nancy M. Cremins, attorney for defendant Lumbermens Mutual Casualty Company in the above captioned matter, hereby certify that on November 11, 2004, I conferred with counsel for the plaintiff regarding the subject of the within motion and that we attempted in good faith to resolve or narrow the issues raised by the instant motion.

/s/ Nancy M. Cremins
Nancy M. Cremins
