UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------
THE ROMAN CATHOLIC ARCHBISHOP
OF BOSTON, A CORPORATION SOLE,

                Plaintiff,                Civil Action No. 04-10461-DPW
v.

LUMBERMENS MUTUAL CASUALTY
COMPANY,

                Defendant.
------------------------------
```

## LUMBERMENS MUTUAL CASUALTY COMPANY'S MOTION FOR LEAVE TO SUPPLEMENT THE RECORD ON ITS OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Lumbermens Mutual Casualty Company ("LMC") moves for leave to supplement the record on its pending Opposition to the Roman Catholic Archbishop of Boston, a Corporation Sole's (the "RCAB") Motion for Partial Summary Judgment to respond to the concern raised by the Court at the hearing that took place on October 28, 2004. Specifically, the supplemental affidavit further establishes Mary Kay Reardon's personal involvement in LMC's handling of the RCAB's claims. (Supplemental Reardon Affidavit attached hereto as Exhibit A.) The supplemental affidavit reiterates Ms. Reardon's deposition testimony that she was directly

involved with the RCAB claims between 1996 and 2004. (Reardon Tr., 21:7- 22:2, 190:5-7, 378:9-18).

> Respectfully submitted,
>
> LUMBERMENS MUTUAL
> CASUALTY COMPANY
>
> By its counsel,
>
>   /s/ Anthony R. Zelle
> John E. Tener, BBO No. 563791
> Anthony R. Zelle, BBO No. 548141
> Mary L. Cataudella, BBO No. 553350
> Brian P. McDonough, BBO No. 637999
> Nancy M. Cremins, BBO No. 658932
> ROBINSON & COLE LLP
> One Boston Place
> Boston, MA 02108
> (617) 557-5900

Dated: November 12, 2004

### Local Rule 7.1(A)(2) Certificate

I, Nancy M. Cremins, attorney for defendant Lumbermens Mutual Casualty Company in the above captioned matter, hereby certify that on November 11, 2004, I conferred with counsel for the plaintiff regarding the subject of the within motion and that we attempted in good faith to resolve or narrow the issues raised by the instant motion.

>   /s/ Nancy M. Cremins
> Nancy M. Cremins

2