# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

THE ROMAN CATHOLIC ARCHBISHOP
OF BOSTON, A CORPORATION SOLE,

　　　　Plaintiff,

v.

LUMBERMENS MUTUAL CASUALTY
COMPANY,

　　　　Defendant.

---

Civil Action No. 04-10461-DPW

## SUPPLEMENTAL AFFIDAVIT OF MARY KAY REARDON

I, Mary Kay Reardon, affirm as follows:

1. I am Director of Corporate Claims for Lumbermens Mutual Casualty Company ("LMC").

2. I provide the information contained herein upon my personal knowledge.

3. From late 1996 through 2004, in my capacity as Director of Claims, I was personally responsible for oversight of LMC's handling of clergy sexual abuse claims against the Roman Catholic Archdiocese of Boston, A Corporation Sole (the "RCAB"), and its personnel.

4. During that timeframe, incident to the responsibilities of my position, I had full authority to direct LMC's handling of these claims, including the initiation declaratory actions whenever, in my professional judgment, the facts and circumstances known to me warranted doing so.

Signed under the pains and penalties of perjury this 10 day of November, 2004.

　　　　　　　　　　　　　　　　　　　*/s/ Mary Kay Reardon*
　　　　　　　　　　　　　　　　　　　Mary Kay Reardon