UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

THE ROMAN CATHOLIC ARCHBISHOP
OF BOSTON, A CORPORATION SOLE,

        Plaintiff,

v.

LUMBERMENS MUTUAL CASUALTY
COMPANY,

        Defendant.

Civil Action No. 04-10461-DPW

---

## SUPPLEMENTAL TRANSMITTAL AFFIDAVIT OF BRIAN P. MCDONOUGH

I, Brian P. McDonough, affirm as follows:

1. I am an attorney at the law firm of Robinson & Cole LLP, counsel to Lumbermens Mutual Casualty Company in the captioned matter. I submit this affidavit for the purpose of verifying the following:

2. Tab 1 to Lumbermens Mutual Casualty Company's Supplemental Brief in Opposition to Plaintiff's Motion for Partial Summary Judgment ("Supplemental Brief") comprises true and accurate copies of excerpts from the deposition transcript of Joseph F. McEnness (as Rule 30(b)(6) designee of the Roman Catholic Archdiocese of Boston, A Corporation Sole ("RCAB")).

3 Tabs 2 and 3 to Lumbermens Mutual Casualty Company's Supplemental Brief comprise true and accurate copies of certain documents produced by the RCAB.

4. Exhibit A to Lumbermens Mutual Casualty Company's Supplemental Memorandum in Support of Its Motion to Strike the Affidavit of Dennis Connolly comprises true and accurate

copies of excerpts from the deposition transcript of Dennis Connolly.

Signed under the pains and penalties of perjury this 12th day of November, 2004.

/s/Brian P. McDonough
Brian P. McDonough