

COV A  300,000 ea OCC  300,000 AGGR
COV B  100,000 ea OCC  100,000 AGGR
MED PAY HAS 5000 EACH PERSON
25000 EACH ACCIDENT

NO POLICY INFORMATION PRIOR TO THIS ONE.



EXHIBIT
C

LM 0168695