COPY    Vol. 1 - 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10461-DPW

THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON,
a Corporation sole,
            Plaintiff,

vs.

LUMBERMEN'S MUTUAL CASUALTY COMPANY,
            Defendant.


DEPOSITION OF PAUL J. FALLON, taken pursuant to Notice under the applicable provisions of the Federal Rules of Civil Procedure on behalf of the Defendant, before Simonne J. Elwood, R.P.R. and a Notary Public in and for the Commonwealth of Massachusetts, at the office of Robinson & Cole, LLP, One Boston Place, Boston, Massachusetts, commencing on Thursday, September 2, 2004 at 10:02 a.m.


NEAL A. SALLOWAY - COURT REPORTERS
FIVE CARDIGAN ROAD
WEST PEABODY, MA 01960
781-581-3993 - 978-535-0313 - FAX 978-536-3142

EXHIBIT D

Vol. 1 - 47

P. FALLON

| | | |
|---|---|---|
| 1 | Q | How were you involved in the efforts to |
| 2 | | locate policy information? |
| 3 | A | I asked our people in the archives to make a |
| 4 | | diligent search. I went through boxes upon |
| 5 | | boxes of folders in one of the basements of |
| 6 | | the chancery buildings and asking the |
| 7 | | brokerage if they had any information, |
| 8 | | correspondence and whatever, you know. |
| 9 | Q | Did you ask people at the parishes? |
| 10 | A | If the occasion came up, if they had any |
| 11 | | information concerning coverage. |
| 12 | Q | What did you ask them? |
| 13 | A | Did they know of what coverage was in |
| 14 | | existence. |
| 15 | Q | What did -- What information did you get |
| 16 | | through those channels? |
| 17 | A | They couldn't recall. |
| 18 | Q | Did you ask the parishes to look for |
| 19 | | documents? |
| 20 | A | Yes. |
| 21 | Q | And did they find anything? |
| 22 | A | No, not that I'm aware of. |
| 23 | Q | Let me show you what's been marked as Exhibit |