| POLICY PERIOD | ARCHDIOCESE OF BOSTON MARCH POLICY (3/31 - 3/31) AGGREGATE BALANCES AS OF 12/1/97 ||||| ARCHDIOCESE OF BOSTON SEPTEMBER POLICY (9/23 - 9/23) AGGREGATE BALANCES AS OF 12/1/97 ||||| ARCHDIOCESE OF BOSTON EXCESS POLICY (9/23 - 9/23) AGGREGATE BALANCES AS OF 12/1/97 ||||| TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OPEN CLAIMS | POLICY NUMBER | RES | BALANCE | | OPEN CLAIMS | POLICY NUMBER | RES | BALANCE | | OPEN CLAIMS | POLICY NUMBER | RES | BALANCE | | |
| 64-65 | 4 | 4 LL 64263 A | 30,000 | 180,000 | | | | | | | | | | | | 180,000 |
| 65-66 | 2 | 5 LL 64263 A | 500,000 | 0 | | | | | | | | | | | | 0 |
| 66-67 | 1 | 6 LL 64263 A | 10,000 | 54,700 | | | | | | | | | | | | 54,700 |
| 67-68 | 2 | 7 LL 64263 A | 300,000 | 211,045 | | | | | | | | | | | | 211,045 |
| 68-69 | 4 | 8 LL 64263 A | 451,000 | 231,500 | | | | | | | | | | | | 231,500 |
| 69-70 | 3 | 9 LL 64263 A | 320,000 | 163,050 | | | | | | | | | | | | 163,050 |
| 70-71 | 2 | 0 LL 64263 A | 250,000 | 77,699 | | | | | | | | | | | | 77,699 |
| 71-72 | 0 | 1 YL 757500 | | 17,545 | | 0 | 1 YL 64706 | | 43,382 | | | | | | | 60,927 |
| 72-73 | 1 | 2 YL 757500 | 100,000 | (51,300) | | 1 | 2 YL 64706 | 350,000 | (45,973) | | | | | | | (97,273) |
| 73-74 | 0 | 3 YL 757500 | | 29,152 | | 0 | 3 YL 64706 | | 53,407 | | | | | | | 82,559 |
| 74-75 | 1 | 4 YL 757500 | 100,000 | 13,856 | | 0 | 4 YL 64706 | | (46,274) | | | | | | | (32,418) |
| 75-76 | 0 | 5 YL 757500 | | 19,280 | | 0 | 5 YL 64706 | | 1,856 | | | | | | | 21,136 |
| 76-77 | 0 | 6 YL 757500 | | 67,901 | | 0 | 6 YL 64706 | | 10,823 | | | | | | | 78,724 |
| 77-78 | 1 | 7 YL 757500 | 20,000 | (26,218) | | 10 | 7 YL 64706 | 500,000 | 112,866 | | 0 | 7 SX 002269 | | 5,000,000 | | 5,086,648 |
| 78-79 | 1 | 8 YL 757500 | 200,000 | 18,392 | | 0 | 8 YL 64706 | | 39,997 | | 0 | 8 SX 002269 | | 5,000,000 | | 5,058,389 |
| 79-80 | 0 | 9 YL 757500 | | 120,703 | | 0 | 9 YL 64706 | | 72,006 | | 1 | 9 SX 002269 | 150,000 | 5,000,000 | | 5,192,709 |
| 80-81 | 0 | 0 YL 757500-00 | | 84,129 | | 1 | 0 YL 64706-00 | 250,000 | 192,196 | | 1 | 0 SX 002269-00 | 150,000 | 10,000,000 | | 10,276,325 |
| 81-82 | 0 | 0 YL 757500-01 | | (202,088) | | 0 | 0 YL 64706-01 | | (169,426) | | 0 | 0 SX 002269-01 | | 9,627,906 | | 9,627,906 |
| 82-83 | 0 | 0 YL 757500-02 | | 45,467 | | 2 | 0 YL 64706-02 | 260,000 | 183,082 | | 0 | 0 SX 002269-02 | | 2,000,000 | | 2,228,549 |

Handwritten annotations:
- 2,104,000 1,384,119
- 1,360,00 517,368
- TOTAL BALANCE 1,900,487
- TOTAL RESERVES 3,461,000

EXHIBIT E

EXHIBIT 10 7/27/04 Reardon

LM 0018428