**CHANCERY**
ARCHDIOCESE OF BOSTON
2121 COMMONWEALTH AVENUE
BRIGHTON, MASSACHUSETTS 02135

*Liability Insurance*

December 20, 1971

OFFICE OF THE CHANCELLOR

Reverend and dear Father:

    Due to a General Court ruling on September 16, 1971, calling for radical changes in the Charitable Immunity Leglislation, the Archbishop requested that Comprehensive General Liability insurance be bound on all parish properties. This coverage was deemed absolutely necessary in order to provide adequate protection against any suits that might arise in the future, given the fact that the immunity of charitable institutions from liability was erased by the Legislature.

    The Kemper Insurance Group is now in the process of preparing a separate Certificate of Insurance for each of the 400 odd locations involved. These certificates will be issued for a period of three years on an annual Deposit Premium basis. Later, when the inspection of each location is completed, a special policy will be substituted for these initial certificates.

    We have estimated that the initial Deposit Premium for each location will be approximately $200. This is an arbitrary figure and was developed from a number of recent inspections which were performed for the specific purpose of establishing an initial Deposit Premium that we could use as an average. Naturally, this will be high for some locations and low for others; however, we do expect the correct premium adjustment for each location within a six months period.

    In view of the fact that the many necessary inspections for all the locations are about to begin, we wish to advise you that an inspector, bearing a Lumbermens Mutual Casualty Insurance Company card, will be visiting your premises in the next three months. Kindly extend to this inspector such access to your property as may be required and, if possible, have the original building plans available for his scrutiny.

    Thanking you for your cooperation in this important matter, and with kindest personal regards, I remain

                            Sincerely yours in Christ,

                            (Rev.Msgr.) Thomas J. Finnegan, Jr.,
                                      Chancellor.

EXHIBIT F

RCA14000314