COPY

1

```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2   ------------------------------------------------

 3   ROMAN CATHOLIC ARCHBISHOP OF
     BOSTON, a Corporation Sole,
 4
                 Plaintiff,
 5
            - against -
 6
     LUMBERMENS MUTUAL CASUALTY COMPANY,
 7
                 Defendant.
 8   ------------------------------------------------

 9

10          Deposition of Defendant, Lumbermens Mutual

11   Casualty Company, by its agent, employee or

12   representative, **CHRISTINE ZINOMAN**, taken pursuant to

13   Notice of Examination, held on Friday, August 27,

14   2004, commencing at 12:00 p.m., at the Desmond Hotel

15   and Conference Center, Albany, New York, before Marion

16   J. Eagan, a Shorthand Reporter and Notary Public of

17   the State of New York.

18

19

20

21

22

23
```

EXHIBIT D

1    A.    No, I can't.

2    Q.    Why not?

3    A.    Other than the declaration page, this is
4  not a certified copy of the policy.

5    Q.    So, you're saying the aggregates are
6  contained in a part of the policy that we do not have?

7    A.    I do not know that.  This is not a
8  certified copy of the policy.  This is a copy of an
9  underwriting daily.

10   Q.    But you never had certified copies of the
11 policies?

12   A.    Correct.  The declaration page, which is
13 designated as LM 0017923 at the top of the page, it
14 gives the limits of liability of $300,000 for bodily
15 injury liability with each occurrence, for each
16 occurrence, and a $300,000 aggregate.

17   Q.    And do you see the language that is
18 directly above those numbers?

19   A.    Yes.

20   Q.    Could you read that for me, please?

21   A.    "The insurance afforded under this coverage
22 part is only with respect to such of the following
23 coverages as are indicated by entry of specific

```
 1  advance premium in the schedule.  The limit of the
 2  company's liability against each coverage shall be
 3  stated herein, subject to all of the terms of the
 4  policy having reference thereto."
 5      Q.    Are you saying that this section where it
 6  says coverage A, bodily injury liability $300,000 per
 7  occurrence, $300,000 aggregate, is what you relied on?
 8      A.    No.
 9      Q.    What did you rely on?
10      A.    The information I believe that I relied on
11  was the information on the declaration page in
12  conjunction with information provided by the Stat
13  Actuarial department.
14      Q.    So, it was partially this section right
15  here?
16      A.    The declaration page, correct.
17      Q.    And partially information from Stat
18  Actuarial?
19      A.    Correct.
20      Q.    That sentence that you just read where it
21  says that this limit of liability is subject to all of
22  the terms of the policy --
23      A.    Yes.
```