**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE, Plaintiff, v. LUMBERMENS MUTUAL CASUALTY COMPANY, Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A.04-10461-DPW |

**DEFENDANT LUMBERMENS MUTUAL CASUALTY
COMPANY'S REQUEST FOR SCHEDULING CONFERENCE
AND PROPOSED SCHEDULING ORDER**

Pursuant to Local Rule 16.1, defendant Lumbermens Mutual Casualty Company

("LMC"), requests a Scheduling Conference and submits for the Court's consideration Proposed

Subjects for Discovery and a Proposed Scheduling Order attached hereto. Pursuant to Local

Rule 7.1, counsel for the parties have conferred in good faith regarding a scheduling order, but

have not reached agreement.

Respectfully submitted,

LUMBERMENS MUTUAL CASUALTY
COMPANY

By its attorneys,
ROBINSON & COLE LLP


    /s/ Anthony R. Zelle
John E. Tener, BBO No. 563791
Mary L. Cataudella, BBO No. 553350
Anthony R. Zelle, BBO No. 548141
Brian P. McDonough, BBO No. 637999
Nancy M. Cremins, BBO No. 658932
Robinson & Cole LLP
One Boston Place
Boston, Massachusetts 02108
(617) 557-5900

November 17, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE ROMAN CATHOLIC                      )
ARCHBISHOP OF BOSTON,                   )
A CORPORATION SOLE,                     )
                    Plaintiff,          )
                                        )
                              v.        )        C.A.04-10461-DPW
                                        )
LUMBERMENS MUTUAL                       )
CASUALTY COMPANY,                       )
                    Defendant.          )

**DEFENDANT'S PHASE II SCHEDULING ORDER**

Phase I of discovery was designed to establish the existence of policies and the terms and conditions of policies. The next phase of discovery will focus on the application of the terms and conditions to the underlying claims. The knowledge and conduct of the Roman Catholic Archbishop of Boston, A Corporation Sole (the "RCAB") in connection with the sexual abuse claims will establish whether the RCAB is entitled to further coverage and whether LMC is entitled to recover sums it has previously paid.

To this end, discovery in the next phase will include, *inter alia*, the RCAB's knowledge and conduct, dating back to at least the 1960s, of the perpetrator priests' conduct which gave rise to the sexual abuse claims. In addition, as explained in some detail in *The Attorney General's Report on the Sexual Abuse of Children in the Roman Catholic Archdiocese of Boston*, discovery will focus in part on the RCAB's concealment of the sexual abuse of children by its priests, as it relates to the LMC policies' notice requirements, its mitigation and other requirements set forth in the cooperation provision, and the limitation of coverage to "accidents" which are not "expected or intended" by the insured. The coverage issues and the issues presented in LMC's

3

counterclaim will require the depositions of a great number of witnesses and will require the

RCAB to produce a great number of documents.  Accordingly, LMC respectfully submits the

following proposed schedule:

| | |
|---|---|
| January 28, 2005 | Deadline for Rule 26(a)(1)(A) and 26(a)(1)(B) Initial Disclosures (to the extent that the RCAB has limited its previous disclosure to Phase I issues) |
| February 11, 2005 | Deadline for Plaintiff's and Defendant's Service of Interrogatories and Request for Production of Documents |
| March 25, 2005 | Deadline for Plaintiff's and Defendant's Responses to Interrogatories and Request for Production of Documents |
| September 1, 2005 | Deadline for Completion of Plaintiff's and Defendant's Depositions of Fact Witnesses |
| September 15, 2005 | Deadline for Plaintiff's Designation of Expert Witnesses, Rule 26(a)(2) Expert Reports and List of Documents Relied Upon |
| October 30, 2005 | Deadline for Defendant's Designation of Expert Witnesses, Rule 26(a)(2) Expert Reports and List of Documents Relied Upon |
| December 15, 2005 | Deadline for Completion of Plaintiff's and Defendant's Experts' Depositions |

4

Respectfully submitted,

LUMBERMENS MUTUAL CASUALTY
COMPANY

By its attorneys,
ROBINSON & COLE LLP


    /s/ Anthony R. Zelle
John E. Tener, BBO No. 563791
Mary L. Cataudella, BBO No. 553350
Anthony R. Zelle, BBO No. 548141
Brian P. McDonough, BBO No. 637999
Nancy M. Cremins, BBO No. 658932
Robinson & Cole LLP
One Boston Place
Boston, Massachusetts 02108
(617) 557-5900

November 17, 2004

## Local Rule 7.1(A)(2) Certificate

I, Nancy M. Cremins, attorney for defendant Lumbermens Mutual Casualty Company in the above captioned matter, hereby certify that I sent counsel for the plaintiff a letter dated November 2, 2004 regarding the subject of the within motion. Counsel for plaintiff responded in a letter dated November 11, 2004 indicating that the parties were unable in good faith to resolve or narrow the issues raised by the instant motion.


    /s/ Nancy M. Cremins
Nancy M. Cremins