# EXHIBIT A



ROPES & GRAY LLP

ONE INTERNATIONAL PLACE    BOSTON, MA 02110-2624    617-951-7000    F 617-951-7050

BOSTON    NEW YORK    SAN FRANCISCO    WASHINGTON, DC

October 20, 2004

Paul B. Galvani
(617) 951-7543
pgalvani@ropesgray.com

Anthony R. Zelle, Esq.
Robinson & Cole LLP
One Boston Place
Boston, MA 02108-4404

Dear Tony:

This is in response to your letter of October 15. While I share your desire to continue apace with this litigation, it seems to me to be premature to start discovery on Phase II. Both the scope and timing of discovery on Phase II, I assume, will be addressed by the Court next week. We should await his orders.

Very truly yours,

Paul

Paul B. Galvani

PBG:kdr

cc:    John E. Tener, Esq.

9564166_1