# EXHIBIT B



ROPES & GRAY LLP

ONE INTERNATIONAL PLACE    BOSTON, MA 02110-2624    617-951-7000    F 617-951-7050

BOSTON    NEW YORK    SAN FRANCISCO    WASHINGTON, DC

November 17, 2004

Paul B. Galvani
(617) 951-7543
pgalvani@ropesgray.com

**BY HAND**

Anthony R. Zelle, Esq.
Robinson & Cole LLP
One Boston Place
Boston, Mass. 02108-4404

Re: The Roman Catholic Archbishop of Boston, a Corporation Sole v.
    Lumbermens Mutual Casualty Co., No. 04-10461 DPW

Dear Mr. Zelle:

I write in response to your letter of October 15, 2004 enclosing a document request. As you know, the Court deferred Phase II discovery until after he has addressed Phase I motions. Accordingly, as previously noted, your request is premature. We believe that commencing Phase II discovery without the Court's guidance as to what issues warrant such discovery is premature, wasteful, and inconsistent with the Court's approach to the case. Moreover, many of your requests in fact relate to Phase I and are tardy, while the balance seek irrelevant information or are overly broad and burdensome.

Very truly yours,

Paul B. Galvani

Paul B. Galvani

PBG:kdr

9586364_1