UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON,
(RCAB), a Corporation Sole,
    Plaintiff

CIVIL ACTION NO. 04-10461-DPW

v.

LUMBERMENS MUTUAL CASUALTY CORP.,
   Defendant

## AMENDED SCHEDULING ORDER RE: PHASE II DISCOVERY

WOODLOCK, D.J.

    This Order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

    The above-entitled action having been heard on November 23, 2004 it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

(1) Phase II discovery is to be completed by **APRIL 1, 2005** unless shortened or enlarged by Order of this Court;

(2) Defendant shall serve interrogatories by **DECEMBER 10, 2004**, Plaintiff's response by **JANUARY 7, 2005**;

(3) Defendant is limited to 15 depositions; deposition notices by **JANUARY 13, 2005**;

(4) Expert designation, including Rule 26 reports, by **FEBRUARY 1, 2005;**

(5) A further scheduling/status conference to address the need for additional identified deposition witnesses and summary judgment motion schedule, is set for **JANUARY 13, 2005 AT 2:30.** A Status report is due **JANUARY 11, 2005.**

All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record. The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions. The Court may then enter a final scheduling order, if necessary.

Counsel are encouraged to seek an early resolution of this matter. Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

By the Court,

/s/ Michelle Rynne
Deputy Clerk

DATED: November 23, 2004