# ROBINSON & COLE LLP

MARY L. CATAUDELLA

One Boston Place
Boston, MA 02108-4404
Main (617) 557-5900
Fax (617) 557-5999
mcataudella@rc.com
Direct (617) 557-5941

Also admitted in Rhode Island

July 16, 2004

*Via Electronic Mail*

Kate Cimini
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

Re: **RCAB v. Lumbermens Mutual Casualty Company,
U.S.D.C., D. Mass. Civil Action No. 04-10461 DPW**

Dear Kate:

Pursuant to Judge Woodlock's order dated July 13, 2003, I am attaching a Bates Range Log that identifies by bates range the source and/or type of files produced in LMC's initial disclosures.

Very truly yours,

*Mary L Cataudella*

Mary L. Cataudella

MLC:akm
Attachment

BOST1-833088-2



EXHIBIT B

DEFENDANT'S BATES RANGE LOG
RCAB v. LUMBERMAN'S MUTUAL CASUALTY CO., USDA NO. 04-10461

| Bates Range | Description |
| --- | --- |
| LM0000001 - LM0002001 | Attorney Files |
| LM0002002 - LM0002492 | Attorney Legal Bills/Invoices |
| LM0002493 - LM0002851 | Letters and Faxes re Settlement |
| LM0002852 - LM0003639 | Pending Claims Charts |
| LM0003640 - LM0004479 | Attorney Files |
| LM0004480 - LM0007040 | Legal Research |
| LM0007041 - LM0007375 | Newspaper/Articles |
| LM0007376 - LM0010077 | Mediation Documents |
| LM0010078 - LM0010479 | Litigation/Settlement Materials |
| LM0010480 - LM0016499 | Kemper Correspondence |
| LM0016500 - LM0017700 | Attorney Files |
| LM0017701 - LM0022825 | Documentation Regarding Kemper Policies |
| LM0022826 - LM0023671 | Documentation Regarding Underlying Case Files |
| LM0023672 - LM0026778 | Pleading Materials |
| LM0026779 - LM0031691 | Deposition Abstracts and Miniscripts |
| LM0031692 - LM0043997 | Documentation Regarding Claims |
| LM0043998 - LM0044606 | Documentation Regarding Arbitration |
| LM0044607 - LM0045022 | Documentation Regarding Claims |
| LM0045023 - LM0077539 | Documentation Regarding Accused RCAB Employees |
| LM0077540 - LM0101357 | Documentation Regarding Underlying Case Files |
| LM0101358 - LM0103178 | Documentation Regarding Claims |
| LM0103179 - LM0167543 | Documentation Regarding Underlying Case Files |