-----Original Message-----
**From:** Galvani, Paul B.
**Sent:** Tuesday, December 07, 2004 4:53 PM
**To:** 'Zelle, Tony R.'
**Cc:** Tener, John E.
**Subject:** RE: See attached Letter.

Tony,
I will reply to your letter, but as an initial matter, would you be good enough to direct me to the language in the transcript of the Nov. 23 hearing upon which you rely, in the first paragraph of your letter, for the proposition that I represented to the court that documents would be produced the week of Dec. 3? I am afraid you misunderstood.

>  -----Original Message-----
>  **From:** Zelle, Tony R. [mailto:tzelle@rc.com]
>  **Sent:** Tuesday, December 07, 2004 3:37 PM
>  **To:** Galvani, Paul B.
>  **Cc:** Tener, John E.
>  **Subject:** See attached Letter.
>
>  Paul:
>
>  Please call me after you have had a chance to review the matters addressed in this letter.
>
>  **Anthony R. Zelle** 
>
>  Robinson & Cole LLP
>  One Boston Place
>  Boston, MA 02108-4404
>  Direct (617) 557-5937 | Fax (617) 557-5999
>  tzelle@rc.com | www.rc.com
>  Bio | Contact Card

ROBINSON & COLE LLP
Boston  New London  Hartford  Stamford  Greenwich  New York  Sarasota

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-275-8200, or e-mail at it@rc.com and immediately delete this message

EXHIBIT 2

12/14/2004

attachments.

-------------------------------------------------------------------------------