-----Original Message-----
**From:** Galvani, Paul B.
**Sent:** Tuesday, December 07, 2004 5:26 PM
**To:** 'Zelle, Tony R.'
**Cc:** * RCAB Team
**Subject:** RE: See attached Letter.

I suggest you read the transcript before you make unfounded allegations of this type.

>   -----Original Message-----
>   **From:** Zelle, Tony R. [mailto:tzelle@rc.com]
>   **Sent:** Tuesday, December 07, 2004 5:16 PM
>   **To:** Galvani, Paul B.
>   **Cc:** * RCAB Team
>   **Subject:** RE: See attached Letter.
>
>   It would be near the beginning of the transcript. I don't have the page number. Judge Woodlock asked when you would respond and you said that you would respond "next week." Judge Woodlock followed up by stating that means "providing the documents."
>
>   **Anthony R. Zelle** 
>
>   Robinson & Cole LLP
>   One Boston Place
>   Boston, MA  02108-4404
>   Direct (617) 557-5937 | Fax (617) 557-5999
>   tzelle@rc.com | www.rc.com
>   Bio | Contact Card
>
>   ROBINSON & COLE LLP
>   Boston  New London  Hartford  Stamford  Greenwich  New York  Sarasota
>
>>   -----Original Message-----
>>   **From:** Galvani, Paul B. [mailto:PGalvani@ropesgray.com]
>>   **Sent:** Tuesday, December 07, 2004 4:53 PM
>>   **To:** Zelle, Tony R.
>>   **Cc:** Tener, John E.
>>   **Subject:** RE: See attached Letter.
>>
>>   Tony,
>>   I will reply to your letter, but as an initial matter, would you be good enough to direct me to the language in the transcript of the Nov. 23 hearing upon which you rely, in the first paragraph of your letter, for the proposition that I represented to the court that documents would be produced the week of Dec. 3? I am afraid you misunderstood.
>>
>>       -----Original Message-----


EXHIBIT 4

12/14/2004

**From:** Zelle, Tony R. [mailto:tzelle@rc.com]
**Sent:** Tuesday, December 07, 2004 3:37 PM
**To:** Galvani, Paul B.
**Cc:** Tener, John E.
**Subject:** See attached Letter.

Paul:

Please call me after you have had a chance to review the matters addressed in this letter.



**Anthony R. Zelle**

Robinson & Cole LLP
One Boston Place
Boston, MA 02108-4404
Direct (617) 557-5937 | Fax (617) 557-5999
tzelle@rc.com | www.rc.com
Bio | Contact Card

ROBINSON & COLE LLP
Boston  New London  Hartford  Stamford  Greenwich  New York  Sarasota

---

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-275-8200, or e-mail at it@rc.com and immediately delete this message and all its attachments.

---

---

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-275-8200, or e-mail at it@rc.com and immediately delete this message and all its attachments.

---