### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE,<br><br>    Plaintiff,<br><br>v.<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>    Defendant. | Civil Action No. 04-10461-DPW |

### LUMBERMENS MUTUAL CASUALTY COMPANY'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Lumbermen Mutual Casualty Company ("LMC") moves for partial summary judgment against the Roman Catholic Archbishop of Boston, a Corporation Sole (the "RCAB"). In support of its motion, LMC submits the accompanying Memorandum of Law in Support of Its Motion, which includes a Statement of Undisputed Material Facts pursuant to Rule 56.1 and the Affidavit of Nancy M. Cremins, Esq. with attached exhibits.

As these materials demonstrate, LMC is entitled to partial summary judgment dismissing all claims for insurance coverage asserted by the Roman Catholic Archbishop of Boston, a Corporation Sole ("RCAB") under any of the primary liability policies because they are barred by the applicable statute of limitations.

WHEREFORE, LMC respectfully requests that its Motion be allowed that the Court enter Judgment in its favor as set forth above.

        Respectfully submitted,

        LUMBERMENS MUTUAL
        CASUALTY COMPANY

        By its counsel,

        /s/ Anthony R. Zelle
        John E. Tener, BBO No. 563791
        Anthony R. Zelle, BBO No. 548141
        Mary L. Cataudella, BBO No. 553350
        Brian P. McDonough, BBO No. 637999
        Nancy M. Cremins, BBO No. 658932
        ROBINSON & COLE LLP
        One Boston Place
        Boston, MA 02108
        (617) 557-5900

Dated: January 11, 2005

## Local Rule 7.1(A)(2) Certificate

    I, Nancy M. Cremins, attorney for defendant Lumbermens Mutual Casualty Company in the above captioned matter, hereby certify that on January 11, 2005 I conferred with counsel for the plaintiff regarding the subject of the within motion and that we attempted in good faith to resolve or narrow the issues raised by the instant motion.

        /s/ Nancy M. Cremins
        Nancy M. Cremins