UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE ROMAN CATHOLIC ARCHBISHOP
OF BOSTON, A CORPORATION SOLE,

        Plaintiff,

v.

LUMBERMENS MUTUAL CASUALTY
COMPANY,

        Defendant.

Civil Action No. 04-10461-DPW

### AFFIDAVIT OF NANCY M. CREMINS

I, Nancy M. Cremins, affirm as follows:

1. I am an attorney at the law firm of Robinson & Cole LLP, counsel to Lumbermens Mutual Casualty Company in the captioned matter. I submit this affidavit solely to transmit to the Court the documents attached hereto.

2. Submitted with this affidavit, and incorporated by reference, is the bound volume entitled "Exhibits to Affidavit of Nancy M. Cremins."

3. Ex. 1 comprises true and accurate copies of excerpts from the deposition transcript of Mary Kay Reardon (as Rule 30(b)(6) designee of Lumbermen's Mutual Casualty Company (hereafter, "LMC")).

4. Ex. 2 comprises true and accurate copies of excerpts from the deposition transcript of Wilson D. Rogers, Jr. (as Rule 30(b)(6) designee of the Roman Catholic Archdiocese of Boston, A Corporation Sole (hereafter, the "RCAB")).

5. Ex. 3 comprises true and accurate copies of excerpts from the deposition transcript of Joseph F. McEnness, Jr. (as Rule 30(b)(6) designee of the RCAB).

6. Ex. 4 is a copy of a certain document produced by the RCAB.

7. Ex. 5 is a copy of certain documents produced by the RCAB.

8. Ex. 6 is a copy of certain documents produced by the RCAB.

9. Ex. 7 is a copy of the Complaint.

10. Ex. 8 comprises true and accurate copies from the 11/19/04 Hearing Transcript.

11. Ex. 9 is a copy of certain documents produced by the RCAB.

12. Ex. 10 is a copy of a certain document produced by LMC.

13. Ex. 11 is a copy of a certain document produced by LMC.

14. Ex. 12 is a copy of a certain document produced by LMC.

15. Ex. 13 is a copy of certain documents produced by the RCAB.

16. Ex. 14 is a copy of a certain document produced by the RCAB.

17. Ex. 15 is a copy of a certain document produced by LMC.

18. Ex. 16 is a copy of certain documents produced by the RCAB and LMC.

19. Ex. 17 comprises a true and accurate copy of a Massachusetts Superior Court decision cited within LMC's brief.

20. Ex. 18 is a copy of a certain document produced by LMC.

21. Ex. 19 is a copy of a certain document produced by LMC.

22. Ex. 20 is a copy of a certain document produced by LMC.

Signed under the pains and penalties of perjury this 11th day of January, 2005.

    /s/ Nancy M. Cremins
    Nancy M. Cremins