UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A Corporation Sole, </br></br> Plaintiff, </br></br> v. </br></br> LUMBERMENS MUTUAL CASUALTY COMPANY, </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 04-10461-DPW

**DEFENDANT'S MOTION FOR LEAVE TO FILE
MEMORANDUM IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(B)(4), Lumberman's Mutual Casualty Company ("LMC") respectfully moves this Court for leave to file a Memorandum of Law in Support of its Motion to Compel and for Sanctions in excess of twenty pages. As grounds therefore, LMC states that it can not fully detail and chronicle the RCAB's discovery abuses, including the withholding of court ordered relevant documents, within the twenty-page limit set forth in Local Rule 7.1(B)(4). LMC respectfully requests that this Court grant its Motion for Leave to File Memorandum of up

BOST1-847335-1

to twenty-three (23) pages in support of its Motion to Compel and for Sanctions.

          Respectfully submitted,

          LUMBERMENS MUTUAL
          CASUALTY COMPANY
          By its counsel,
          ROBINSON & COLE LLP

*/s/ Anthony R. Zelle*

_____
  John E. Tener, BBO No. 563791
  Anthony R. Zelle, BBO No. 548141
  Mary L. Cataudella, BBO No. 553350
  Brian P. McDonough, BBO No. 637999
  Nancy M. Cremins, BBO No. 658932
  ROBINSON & COLE LLP
  One Boston Place
  Boston, MA 02108
  (617) 557-5900