UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A Corporation Sole,** )<br>)<br>)<br>) | |
| Plaintiff, ) | Civil Action No. 04-10461-DPW |
| ) | |
| v. ) | |
| ) | |
| **LUMBERMENS MUTUAL CASUALTY COMPANY,** )<br>) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
AND FOR THE IMPOSITION OF SANCTIONS**

Lumbermens Mutual Casualty Company ("LMC") respectfully moves this court for an order compelling The Roman Catholic Archbishop Of Boston, A Corporation Sole**,** ("the RCAB") to produce documents and awarding sanctions. The RCAB has failed to produce and has obstructed LMC's efforts to obtain documents provided by the RCAB to the Attorney General's Office.  The RCAB had withheld documents as privileged despite the fact that they were produced in the underlying sexual abuse litigation and are presently posted on an internet website, bishopaccountability.org.  The RCAB has also attempted to conceal the existence of documents which LMC has discovered through its independent investigation.

Because the RCAB has flouted its discovery obligations and thereby severely prejudiced LMC's efforts to develop evidence through depositions, LMC respectfully requests this Court to sanction the RCAB by ordering the RCAB to: (1) produce all of the documents that it provided to the Attorney General; (2) produce all documents within its possession, custody, or control

which relate to "information from the [RCAB]'s files that touch upon prior notice of [abuse]," pursuant to its automatic disclosure obligations as required by the Court's Scheduling Order of June 3, 2004; (3) produce all documents within its possession, custody, or control which are responsive to LMC's October 15, 2004 Request for Production of Documents; and (4) pay LMC $50,000 to compensate LMC for a portion of the attorneys fees and costs incurred to determine that the RCAB had consciously disregarded its discovery obligations.  Furthermore, LMC respectfully requests this Court to **stay** all pending discovery deadlines in this matter until such time as the RCAB has satisfied its foregoing production obligations.

>Respectfully submitted,
>
>LUMBERMENS MUTUAL CASUALTY COMPANY,
>
>By its attorneys,
>
>ROBINSON & COLE LLP
>
>*/s/ Anthony R. Zelle*
>
>John E. Tener, BBO No. 563791
>Mary L. Cataudella, BBO No. 553350
>Anthony R. Zelle, BBO No. 548141
>Brian P. McDonough, BBO No. 637999
>Nancy M. Cremins, BBO No. 658932
>Robinson & Cole LLP
>One Boston Place
>Boston, Massachusetts 02108
>(617) 557-5900

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2) AND F.R.CIV.P. 37(a)2(A)**

I, Anthony R. Zelle, certify that on December 7, 2004, I wrote to counsel for the RCAB, Paul Galvani, in an effort to resolve or narrow the issues concerning the RCAB's failure to produce the documents it provided to the Office of the Attorney General. Attorney Galvani did not respond. I also certify that on January 7, 2005, I spoke with Kate Cimini, co-counsel for the RCAB about the RCAB's failure to produce the documents used during the deposition of Fr. Phinn, about the journal and personnel files maintained by the Office of Clergy Personnel and other about other documents that are the subject of this motion. Ms. Cimini stated that she believed that the RCAB complied with all of its disclosure and discovery obligations.

*Anthony R Zelle*
_____