UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
THE ROMAN CATHOLIC                  )
ARCHBISHOP OF BOSTON,               )
A CORPORATION SOLE,                 )
            Plaintiff,              )
v.                                  )   C.A.04-10461-DPW
                                    )
LUMBERMENS MUTUAL                   )
CASUALTY COMPANY,                   )
            Defendant.              )
_____)

**AFFIDAVIT OF ANTHONY R. ZELLE IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS**

I, Anthony R. Zelle, do hereby depose and state as follows:

1. I am one of the attorneys representing Lumbermens Mutual Casualty Company ("LMC") and submit this affidavit in support of its Motion for Sanctions.

2. The Office of the Massachusetts Attorney General has published a report entitled *The Sexual Abuse of Children in the Roman Catholic Archdiocese of Boston.* A copy of this report is attached as Exhibit A.

3. During a scheduling conference on November 23, 2004, Paul Galvani, one of the attorneys for the Roman Catholic Archbishop of Boston ("RCAB"), explained that the RCAB could not produce to LMC the documents that it previously provided to the Attorney General's Office. Specifically, the following exchange took place:

> THE COURT: So, what's the problem with turning over what you have given to the Attorney General?
>
> Mr. GALVANI: Well, see, a lot of it has no bearing.
>
> THE COURT: Okay. So that having been said, what's the practical problem?

BOST1-847221-1

> MR. GALVANI: Well. One practical problem, frankly, Your Honor, is that we're not sure we can even identify what was turned over to the Attorney General. []
>
> THE COURT: Well, but the stuff that you turned over, you don't think you can identify?
>
> MR. GALVANI: Well, I'm told that that is not as easy as one might think. []

The relevant portion of the transcript of the November 23, 2004 hearing (p. 5, line 20 through p. 6, line 10) is attached as Exhibit B.

    4. In response to LMC's Request for Production seeking the documents produced by the RCAB to the Attorney General's Office, the RCAB objected and has not produced the documents. A copy of the RCAB's Response to LMC's Request for Production is attached as Exhibit C.

    5. On December 7, 2004, I spoke with Kurt Schwartz, Chief of the Criminal Bureau of the Office of the Attorney General, in connection with LMC's efforts to obtain documents provided by the Roman Catholic Archbishop of Boston ("RCAB") to the Attorney General's Office.

    6. Attorney Schwartz stated that if the RCAB requested a copy of the documents it provided to the Attorney General's Office, the Office of the Attorney General would make the documents available for copying, provided that the expense of the copying and any attendant financial burden incurred by the Office of the Attorney General would be covered. He estimated that there were 100 boxes of documents. My conversation with Attorney Schwartz was memorialized in an e-mail I sent to him, a copy of which is attached as Exhibit D.

    7. By letter of December 7, 2004, I relayed the information provided by Attorney Schwartz to Attorney Galvani. Specifically, I wrote:

      You suggested at the last scheduling conference, the RCAB did not maintain a complete set of the documents provided to the Attorney General by the Law Offices of Wilson D. Rogers and others. If this is the case (and we have been informed by the Attorney General's Office that original documents were produced and may not have been copied), I would like to know the RCAB's plan for producing all of these documents. We have spoken with the Attorney General's Office and in response to a request from the RCAB, they will work with us and with you to ensure that a full and complete disclosure is accomplished. However, this will require time, which is of the essence, and consequently, I will appreciate your immediate response to these matters.

A copy of this letter is attached as Exhibit E.

      8. Attorney Galvani has not responded to my request that he work with me and the Office of the Attorney General in connection with the production of the materials provided by the RCAB to the Attorney General's Office.

      Signed under the pains and penalties of perjury this 11th day of January, 2005.

*/s/ Anthony R. Zelle*

_____
Anthony R. Zelle