UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A Corporation Sole,<br><br>           Plaintiff,<br><br>v.<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 04-10461-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF BRIAN P. MCDONOUGH IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS**

I, Brian P. McDonough, on oath depose and state as follows:

    1.    I am an attorney in good standing licensed to practice in the Commonwealth of Massachusetts and am a member of the bar of this Court.

    2.    I am one of the attorneys representing the defendant in this case, Lumberman's Mutual Casualty Company ("LMC").

    3.    I have reviewed all 1,879 of the documents in the Bates range identified by the RCAB's counsel in response to Nancy M. Cremins' request to Bryan R. Diederich that personnel files be identified among the documents produced by the RCAB in this case.

    4.    Those documents do not include copies of documents which would normally be in a priest's personnel file, including, but not limited to, assignment cards or documents as described by Fr. Phinn (e.g., medical reports) at his deposition.

BOST1-847209-1

5. Instead, the documents within the specified Bates range consist mostly of pleadings and motions made in the underlying cases, and demand letters from plaintiffs' counsel. Indeed, they appear to comprise claim files rather than personnel files.

6. Attached hereto as Exhibit A is a true and accurate copy of the transcript of the January 7, 2005 deposition of Gilbert S. Phinn, followed by each of the exhibits marked thereat (consecutively numbered 1-27).

7. Attached hereto as Exhibit B is a true and accurate copy of the RCAB's Response to Defendants First Request for the Production of Documents in this case.

8. Attached hereto as Exhibit C is a true and accurate copy of the Court's Scheduling Order of June 3, 2004.

9. Attached hereto as Exhibit D is a true and accurate copy of correspondence sent by Nancy M. Cremins of Robinson & Cole LLP to Bryan R. Diederich of Ropes & Gray LLP on December 17, 2004.

10. Attached hereto as Exhibit E is a true and accurate copy of an email received by Nancy M. Cremins of Robinson & Cole LLP from Kate Cimini of Ropes & Gray LLP on December 22, 2004.

11. Attached hereto as Exhibits F-1 through F-16, and G through K, are true and accurate copies of documents which I printed from the website www.bishopaccountability.org.

12. Attached hereto as Exhibit L is a true and accurate copy of the RCAB's Response to Defendants First Set of Interrogatories in this case.

SIGNED under the pains and penalties of perjury this 12th day of January, 2005.

/s/ Brian P. McDonough
Brian P. McDonough