## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-10461-DPW |
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

## TRANSMITTAL AFFIDAVIT OF TIMOTHY J. CASEY

I, Timothy J. Casey, hereby affirm as follows:

1.    I am an attorney at the law firm of Ropes & Gray LLP, counsel to the Roman Catholic Archbishop of Boston, a Corporation Sole ("the RCAB") in this matter. I submit this affidavit solely to transmit to the Court the documents appended hereto as exhibits.  The exhibits are as follows:

2.    Exhibit 1 is a letter from Thomas H. Thompson to Wilson D. Rogers, Jr., dated February 25, 1994, that was produced by the RCAB.  This letter is cross-referenced at Exhibit 4 to the Affidavit of Nancy Cremins.

3.    Exhibit 2 consists of excerpts from the deposition of Joseph F. McEnness.

4.    Exhibit 3 consists of excerpts from the deposition of Wilson D. Rogers, Jr.

5.    Exhibit 4 consists of excerpts from the deposition of Paul J. Fallon.

6.    Exhibit 5 is a memorandum from B.W. Ewing to Christine Zinoman, dated May 23, 1994, that was produced by Lumbermens Mutual Casualty Company ("LMC").

7.    Exhibit 6 consists of excerpts from the deposition of Paul D. Meany.

8.      Exhibit 7 consists of excerpts from the deposition of Wilson D. Rogers, III.

9.      Exhibit 8 consists of excerpts from the deposition of Christine Zinoman.

10.     Exhibit 9 consists of excerpts from the deposition of Benjamin F. Bennett, III.

11.     Exhibit 10 consists of a series of letters sent by LMC to the RCAB, which were produced by the RCAB.  These letters are cross-referenced at Exhibit 9 to the Affidavit of Nancy Cremins.

12.     Exhibit 11 is a letter from Wilson D. Rogers, Jr. to Christine Zinoman, dated April 22, 1996, which was produced by LMC.  This letters is cross-referenced at Exhibit 10 to the Affidavit of Nancy Cremins.

13.     Exhibit 12 is a letter from Wilson D. Rogers, Jr. to Paul Meany, dated May 5, 1997, which was produced by LMC.  This letter is cross-referenced at Exhibit 11 to the Affidavit of Nancy Cremins.

14.     Exhibit 13 is a letter from Wilson D. Rogers, Jr. to Paul Meany, dated June 23, 1997, which was produced by LMC.  This letter is cross-referenced at Exhibit 12 to the Affidavit of Nancy Cremins.

15.     Exhibit 14 is a check, dated July 9, 1997, issued by LMC to the RCAB, which was produced by the RCAB.

16.     Exhibit 15 consists of letters, from December 1996 through June 1997, from LMC to the RCAB, which were produced by the RCAB.  These letters are cross-referenced at Exhibit 13 to the Affidavit of Nancy Cremins.

17.     Exhibit 16 is a letter from LMC to the RCAB, dated June 16, 1997, which was produced by the RCAB.  This letter is cross-referenced at Exhibit 14 to the Affidavit of Nancy Cremins.

18.     Exhibit 17 is an internal LMC memorandum, dated December 12, 1997, which was produced by LMC.  This memorandum is cross-referenced at Exhibit 15 to the Affidavit of Nancy Cremins.

19.     Exhibit 18 is a letter from Paul Meany to Wilson D. Rogers, III, dated January 14, 1998, which was produced by the RCAB.  This letter is cross-referenced at Exhibit 16 to the Affidavit of Nancy Cremins.

20.     Exhibit 19 is a letter from Wilson D. Rogers, Jr. to Paul Meany, dated April 14, 1998, which was produced by LMC.

21.     Exhibit 20 is a letter from Paul Meany to Wilson D. Rogers, III, dated July 14, 1998, which was produced by LMC.

22.     Exhibit 21 is a letter from Paul Meany to Wilson D. Rogers, Jr., dated September 16, 1998, which was produced by the RCAB.

23.     Exhibit 22 consists of a series of checks issued by LMC to the RCAB on October 22, 1998, which were produced by the RCAB.

24.     Exhibit 23 is an e-mail from Paul Meany to Mary Kay Reardon, dated October 22, 1998, which was produced by LMC.

25.     Exhibit 24 is a letter from Wilson D. Rogers, Jr. to Augie Vega, dated November 19, 2001, which was produced by LMC.

26.     Exhibit 25 is a letter from Augie Vega to The Rogers Law Firm, dated December 17, 2001, which was produced by LMC.

27.     Exhibit 26 is a letter from Wilson D. Rogers, Jr. to Patrick E. Maloney,

dated April 17, 2003, which was produced by LMC.

28.     Exhibit 27 consists of excerpts from the deposition of Patrick E. Maloney.

29.     Exhibit 28 is a letter from Wilson D. Rogers, Jr. to Patrick E. Maloney,

dated June 12, 2003, which was produced by LMC.

30.     Exhibit 29 consists of excerpts from the deposition of Augustin Vega.

31.     Exhibit 30 is a memorandum from Paul D. Meany to Mary Kay Reardon,

dated August 21, 1997, which was produced by LMC.

32.     Exhibit 31 is a memorandum from Paul D. Meany to Mary Kay Reardon,

dated October 20, 1997, which was produced by LMC.

33.     Exhibit 32 is a letter from Patrick E. Maloney to Thomas H. Hannigan, Jr.,

dated September 12, 2003, which was produced by LMC.

34.     Exhibit 33 is a letter from Wilson D. Rogers, Jr. to Paul D. Meany, dated

December 29, 1997, which was produced by LMC.

35.     Exhibit 34 is a document entitled "Historical Evolution of RCAB Cases,"

which was produced by LMC.

36.     Exhibit 35 is a letter from Patrick E. Maloney to Augie Vega, dated

February 11, 2003, which was produced by LMC.

37.     Exhibit 36 is a letter from Wilson D. Rogers, Jr. to Gerald T. Reilly, dated

March 20, 2000, which was produced by the RCAB.

SIGNED UNDER PENALTIES OF PERJURY THIS 25th DAY OF JANUARY, 2005.

/s/ Timothy Casey_____

Timothy J. Casey