```
 1                  UNITED STATES DISTRICT COURT

 2                    DISTRICT OF MASSACHUSETTS

 3      * * * * * * * * * * * * * * *                         *

 4      ROMAN CATHOLIC ARCHBISHOP     *   OF BOSTON           *

 5                 Plaintiff          *                       *

 6           VERSUS                   *   CA-04-10461-DPW

 7      LUMBERMENS MUTUAL CASUALTY    *   COMPANY             *

 8                 Defendant          *                       *

 9      * * * * * * * * * * * * * * *

10            BEFORE THE HONORABLE DOUGLAS P. WOODLOCK

11               UNITED STATES DISTRICT COURT JUDGE

12                            HEARING

13                      NOVEMBER 23, 2004

14      APPEARANCES:

15          PAUL B. GALVANI, ESQ., AND BRYAN R. DIEDERICH,    ESQ., Ropes & (

16          Boston, Massachusetts  02110, on behalf of        the Plaintiff

17          ANTHONY R. ZELLE, ESQ. AND BRIAN P. McDONOUGH, ESQ.,

18          Robinson & Cole, LLP, One Boston Place, Boston,   Massachusetts

19                        Courtroom No. 1 - 3rd Floor

20                            1 Courthouse Way                           Bost(

21                          2:35 P.M. - 3:45 P.M.

22          Pamela R. Owens - Official Court Reporter         John Joseph M

23                   1 Courthouse Way - Suite 3200            Boston, Massa

24      Method of Reporting:   Computer-Aided Transcription

25
```

EXHIBIT 2

**November 23, 2004 Hearing**

1   case.  So, I'll see what your response is.  But I want
2   the response filed by --
3           MR. GALVANI:  By when, Your Honor?
4           THE COURT:  I think by the 2nd, which is
5   Thursday.
6           MR. GALVANI:  Yes, Your Honor.
7           THE COURT:  Okay.  So, let's turn back to this
8   question of Phase II scheduling.  I guess my concern is
9   that I'm not sure that I'm yet in a position to say what
10  the outcome would be of the two alternative proposed
11  schedules.  I think there is a significant possibility
12  that the schedule that the plaintiff is seeking here is
13  one that's likely to result in some Rule 56F practice at
14  the summary judgment stage on the merits.  What the
15  outcome of that practice would be, as I said, I'm not
16  certain enough to feel comfortable opining at this
17  point.  But that's what the plaintiff has proposed.  And
18  the effect may well be a two-stage or now three-stage
19  process for discovery.  If after going through a
20  discovery schedule as contemplated by the plaintiff I'm
21  satisfied that there is a proper grounds for a Rule 56F
22  objection, then we're on to additional discovery.  I am
23  perplexed a bit as well by the suggestion that motions
24  may be filed at any time.  What does that mean?
25          MR. GALVANI:  Well, Your Honor, if we believe