**Father Gilbert Phinn**

```
 1    marked as Exhibit 6.  If you'll take a look
 2    at that.  It's a document that's titled,
 3    "Affidavit of the Most Reverend James W.
 4    Malone, Bishop of the Diocese of Youngstown,
 5    Retired," isn't that correct?  (Indicating)
 6    A       That's what it says, yes.
 7            MS. CIMINI:  Where is this document
 8    from?  Was this document produced in this
 9    litigation?
10            MR. ZELLE:  No.
11            MS. CIMINI:  It doesn't --
12            MR. ZELLE:  It was not produced in
13    this litigation.  We believe it should have,
14    but it wasn't.
15            MS. CIMINI:  Where did it come from?
16            MR. ZELLE:  It -- We can talk about
17    that off the record.
18    Q       The affidavit, Exhibit 6, if you'll look
19    at -- Well, why don't we start at the
20    beginning, Father.  It states that, "James W.
21    Malone, being first duly sworn, according to
22    law, hereby deposes and states as follows:"
23            The first paragraph makes reference to
```



EXHIBIT 3

22

1/7/2005  Father Gilbert Phinn

```
1    A      The three of us, yes.
2    Q      Okay.  And this was at the chancery, correct,
3    the office?
4    A      It was building -- No, it wasn't in the
5    chancery building, but it was on the
6    Archdiocesan property.  This was at One Lake
7    Street which used to be, until 1962, was, I
8    think, the chancery, yeah.
9    Q      Okay.  So it was one of the buildings over at
10   the seminary there?
11   A      Yes, yes.
12   Q      And did you make daily entries into your
13   journal that reflected your work as the
14   Director of the Personnel Board and prior to
15   that as the Assistant Director?
16   A      Yes.
17   Q      And did the other priests, who were assigned
18   to that office, also make daily entries?
19   A      Yes.
20   Q      All right.
21          MR. ZELLE:  Let me just, again, for
22   the record indicate you had previously noted
23   or were asked about the source of a document;
```

```
1    and as with the prior document, this
2    document, which Father Phinn has testified
3    was an extract from a journal maintained by
4    the Archdiocese of Boston's Clergy Personnel
5    Office was also not a document that was
6    produced in the course of discovery.
7         MS. CIMINI:  As with the prior
8    document, I'm going to object to the use of
9    this document for this deposition because it
10   wasn't produced.
11        MR. ZELLE:  Okay.  I think it should
12   have been produced.
13        MS. CIMINI:  By your office?
14        MR. ZELLE:  No.  We just got this very
15   very recently.  It should have been produced
16   by the Archdiocese of Boston or at least
17   listed on a personnel -- on a privilege log,
18   and we will take that up, but I certainly
19   don't see any basis for your objection for my
20   using a document that you failed to produce.
21        MS. CIMINI:  I object to your
22   characterization.
23        MR. ZELLE:  Okay.
```

**1/7/2005  Father Gilbert Phinn**

```
 1   remember any of that.
 2   Q      Okay.  Let's look now at what we've marked as
 3   Exhibit 27, and let me state for the record
 4   that this is document that states at the top,
 5   "Affidavit."  The name of the affidavit is
 6   crossed out.  It says at the bottom, "Signed
 7   under the pains and penalties of perjury this
 8   15 day of July, 2003."  Do you see that?
 9   A      Yes, I do.
10          MS. CIMINI:  But it has no signature.
11          MR. ZELLE:  And it doesn't have a
12   signature.
13          MS. CIMINI:  Or a Bates stamp.
14          MR. ZELLE:  No.  And if you want to
15   state on the record you didn't produce this
16   to me, you can.  Otherwise, I'll put it on
17   the record.  This wasn't produced by the
18   Archdiocese of Boston.
19          MS. CIMINI:  Or by Lumbermen's.
20          MR. ZELLE:  No, not Lumbermen's.
21   Q      Paragraph 3 says, "In 1980, I corresponded
22   with Father Gilbert Phinn of the Archdiocese
23   of Boston and reported to him that my sister,
```