| | | |
|---|---|---|
| | | MOTION for Extension of Time to April 28, 2004 to File by Lumbermens Mutual Casualty Company.(Greenberg, Rebecca) (Entered: 03/29/2004) |
| 03/30/2004 | | ***Attorney John E. Tener for Lumbermens Mutual Casualty Company added. (Rynne, Michelle) (Entered: 03/30/2004) |
| 04/28/2004 | 7 | ANSWER to Complaint with Lumbermens Mutual Casualty Company Hereby Demands a Trial By Jury on All Claims So Triable, COUNTERCLAIM against Roman Catholic Archbishop of Boston by Lumbermens Mutual Casualty Company. (Attachments: # 1 Exhibit 1) (Lurie, Michael) (Entered: 04/28/2004) |
| 04/28/2004 | 8 | NOTICE of Scheduling Conference: Scheduling Conference set for 6/3/2004 AT 2:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Greenberg, Rebecca) (Entered: 04/28/2004) |
| 05/18/2004 | 9 | ANSWER to Counterclaim by Roman Catholic Archbishop of Boston. (Galvani, Paul) (Entered: 05/18/2004) |
| 05/26/2004 | 10 | REPORT of Rule 26(f) Planning Meeting. (Galvani, Paul) (Entered: 05/26/2004) |
| 05/26/2004 | 11 | CERTIFICATION pursuant to Local Rule 16.1 by Roman Catholic Archbishop of Boston.(Galvani, Paul) (Entered: 05/26/2004) |
| 06/02/2004 | 12 | CERTIFICATE OF CONSULTATION *Pursuant to Local Rule 16.1(D)(3)* by Michael D. Lurie on behalf of Lumbermens Mutual Casualty Company. (Lurie, Michael) (Entered: 06/02/2004) |
| 06/03/2004 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Scheduling Conference held on 6/3/2004. Schedule set. See Scheduling Order for further details. (Court Reporter Pam Owens.) (Greenberg, Rebecca) (Entered: 06/03/2004) |
| 06/03/2004 | | Judge Douglas P. Woodlock : ORDER entered: SCHEDULING ORDER:discovery with respect to the items set forth in the Joint Statement of the parties, page 9, items 1 through 8 (lost policy discovery, reconstruction of policies, questions of global settlement), is to be completed by SEPTEMBER 3, 2004, unless shortened or enlarged by Order of this Court; discovery regarding financial condition or LMC's bad faith may not be inquired into at this time; Court will not order personnel files to be turned over at this time; however with respect to individual priests as to whom claims have been made, the Defendant shall be provided with the information from the Plaintiff's files that touch upon prior notice of similar conduct, by AUGUST 15, 2004 and continue on a rolling basis; Court will deal with the priest-penitent privilege or psychotherapist-patient privilege as the assertions are made; privilege list to be provided;automatic disclosures and index of specific claims setting forth the name of priest involved the time of the events for which coverage is sought, shall be made by JULY 1, 2004; parties are urged to provide disclosures electronically; motions for partial summary judgment are to be filed by SEPTEMBER 15, 2004, after completion of the |

| | | |
|---|---|---|
| | | necessary discovery and responses are to be filed by SEPTEMBER 30, 2004 pursuant to Local Rule 7.1 and all filings must conform to the requirements of Local Rule 56.1;ELECTRONIC FILING: All future submissions in this case are subject to electronic filing and all counsel who choose to appear must make arrangements to register for participation in electronic case filing, if they have not already done so. In addition to electronically filing any pleading, counsel shall also file all submissions relating to dispositive matters with the Court in hard copy, clearly marked "Courtesy Copy - Do Not Scan" on the cover page of each pleading/submission. Notices, orders and memoranda of the Court will only be filed and served electronically. A further scheduling/status conference and/or motion hearing will be set at a later time.(Greenberg, Rebecca) (Entered: 06/03/2004) |
| 06/03/2004 | 13 | NOTICE of Appearance by Anthony R. Zelle on behalf of Lumbermens Mutual Casualty Company (Zelle, Anthony) (Entered: 06/03/2004) |
| 06/18/2004 | 14 | NOTICE of Withdrawal of Appearance Attorney Michael D. Lurie terminated. (Lurie, Michael) (Entered: 06/18/2004) |
| 06/28/2004 | 15 | TRANSCRIPT of Hearing held on June 3, 2004 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/28/2004) |
| 07/01/2004 | 16 | MOTION for Protective Order by Roman Catholic Archbishop of Boston. (Attachments: # 1 Exhibit A# 2 Text of Proposed Protective Order)(Galvani, Paul) Modified on 7/2/2004 (Rynne, Michelle). (Entered: 07/01/2004) |
| 07/02/2004 | 17 | NOTICE of Appearance by Mary L. Cataudella on behalf of all defendants (Cataudella, Mary) Additional attachment(s) added on 7/6/2004 (Rynne, Michelle). (Entered: 07/02/2004) |
| 07/02/2004 | 18 | NOTICE of Appearance by Brian P. McDonough on behalf of Lumbermens Mutual Casualty Company (McDonough, Brian) (Entered: 07/02/2004) |
| 07/02/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered: By no later than JULY 7, 2004, the Defendant shall file an opposition/response to the Plaintiff's Motion for Entry of Protective Order, which response shall include a red-lined version indicating objections to the language in Plaintiff's Proposed Order, as well as its own Proposed Order. (Greenberg, Rebecca) (Entered: 07/02/2004) |
| 07/07/2004 | 19 | *Opposition* to 16 MOTION for Protective Order by Lumbermens Mutual Casualty Company. (Attachments: # 1 Text of Proposed Order)(Zelle, Anthony) Modified on 7/8/2004 (Rynne, Michelle). Modified on 7/8/2004 (Rynne, Michelle). (Entered: 07/07/2004) |
| 07/12/2004 | | Electronic NOTICE of Hearing on Motion 16 MOTION for Protective Order: Motion Hearing set for 7/13/2004 AT 10:00 AM in Courtroom 1 |