| Exhibit Number | LM Bates Number | RCA Bates Number |
|---|---|---|
| Gilbert Phinn Exhibits | | |
| 1 | LM 0049287 LM 0122084 | |
| 2 | LM 122058, LM0049-44 | |
| 3 | LM 0049051; | |
| 4 | LM 0049055 | |
| 5 | LM 0049284 | |
| 6 | LM 0121869 - LM 0121871 | |
| 7 | LM 0122080 | |
| 8 | LM 0049271 LM 0122068 | |
| 9 | LM 0122089 | |
| 10 | LM 0122229 | |
| 11 | LM 0122087 | |
| 12 | LM 0122117 | |
| 13 | LM 0122116 | |
| 14 | LM 0049324 | |
| 15 | LM 0049162 | |
| 16 | LM 0048902 LM 0122185 | |
| 17 | LM 0049203 | |
| 17A | LM 0049261 LM 0121791 | |
| 18 | LM 0048908 - LM 0048911 | |
| 19 | | |
| 20 | LM0034587 | RCA2003479 - RCA2003480 |
| 21 | LM0034589 | RCA2003482 - RCA2003487 |
| 22 | LM0144625 | RCA2003489 |
| 23 | LM0053196 | RCA2003491 - RCA2003492 |
| 24 | LM0024808 | RCA2003494 - RCA2003495 |
| 25 | LM 0053389 | |
| 26 | LM 0053388 | |
| 27 | | |
| Tab F Exhibits | | |
| F-1 | LM0024818 | RCA2008714 - RCA2008715 |
| F-2 | LM 0041288 | RCA2008710 |
| F-3 | LM 0048550 - LM 0048551 | |
| F-4 | LM 0001217 | RCA6001773 |



EXHIBIT 5

| | | |
|---|---|---|
| F-5 | LM 0025375 | RCA6009597 |
| F-6 | LM 0025395 - LM 0025397 | RCA6009639 - RCA6009641 |
| F-7 | LM 0061893 - LM 0061894 | |
| F-8 | LM 0062434 | |
| F-9 | LM 0147893 - LM 0147894 | |
| F-10 | LM 0165479 | |
| F-11 | LM 0148000 - LM 0148002 | |
| F-12 | LM 0043161 | |
| F-13 | LM 0148296 | |
| F-14 | LM 0069286 - LM 0069288 | |
| F-15 | LM0146580 | |
| F-16 | LM 0040006 | |
| Exhibit G | LM 0120025 | |
| Exhibit H | LM 0120211- LM 0120212 | |
| Exhibit I | LM 0043169 | |
| Exhibit J | LM 0150821 - LM 0150824 | |
| Exhibit K | LM 0051249 | |