

# TRESSLER, SODERSTROM, MALONEY & PRIESS
### ATTORNEYS AT LAW

Sears Tower, 22nd Floor
233 S. Wacker Drive
Chicago, Illinois 60606-6308
312/627-4000
Fax 312/627-1717
www.tsmp.com

Patrick E. Maloney
(312) 627-4004
pmaloney@mail.tsmp.com

May 20, 2003

Wilson D. Rogers, III, Esq.
The Rogers Law Firm
One Union Street
Boston, MA 02108

Re: RCAB lawsuits
Our File No. 33-2311-3

Dear Wil:

On my recent visit to your office, you provided me with a chart entitled "Kemper Pending Sexual Misconduct Claims" in which you listed 104 perpetrators. I have compared the materials that my office has against that list of perpetrators and that comparison reveals that we do not have any files on the following perpetrators and ask that you provide us with copies of those files as soon as possible:

Dever, Rev. Gerard
Jaques, Rev. Roger
Flynn, Rev. John H.
Keane, Rev. John
Graham, Rev. Daniel
Towner, Rev. Robert
Surrette, Rev. Melvin
McAndrews, Rev. J. Kevin
McInnis, Rev. Joseph
McMahon, Rev. Benjamin
Meffan, Rev. Robert
Motherway, Rev. Thomas
Pelletier, Rev. Leonard
Mullin, Rev. Jay
Murphy, Rev. David C.

Murphy, Rev. Francis
Nyhan, Rev. James
O'Sullivan, Rev. Eugene
Paquin, Rev. Ronald
Porter, Rev. James
Rebeiro, Rev. Anthony
Rynne, Rev. Paul
Curran, Rev. Tom
Tague, Rev. Patrick
Tivnan, Rev. Paul
Towner, Rev. Robert
Tulley, Rev. James
Turnbull, Rev. John
Welsh, Rev. Joseph
Wilson, Rev. Dosia

LINCOLNSHIRE, ILLINOIS    WHEATON, ILLINOIS
COSTA MESA, CALIFORNIA    LOS ANGELES, CALIFORNIA    NEWARK, NEW JERSEY

EXHIBIT 6

LM 0004216

Wilson D. Rogers, III
Page 2
May 20, 2003

Very truly yours,

Patrick E. Maloney

PEM/kjs/301644

LM 0004217