**THE ROGERS LAW FIRM**
A PROFESSIONAL CORPORATION
ONE UNION STREET
BOSTON, MASSACHUSETTS 02108
(617) 723-1100
TELECOPIER (617) 720-4363
www.therogerslawfirm.com

WILSON D. ROGERS, JR.

PETER POMMERSHEIM
MICHAEL J. FAZIO, JR.
WILSON D. ROGERS, III
FRANCIS J. O'CONNOR
MARK C. ROGERS
MEGAN M. GREW
LORI M. NEHLS

CHARLES J. DUNN (1901-1983)
JOHN F. DUNN (1908-2002)

June 2, 2003

<u>VIA FEDERAL EXPRESS</u>

Patrick E. Maloney, Esquire
Tressler, Soderstrom, Maloney & Priess
233 South Wacker Drive
22nd Floor, Sears Tower
Chicago, IL  60606

Dear Pat:

    I am writing in response to your letter under cover of May 20, 2003. Enclosed please find copies of the records which you requested. Please note that we are providing you the entire file with respect to these priests, including material which falls within the attorney-client privilege and medical/psychiatric information.

    If you have any questions or concerns in this regard, please do not hesitate to contact me.

Sincerely,

Wilson D. Rogers, III

WDR/ec

Enclosures

**EXHIBIT 7**

LM 0121006