```
AXV1                        FOCUS - CENTRAL                        MOGD50
                              FILE NOTES
CLAIM# 180 LU 014775 Z 566   NAME RC ARCHBISHOP OF BOSTON    D.O.L. 09/23/77
DATE/
TIME      ADJ  FILE NOTES
01/24/02       TO THESE CONDITIONS AND WANTS THE MEDIATION TO GO FORTH. I HAVE
10:21     AXV  DISCUSSED THIS WITH PAT MALONEY AND HE WILL CONTACT D/A AND GET
01/24/02       SOME MORE DETAILS AND ADVISE ME. THE INSURED IS VERY ANXIOUS TO
10:22     AXV  TRY TO SETTLE THE CASES, BECAUSE THE CRIMINAL TRIAL IS GOING AND
               THE PUBLICITY IS MUCH WORSE THAN ANTICIPATED. THE TRIAL IS
               GETTING TOP PRESS COVERAGE AND WILL BE AIRED ON NUMEROUS TV SHOWS
01/24/02       SUCH AS 60 MINUTES, DATELINE, ETC. IT APPEARS THE BOSTON PUBLIC
10:23     AXV  IS ALSO DEMANDING THAT CARDINAL LAW RESIGN.
01/30/02       PAT MALONEY HAS MET WITH THE ROGERS FIRM AND REVEIWED A LOT OF
12:41     AXV  THIER RECORDS. HE HAS PUT TOGETHER A SPREADSHEET AND IS WORKING
               ON DEVELOPING ASTRATEGY PLAN. HE WOULD LIKE TO MEET ON FRIDAY TO
               DISCUSS THESE ISSUES.
02/04/02       HAD A MEETING WITH PAT MALONEY LAST WEEK. WE DISCUSSED THE
08:30     AXV  PROPOSED MEDIATION AND I WILL WORK ON THE CASE EVALUATIONS AND
               PUT TOGETHER A RECOMMENDATION ON TOTAL EVALUATION AND A PROPOSED
               OFFER TO BE MADE AT THE MEDIATION. PAT ALSO SUGGESTED THAT IT
NEXT FUNCTION 04      ORIG-BCO-CLM-SER-NUM 180014775      OTHER NOTES
```



EXHIBIT 8

LM 168318

```
AXV1.    .              FOCUS - CENTRAL                              MOGD50
                          FILE NOTES
CLAIM# 180 LU 014775 Z 566   NAME RC ARCHBISHOP OF BOSTON    D.O.L. 09/23/77
DATE/
TIME     ADJ  FILE NOTES
12/17/02      PROCESS OF COMPLETING ROR LETTERS ON EACH SPECIFIC CASE.
07:52    AXV
01/21/03      RECEIVED JPI ELECTRONIC AUDIT. PAID INVOICE.
11:10    AXV
03/04/03      RECEIVED AND PAID ELECTRONIC JPI BILLING.
14:26    AXV
04/15/03      RECEIVED AND PAID JPI BILLING.
14:20    AXV
05/07/03      PAT MALONEY AND KATHY WARREN ARE GOING TO REVEIW ALL OF THE
09:29    AXV  RECORDS IN ROGERS' OFFICE. THEY WILL COMPELETE A REPORT WITH
              SUMMARIES OF THEIR REVEIW. THE REVEIW WILL HELP US IN SETTING A
              MORE POSITIVE POSITION AS TO THE NUMBER OF OCCURENCES AND
              WHETHER WE HAVE STRONG GROUNDS FOR OTHER EXCLUSIONS.

07/02/03      RCAB HS PRESENTED A 'BUYBACK' OFFER TO US FOR ALL POLICY YEARS.
11:21    AXV  THEY HAVE ASKED FOR $31,000,000. THAY ALSO QUALIFY THE AGREEMENT
NEXT FUNCTION 04      ORIG-BCO-CLM-SER-NUM 180014775      OTHER NOTES
```

LM 168325