**Cimini, Kate**

| | |
|---|---|
| **From:** | Marks, Amy [AMarks@rc.com] |
| **Sent:** | Friday, July 16, 2004 3:02 PM |
| **To:** | Cimini, Kate |
| **Cc:** | Cataudella, Mary L. |
| **Subject:** | RCAB v. LMC, Civil Action No. 04-10461 DPW - Bates Range Log |

On behalf of Mary Cataudella.



**Amy K. Marks**
Paralegal
Robinson & Cole LLP
One Boston Place
Boston, MA 02108-4404
Direct (617) 557-5969 | Fax (617) 557-5999
amarks@rc.com | www.rc.com
Contact Card

ROBINSON & COLE

Boston   New London   Hartford   Stamford   Greenwich   New York   Sarasota

------------------------------------------------------------------

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-275-8200, or e-mail at it@rc.com and immediately delete this message and all its attachments.

------------------------------------------------------------------

**EXHIBIT**

9

# ROBINSON & COLE LLP

MARY L. CATAUDELLA

One Boston Place
Boston, MA 02108-4404
Main (617) 557-5900
Fax (617) 557-5999
mcataudella@rc.com
Direct (617) 557-5941

Also admitted in Rhode Island

July 16, 2004

*Via Electronic Mail*

Kate Cimini
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

Re:  **RCAB v. Lumbermens Mutual Casualty Company,
U.S.D.C., D. Mass. Civil Action No. 04-10461 DPW**

Dear Kate:

Pursuant to Judge Woodlock's order dated July 13, 2003, I am attaching a Bates Range Log that identifies by bates range the source and/or type of files produced in LMC's initial disclosures.

Very truly yours,

*Mary L Cataudella*

Mary L. Cataudella

MLC:akm
Attachment

BOST1-833088-2

DEFENDANT'S BATES RANGE LOG
RCAB v. LUMBERMAN'S MUTUAL CASUALTY CO., USDA NO. 04-10461

| Bates Range | Description |
|---|---|
| LM0000001 - LM0002001 | Attorney Files |
| LM0002002 -LM0002492 | Attorney Legal Bills/Invoices |
| LM0002493 - LM0002851 | Letters and Faxes re Settlement |
| LM0002852 - LM0003639 | Pending Claims Charts |
| LM0003640 - LM0004479 | Attorney Files |
| LM0004480 - LM0007040 | Legal Research |
| LM0007041 - LM0007375 | Newspaper/Articles |
| LM0007376 - LM0010077 | Mediation Documents |
| LM0010078 - LM0010479 | Litigation/Settlement Materials |
| LM0010480 - LM0016499 | Kemper Correspondence |
| LM0016500 - LM0017700 | Attorney Files |
| LM0017701 - LM0022825 | Documentation Regarding Kemper Policies |
| LM0022826 - LM0023671 | Documentation Regarding Underlying Case Files |
| LM0023672 - LM0026778 | Pleading Materials |
| LM0026779 - LM0031691 | Deposition Abstracts and Miniscripts |
| LM0031692 - LM0043997 | Documentation Regarding Claims |
| LM0043998 - LM0044606 | Documentation Regarding Arbitration |
| LM0044607 - LM0045022 | Documentation Regarding Claims |
| LM0045023 - LM0077539 | Documentation Regarding Accused RCAB Employees |
| LM0077540 - LM0101357 | Documentation Regarding Underlying Case Files |
| LM0101358 - LM0103178 | Documentation Regarding Claims |
| LM0103179 - LM0167543 | Documentation Regarding Underlying Case Files |

BOST 833058