| | |
|---|---|
| **From:** | Marks, Amy [AMarks@rc.com] |
| **Sent:** | Wednesday, December 01, 2004 10:06 AM |
| **To:** | Galvani, Paul B. |
| **Cc:** | Zelle, Tony R.; Diederich, Bryan R.; 'kurt.schwartz@ago.state.ma.us' |
| **Subject:** | Materials From A.G.'s Office |

Dear Mr. Galvani:

During the scheduling conference last week, you suggested that the RCAB did not maintain a segregated set of the materials that were provided to the A.G.'s office. If you believe that it would be more efficient and expeditious to obtain a copy of the materials directly from the A.G.'s office, you should contact Assistant Attorney General Kurt Schwartz, and provide him with the RCAB's authorization to produce a copy of all of the documents to this firm.

Kindest regards,

Amy Marks



**Amy K. Marks**
Paralegal

Robinson & Cole LLP
One Boston Place
Boston, MA 02108-4404
Direct (617) 557-5969 | Fax (617) 557-5999
amarks@rc.com | www.rc.com
Contact Card

ROBINSON & COLE
Boston  New London  Hartford  Stamford  Greenwich  New York  Sarasota

---

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-275-8200, or e-mail at it@rc.com and immediately delete this message and all its attachments.

---

EXHIBIT
10

1/25/2005