NANCY M. CREMINS

One Boston Place
Boston, MA 02108-4404
Main (617) 557-5900
Fax (617) 557-5999
ncremins@rc.com
Direct (617) 557-5971

December 17, 2004

*Via Electronic Mail & First Class Mail*

Bryan R. Diederich, Esq.
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

Re: **RCAB v. Lumbermens Mutual Casualty Company**
   **U.S.D.C., D.Mass. Civil Action No. 04-10461 DPW**

Dear Bryan:

I am writing to request that the RCAB provide LMC with the Bates ranges of any documents produced by the RCAB in which priest personnel files can be found. The documents produced by the RCAB in electronic format were not provided in any discernable order and while it seems clear to us that complete, intact personnel files have not been produced, we would like to know where any documents that may have come from the personnel files can be found. As you will recall, when requested last July, LMC provided the RCAB with a chart indicating Bates ranges and the types of documents found within said Bates ranges for all documents produced.

In addition, we cannot determine from the RCAB's privilege log which documents that have been withheld were included in the priests' personnel files. Accordingly, please identify by Bates number or by reference to the specific entries on the RCAB privilege log, which documents are included in the personnel files.

Insofar as we have determined that the documents produced by the RCAB to the Attorney General's Office can most expeditiously be produced to LMC through a request by the RCAB for a copy of those documents, if the priests' personnel files are included in these materials, we do not expect the RCAB to duplicate the production of these materials. We do, however, expect you to cooperate with us in obtaining the documents that the RCAB produced to the Attorney General's Office and continue to wait for you to provide that request to the Attorney General's Office.


EXHIBIT 13

Bryan R. Diederich, Esq
December 16, 2004
Page 2


I look forward to your response on this matter.

Sincerely,

Nancy M. Cremins


cc:     John E. Tener, Esq.
        Anthony R. Zelle, Esq.