| | |
|---|---|
| **From:** | Cimini, Kate |
| **Sent:** | Wednesday, December 22, 2004 2:04 PM |
| **To:** | 'Cremins, Nancy' |
| **Cc:** | Galvani, Paul B. |
| **Subject:** | RCAB v. LMC |

Nancy,

I write in response to your letter addressed to Bryan Diederich.  On August 13, 2004, the RCAB produced the relevant portions of the priest files, as required by the Court in its order dated June 3, 2004.  Those documents were produced in electronic format, and fall within the bates-range RCA 1500001 - RCA 1501879.

In addition to the documents, we produced a separate privilege log titled "RCAB PRIVILEGE LOG (PRIEST PERSONNEL FILES)" on August 13, 2004.

Sincerely,

KATE CIMINI
ROPES & GRAY LLP
ONE INTERNATIONAL PLACE
BOSTON, MA 02110-2624
T 617.951.7167
F 617.951.7050
KCIMINI@ROPESGRAY.COM



EXHIBIT

14