| Description | From | To | Date | Bates | From | To | Addendum Doc. No. |
|---|---|---|---|---|---|---|---|
| activity | | Daily | | | | | |
| Reply: Buntel has denied, Daily will confront again | Bishop Thomas V. Daily | Bishop John M. D'Arcy | 1983-11-03 | Buntel-2 | 048 | | 0077 |
| Letter setting up appointment to meet | Bishop Thomas V. Daily | Fr. Richard A. Buntel | 1983-11-16 | Buntel-2 | 050 | | 0078 |
| Letter on Buntel's denial and wish to see D'Arcy | Bishop Thomas V. Daily | Bishop John M. D'Arcy | 1983-11-28 | Buntel-2 | 051 | | 0079 |
| Letter reporting that Buntel has not contacted D'Arcy | Bishop John M. D'Arcy | Bishop Thomas V. Daily | 1983-12-21 | Buntel-2 | 053 | | 0080 |
| Memo on parishioner's concerns regarding Buntel | Msgr. Frederick J. Ryan | Bishop Thomas V. Daily | 1984-04-27 | Buntel-2 | 054 | 055 | 0081 |
| Letter: Did not get job at Christ the King, Hudson | Fr. James J. McCarthy | Fr. Richard A. Buntel | 1988-11-05 | Buntel-2 | 063 | | 0082 |
| Letter: Did not get job at St. Joseph, Pepperell | Fr. James J. McCarthy | Fr. Richard A. Buntel | 1992-11-24 | Buntel-2 | 073 | | 0083 |
| Letter: Did not get job at St. Richard, Danvers | Fr. James J. McCarthy | Fr. Richard A. Buntel | 1993-07-23 | Buntel-2 | 085 | | 0084 |
| Letter: No job at Our Lady Help of Christians, Concord | Fr. Kevin J. Deeley | Fr. Richard A. Buntel | 1993-08-27 | Buntel-2 | 086 | | 0085 |
| Letter: No job at Immaculate Conception, Winchester | Fr. Kevin J. Deeley | Fr. Richard A. Buntel | 1994-02-04 | Buntel-2 | 091 | | 0086 |
| Notes on victim and Buntel's sex and drug use | Bishop John B. McCormack | File | 1994-02-04 | Buntel-2 | 092 | | 0087 |
| Report on Buntel's response to complaints | | File | 1994-02-28 | Buntel-2 | 103 | 104 | 0088 |
| Draft of parish announcement on Buntel's leave | | File | 1994-02-28 | Buntel-2 | 109 | | 0089 |
| Draft of parish announcement on Buntel's leave | | File | 1994-02-28 | Buntel-2 | 110 | | 0090 |
| Letter placing Buntel on administrative leave | Cardinal Bernard Law | Fr. Richard A. Buntel | 1994-02-25 | Buntel-2 | 102 | | 0091 |
| Complaint in Eisenberg v. RCAB and Law | Robert A. Sherman | | 2002-09-16 | | | | 0092 |

**3. Robert Burns (documents from Addendum)**

| Description | From | To | Date | Bates | From | To | Addendum Doc. No. |
|---|---|---|---|---|---|---|---|
| Notes on Burns "problem: little children" | Fr. Gilbert S. Phinn | File | 1982-10-18 | Burns2 | 011 | | 0093 |
| Notes: Daily's reservations, bring to Medeiros | Fr. Gilbert S. Phinn | File | 1982-10-18 | Burns2 | 018 | | 0094 |
| Notes: Hughes, Medeiros on placement | Fr. Gilbert S. Phinn | File | 1982-10-27 | Burns2 | 027 | | 0095 |
| Letter placing Burns at St. Thomas Aquinas, JP | Cardinal Humberto | Fr. John E. Thomas | 1982-11-08 | Burns2 | 038 | | 0096 |

EXHIBIT 16

| | | Medeiros | | | | |
|---|---|---|---|---|---|---|
| Letter placing Burns at St. Mary, Charlestown | Cardinal Bernard Law | Fr. James B. Canniff | 1986-06-24 | Burns2 | 052 | 0097 |
| Report on abuse complaint | Fr. John B. McCormack | File | 1991-03-18 | Burns2 | 054* | 0098 |
| Draft press statement on civil suit alleging abuse | | File | 1992-02-05 | Burns2 | 077 | 0099 |
| Draft press statement on civil suit alleging abuse | | File | 1992-02-05 | Burns2 | 078 | 0100 |
| Request that Burns be laicized | Cardinal Bernard Law | Cardinal Angelo Sodano | 1999-04-29 | Burns2 | 288 | 0101 |
| Memo supporting Burns2 288 and attached to it | Delegate | Cardinal Angelo Sodano | 1999-05 | Burns2 | 290 | 0102 |
| Relevant excerpt from deposition | Cardinal Bernard Law | | | | | 0103 |

### 3A. Robert Burns (documents from GT Press Kit, December 4, 2002)

| Description | From | To | Date | Bates | From | To | Press Kit Pg. No. |
|---|---|---|---|---|---|---|---|
| Letter ending appointment at St. Thomas Aquinas, JP | Cardinal Bernard Law | Fr. John E. Thomas | 1986-06-24 | Burns2 | 051 | | 8 |
| Letter ending appointment at St. Mary, Charlestown | Cardinal Bernard Law | Fr. James B. Canniff | 1991-04-16 | Burns2 | 057 | | 10 |
| Memo sending 2 reports of conversations about abuse | Fr. John B. McCormack | Wilson Rogers | 1991-04-26 | Burns2 | 058 | | 11 |
| Parish statement on disposition of case against Burns | Chancery | | 1996-03-07 | Burns2 | 145 | | 12 |
| Memo on call from victim | Fr. Brian M. Flatley | File | 1996-03-21 | Burns2 | 156 | | 13 |
| Memo on Burns: potential publicity | Fr. William F. Murphy | Bishop William F. Murphy | 1998-09-10 | Burns2 | 250 | | 14 |
| Affidavit | Bishop James W. Malone | | 1999-03-04 | Burns2 | 273 | 275 | 1 |

### 4. Richard T. Coughlin

| Description | From | To | Date | Bates | From | To | Addendum Doc. No. |
|---|---|---|---|---|---|---|---|
| Notes on Coughlin and meeting with David Coleman | Fr. John B. McCormack | File | 1985-11-30 | Coughlin | 1 | | 0104 |