| | |
|---|---|
| **From:** | McDonough, Brian P. [BMcDonough@rc.com] |
| **Sent:** | Wednesday, January 19, 2005 12:14 PM |
| **To:** | Diederich, Bryan R.; Cimini, Kate |
| **Subject:** | Ford Case "Addendum" |

Bryan/Kate,

Please be advised that we would like you to provide us with a complete copy of the "Addendum" of evidentiary exhibits that was attached to the "Plaintiffs' Memorandum of Law in Support of Motion in Limine to Admit Evidence of Practices and Policies of the Roman Catholic Archdiocese of Boston, a Corporation Sole, Concerning Sexually Abusive priests Other Than Paul R. Shanley," in the underlying Ford case. The Memorandum, absent the Addendum, is located within your document data base at RCA1501624.

If the Addendum, in the <u>precise</u> form in which it was originally attached to the brief, can be found within the documents that have been produced, please identify the bates range. If not, please produce a complete set of the documents as originally attached to the brief.

We expect to receive the Addendum <u>today</u>. As its contents relate to prior notice of abuse, it should have been produced last summer. Please confirm that you will be providing a copy of the document this afternoon.

Thanks,

Brian

**Brian P. McDonough** 

Robinson & Cole LLP
One Boston Place
Boston, MA 02108-4404
Direct (617) 557-5954 | Fax (617) 557-5999
bmcdonough@rc.com | www.rc.com
Bio | Contact Card

ROBINSON & COLE
Boston  New London  Hartford  Stamford  Greenwich  New York  Sarasota

---

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-275-8200, or e-mail at it@rc.com and immediately delete this message and all its attachments.

---

EXHIBIT 17

1/25/2005