

ROPES & GRAY LLP
ONE INTERNATIONAL PLACE   BOSTON, MA 02110-2624   617-951-7000   F 617-951-7050
BOSTON   NEW YORK   SAN FRANCISCO   WASHINGTON, DC

January 19, 2005

Bryan R. Diederich
(617) 951-7042
bryan.diederich@ropesgray.com

**BY HAND**

Brian P. McDonough, Esq.
Robinson & Cole LLP
One Boston Place
Boston, MA  02108-4404

Re:  The Roman Catholic Archbishop of Boston, a Corporation Sole v. Lumbermens Mutual Casualty Co., No. 04-10461-DPW

Dear Brian:

I write in response to your email sent at 12:14 this afternoon demanding the production "today" of an Addendum to a court paper produced some months ago in the above-reference litigation. Please note that we disagree with your suggestion that this document should have been produced before and do not understand the sudden urgency of your request. Nevertheless, accompanying this letter is a copy of the Addendum. Given the purported urgency of your request, we have not taken the time to bates-stamp this copy. For recordkeeping purposes, we suggest that you arrange to have this copy stamped appropriately.

Very truly yours,

Bryan R. Diederich

Enclosure

**EXHIBIT 18**

9633665_1