UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE ROMAN CATHOLIC ARCHBISHOP
OF BOSTON, A CORPORATION SOLE,

        Plaintiff,

v.

LUMBERMENS MUTUAL CASUALTY
COMPANY,

        Defendant.

Civil Action No. 04-10461-DPW

**LUMBERMENS MUTUAL CASUALTY COMPANY'S
MOTION FOR EXTENSION OF TIME
TO COMPLETE RULE 26 EXPERT REPORTS**

        Lumbermens Mutual Casualty Company ("LMC") moves that the Scheduling Order in the above-named action be amended so as to extend by one month the deadline for filing the Rule 26 Expert Reports in this case to March 1, 2005 or alternatively to a date one month from the production of documents by the Roman Catholic Archbishop of Boston, a Corporation Sole ("RCAB"). The deadline originally established by this Court for the designation of experts and the filing of Rule 26 Reports is set for February 1, 2005.

        In support of this motion, LMC states that it has been diligent in the retention of experts and the preparation of preliminary Rule 26 Expert Reports. However, due to the RCAB's failure to yet produce the additional documents required by this Court's order granting LMC's motion to compel, the experts have not had the opportunity to review these documents or to prepare fully informed Rule 26 Expert Reports. The RCAB refuses to assent to this extension of time even though it is due to the RCAB's delay that LMC must make this request. Accordingly, LMC

respectfully requests that the Court amend the Scheduling Order to allow the filing of LMC's Rule 26 Expert Reports on March 1, 2005, or to a date 30 days after the RCAB complies with the Court's order compelling production of documents.

    WHEREFORE, LMC respectfully requests that the Court grant its joint motion to amend the Scheduling Order as set forth above.

                                Respectfully submitted,

                                LUMBERMENS MUTUAL CASUALTY COMPANY

                                By its attorneys,
                                ROBINSON & COLE LLP

                                  /s/ Nancy M. Cremins
                                John E. Tener, BBO No. 563791
                                Mary L. Cataudella, BBO No. 553350
                                Anthony R. Zelle, BBO No. 548141
                                Brian P. McDonough, BBO No. 637999
                                Robinson & Cole LLP
                                One Boston Place
                                Boston, Massachusetts 02108
                                (617) 557-5900

January 31, 2005

### Local Rule 7.1(A)(2) Certificate

    I, John E. Tener, attorney for defendant Lumbermens Mutual Casualty Company in the above captioned matter, hereby certify that on January 31, 2005 I conferred with counsel for the plaintiff regarding the subject of the within motion and that we attempted in good faith to resolve or narrow the issues raised by the instant motion.

                                  /s/ John E. Tener
                                John E. Tener