# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE,<br><br>    Plaintiff,<br><br>v.<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>    Defendant. | Civil Action No. 04-10461-DPW |

## LUMBERMENS MUTUAL CASUALTY COMPANY'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

Lumbermens Mutual Casualty Company ("LMC"), hereby requests leave to file the Reply Memorandum in Further Support of Its Motion for Partial Summary Judgment (the "Reply"), that is attached hereto as Exhibit A. In support of its motion, LMC states that on January 11, 2005, it filed a motion for partial summary judgment based upon the expiration of the applicable statutes of limitations for the claims asserted in the March 4, 2004 Complaint filed by the Roman Catholic Archbishop of Boston, A Corporation Sole ("RCAB") in this action. On January 25, 2005, the RCAB filed an opposition brief that raised new matters (the "Opposition"). LMC respectfully requests leave to file its Reply in order to address the new matters raised in the Opposition, and to assist the Court in resolving the parties' statute of limitations dispute.

**WHEREFORE**, LMC respectfully requests that the Court grant it leave to file its Reply, and requests that the memorandum of law attached hereto at Exhibit A be deemed filed upon the granting of this motion.

          Respectfully submitted,

          LUMBERMENS MUTUAL CASUALTY COMPANY

          By its attorneys,
          ROBINSON & COLE LLP

          */s/ Anthony R. Zelle*

          John E. Tener, BBO No. 563791
          Mary L. Cataudella, BBO No. 553350
          Anthony R. Zelle, BBO No. 548141
          Brian P. McDonough, BBO No. 637999
          Nancy M. Cremins, BBO No. 658932
          Robinson & Cole LLP
          One Boston Place
          Boston, Massachusetts 02108
          (617) 557-5900

February 4, 2005

**Local Rule 7.1(A)(2) Certificate**

I, Nancy M. Cremins, attorney for defendant Lumbermens Mutual Casualty Company in the above captioned matter, hereby certify that on February 3, 2005 I conferred with counsel for the plaintiff regarding the subject of the within motion and that we attempted in good faith to resolve or narrow the issues raised by the instant motion.

          /s/ Nancy M. Cremins
          Nancy M. Cremins