

**ROPES & GRAY LLP**
ONE INTERNATIONAL PLACE   BOSTON, MA 02110-2624   617-951-7000   F 617-951-7050
BOSTON   NEW YORK   PALO ALTO   SAN FRANCISCO   WASHINGTON, DC   www.ropesgray.com

February 1, 2005

Bryan R. Diederich
(617) 951-7042
bryan.diederich@ropesgray.com

**BY HAND**

Ms. Michelle Rynne
Clerk to the Honorable Douglas P. Woodlock
United States District Court for the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: The Roman Catholic Archbishop of Boston, a Corporation Sole v. Lumbermens Mutual Casualty Co., No. 04-10461-DPW

Dear Ms. Rynne:

Pursuant to the Court's order of November 23, 2004, we have served today on counsel for Lumbermens Mutual Casualty Company the expert report of Dennis R. Connolly. Mindful of Local Rule 26.6(A), we have not filed this Report with the Court. However, we were uncertain, based on the Court's comments at the November 23, 2004 hearing, whether the Court intended that the parties would file expert reports in addition to serving them upon one another. Would you please inquire of Judge Woodlock whether he would prefer that we file our report or provide the Court with a courtesy copy? We would be happy to do so.

Respectfully submitted,

Bryan R. Diederich

cc: John E. Tener, Esq.

9643424_1