## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR -7 P 2: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Roman Catholic Archbishop of Boston, a Corporation Sole, )<br><br>Plaintiff, )<br><br>v. )<br><br>Lumbermens Mutual Casualty Company, )<br><br>Defendant. ) | Civil Action No. 04-10461-DPW |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action hereby stipulate and agree pursuant to Federal

Rule of Civil Procedure 41(a)(1)(ii) that this action, including all claims asserted in the

Plaintiff's Complaint and the Defendant's Answer and Counterclaim, shall be dismissed with

prejudice and without costs, and with all rights of appeal waived.

Lumbermens Mutual Casualty Company

By its attorneys,

_____

John E. Tener (BBO No. 563791)
Mary Cataudella (BBO No. 553350)
Anthony R. Zelle (BBO No. 548141)
Brian P. McDonough (BBO No. 637999)
Nancy Cremins (BBO No. 658932)
Robinson & Cole LLP
One Boston Place
Boston, Massachusetts 02108
(617) 557-5900

Dated: February 9, 2005

Roman Catholic Archbishop of Boston, a
Corporation Sole
By its attorneys,

_____

Paul B. Galvani (BBO No. 183800)
Thomas H. Hannigan, Jr. (BBO No. 220420)
Bryan R. Diederich (BBO No. 647632)
Kate Cimini (BBO No. 654336)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000