UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RCAB**  Plaintiff, | ) ) ) ) |
| v. | ) ) CIVIL ACTION NO. |
| **Lumbermens Mutual Casualty Co., U.S.D.C** | ) **04-10461-DPW** ) ) |
| Defendants. | ) ) |

### ORDER RE: RETURN OF SEALED DOCUMENTS

There being no apparent good cause for the Court to maintain the sealed records any longer or to place them in the public file, **it is hereby ORDERED that the sealed documents in the above matter shall be returned to the author or filer of the document(s), who is ORDERED to retain custody of the document(s) unless otherwise ordered by the court upon motion.**

It is FURTHER ORDERED that upon receipt of the returned document(s), the receiver shall use best efforts to notify all other parties or interested parties in the action, that the document(s) have been returned from the Court, and that custody of the documents shall be retained, unless otherwise ordered by the Court.

BY THE COURT,

/s/ Michelle Rynne
_____
Deputy Clerk

DATED: March 17, 2005