

# GIBLIN & LYNCH

### ATTORNEYS AT LAW

**Ronald V. Sgambati**

March 2, 2005

10 Garber Square
Suite Two
Ridgewood, N.J. 07450
Telephone
201-670-3510
Telefax
201-670-3511

<u>**By Facsimile (617) 748-9096**</u>

Records Department
United States District Court
District of Massachusetts
1 Courthouse Way
Suite 2300
Boston, Ma. 02210

Re: Roman Catholic Archbishop of Boston v. Lumberman's
Civil Action No.: 04-10461-DPW

Dear Sir/Madam:

Pursuant to my telephone conversation with your office this letter is written to request copies of Exhibits A,B,C and D, to the Affidavit of Dennis R. Connolly dated November, 15, 2004, in the above matter.

Please call me at (201) 670-3510, to advise as to the cost, and a check for same will be provided.

Thank you for your attention.

Very truly yours,

GIBLIN & LYNCH

By: _____
Ronald V. Sgambati, Esq.

225 Broadway
Suite 1203
New York, N.Y. 10007
Telephone
212-227-4762
Telefax
212-732-6703

RVS/jmf

**Thomas J. Giblin, JD, LLM**
MEMBER OF THE BARS
NEW JERSEY • NEW YORK • WASHINGTON, D.C.