UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RCAB

V.

Lumbermens Mutual Casualty Co.

Case No. 04-10461-DPW

## RECEIPT

Received of the Clerk, U.S. District Court, the following SEALED documents and/or exhibits in the above-entitled case:

22

Name: Kyle Britt

Firm: BOSTON EXPRESS

Date: 3-21-05